B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Florida, Gainesville Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cypress Health Systems Florida, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Tri County Hospital - Williston; FDBA Nature Coast Regional Hospital** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**75-2782071** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**125 SW 7th St.**<br>**Williston, FL**<br>ZIP Code **32696** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Levy** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11)                                                                                                   **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cypress Health Systems Florida, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br> Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Cypress Health Systems Florida, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
  Signature of Attorney for Debtor(s)

  **Elena P. Ketchum, Bar No. 0129267**
  Printed Name of Attorney for Debtor(s)

  **Stichter, Riedel, Blain & Prosser, P.A.**
  Firm Name
  **110 E. Madison St.**
  **Suite 200**
  **Tampa, FL 33602**

_____
Address

  **(813) 229-0144  Fax: (813) 229-1811**
  Telephone Number
  **10/5/12**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual
  **Jerry E. Gilliman**
  Printed Name of Authorized Individual
  **President**
  Title of Authorized Individual
  **10/5/12**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

A Black Knight Locksmith
PO Box 621
Williston, FL 32696

A/C Printing and Rubber Stamp
23 E. Noble Ave.
Williston, FL 32696

A1 Aluminum, Inc.
8490 NE 61st Place
Bronson, FL 32621

AAA Refrigeration
2908 NE 21st Way
Gainesville, FL 32609

Abbott Laboratories
PO Box 100997
Atlanta, GA 30384-4705

Absolute Courier
PO Box 738
Melrose, FL 32666

Accurate Background Check
108 N Magnolia Ave, #202
Ocala, FL 34475

Ace Hardware
54 SW Main
Williston, FL 32696

Advanced Practice
2655 Northwinds Pkwy
Alpharetta, GA 30009

Agency for Health Care Licensing
and Administration
2727 Mahan Drive, Mail Stop # 31
Tallahassee, FL 32308-5407

Air Liquide America Corp.
PO Box 200269
Houston, TX 77216-0269

Alachua County Fire & Rescue
PO Box 548
Gainesville, FL 32606

Alachua Printing Inc.
PO Box 1329
Alachua, FL 32616-1329

Alco Sales
6851 High Grove Blvd
Burr Bridge, IL 60527

Alere North America, Inc.
30  S. Keller Rd., STE 100
Orlando, FL 32810

Alimed Inc.
PO Box 9135
Dedham, MA 20279-9135

Alimed, Inc.
c/o Johnson, Morgan & White
6800 Broken Sound Pkwy
Boca Raton, FL 33487

All Phase Business Supplies
1920 E. Gladwick St.
Rancho Dominguez, CA 90220

All-Rite Heating & Air
4751 NE 155th Ave.
Williston, FL 32696

Allen Dell, P.A.
202 S. Rome Ave., #100
Tampa, FL 33606

Alliance Healthcare Services, Inc.
c/o Eric Zwiebel, Esq.
8751 W. Broward Blvd., #100
Fort Lauderdale, FL 33324

Alliance Healthcare Services, Inc.
P.O. Box 96485
Chicago, IL 60693-6485

Allscript LLC
222 Merchandise Mart Plaza, #2024
Chicago, IL 60654

Allstate
PO Box 650514
Dallas, TX 75265-0514

Altman Scientific, Inc.
PO Box 5312
St. Augustine, FL 32085-5312

Ambler Surgical
404 Gordon Drive
Exton, PA 19341

American Medical Review
PO Box 550749
Jacksonville, FL 32255

Amerinet AGP LLC
500 Common Wealth Drive
Qarrendale, PA 15086

Ameripath Florida
8100 Chancellor Dr., #130
Orlando, FL 32809-7688

Amerisourcebergen Drug
PO Box 905816
Charlotte, NC 28290

Anthony Vandenberg

Anthony Vandenberg, LD
P.O. Box 314
Tangerine, FL 32777-0314

ARC of Alachua County
3303 NW 83rd St.
Gainesville, FL 32606

Ardus Medical, Inc.
PO Box 23128
Cincinnati, OH 45223-0128

Armstrong Medical
PO Box 700
Lincolnshire, IL 60069-0700

Ausley & McMullen, P.A.
PO Box 391
Tallahassee, FL 32302

Elyse Babbit
1930 NW 55th Terr
Gainesville, FL 32605

Beckman Coulter, Inc.
250 S. Kraemer Blvd.
Mailstop E2.SE.02
Brea, CA 92821

Beckman Coulter, Inc.
c/o Kit F. Pettit, Esq.
707 Grant St., #2200 Gulf Tower
Pittsburgh, PA 15219

Bio Medical Lab Center, Inc.
1351 S. Leavitt Ave., #102
Orange City, FL 32763

Bio Waste Industries, Inc.
P.O. Box 540417
Orlando, FL 32854

Biomed Techs, Inc.
5510 SW 41st Blvd., #206
Gainesville, FL 32608

Boone Welding
2406 NE 19th Drive
Gainesville, FL 32609

Boyle Imaging, LLC.
11050 NW 88th. Terr.
Chiefland, FL 32626

Bracco Diagnostics, Inc.
PO Box 532411
Charlotte, NC 28290-2411

Briggs Corporation
PO Box 1355
Des Moines, IA 50305-1355

Capital Radiology
PO Box 688
Sheridan, WY 82801

Carolina Liquid Chemistries Corp.
391 Technology Way
Winston Salem, NC 27101

Century Link
PO Box 11600
Monroe, LA 71211

Chiefland Citizen
PO Drawer 980
Chiefland, FL 32644

City of Williston Utilities
P.O. Box 160
Williston, FL 32696

John Coleman
4750 CR 151 #20
Wildwood, FL 34785

Comcast
PO Box 105184
Atlanta, GA 30348-5184

Computer Programs & Systems, Inc.
6600 Wall Street
Mobile, AL 36695

Confidential Courier Services, Inc.
PO Box 1136
Gainesville, FL 32602

Theodore Couch
1717 E. Fowler Ave.
Tampa, FL 33612

Creekridge Capital, LLC
7808 Creekridge Cir., #250
Minneapolis, MN 55439

Cubicle Curtain Factory
425 Kanuga Drive
West Palm Beach, FL 33401

Custom Medical Specialty
PO Box 177
Pine Level, NC 27568

Cypress Healthcare, LLC.
791 Eastside Road
Deerlodge, MT 59722

D&Y
PO Box 635715
Cincinnati, OH 45263-5715

Data Supply Center
1507 E. Walley Pkwy, #3
Escondido, CA 92027

Albert Dennis
312 Vanhook Road
Franklin, NC 28734

Department of Financial Services
Division of Workers Comp
PO Box 7900
Tallahassee, FL 32314

Dept. of Health & Human Services
200 Independence Ave., S.W.
Washington, DC 20201

Nilesh Desai
132 Aspen Oak Lane
Glendale, CA 91207

James B. DeStephens, MD.
2341 NW 41st St., STE B
Gainesville, FL 32606

Dicom Solutions
548 Wald
Irvine, CA 92618

Direct Supply
6767 N. Industrial Rd.
Milwaukee, WI 53223

DOCS
6911 NW 22nd St. Unit H.
Gainesville, FL 32653

Drug Testing USA
780 S. Appollo Blvd.
Melbourne, FL 32901

Ecolab
24673 Network Place
Chicago, IL 60673-1246

Ecolab Equipment Care/GCS
PO Box 905327
Charlotte, NC 28290

Ecom Folders
PO Box 1530 Dept 210
Southhaven, MS 38671

Ecom Folders, Inc.
c/o Morgan Stone & Assoc.
1005 Veterans Memorial Blvd.
Kenner, LA 70062-4109

Edith R. Richman Trust
PO Box 10
Archer, FL 32618

Joyce Ellis
5131 SW 62nd Ave.
Gainesville, FL 32608

Emergency Response Educators
& Consultants, Inc.
5980 NE 57th Loop
Silver Springs, FL 34488

Emergency Response Educators &
Consultants, Inc.
c/o Renee Pelzman, Esq.
P.O. Box 770172
Ocala, FL 34477

Entre Technology Group
PO Box 121924
Fort Worth, TX 76121

Federal Background Svcs
PO Box 6703
Lake Worth, FL 33466-6703

First Coast Service Options, Inc.
532 Riverside Ave.
Jacksonville, FL 32202

First Insurance Funding Corp
PO Box 6646
Chicago, IL 60606-6468

Fisher Research
PO Box 404705
Atlanta, GA 30384-4705

Fisher Research
c/o Receivables Control Corp.
7373 Kirkwood Ct., #200
Osseo, MN 55369

Florida Department of Labor
Division of Unemployment Compensation
Bureau of Tax
Tallahassee, FL 32399-0233

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Florida Dept/Environmental Protection
Attn: Gary Colecchio, SW District Dir.
13051 N. Telecom Pkwy.
Tampa, FL 33637-0926

Florida Hospital Association
1675 Terrell Mill Road
Marietta, GA 30067

Florida Pest Control
3762 NE 14th Street
Ocala, FL 34470-4944

Food Service Resources
5350 McEver Rd.
Flowery Branch, GA 30542

Dana M. Francis-Thomas
520 S.E. 2nd St.
Williston, FL 32696

FTMS Medical, Inc.
3728 Phillips Hwy, #46
Jacksonville, FL 32207

Gentinge
1777 E. Henerietta Rd.
Rochester, NY 14623-3133

Jerry E. Gillman
678 SE 47th Loop
Ocala, FL 34480

Global Equipment Company
PO Box 905713
Charlotte, NC 28290

Great American Leasing Corp.
PO Box 660831
Dallas, TX 75266

Hart Diversified Resources
6746 E. Haynes Ln.
Inverness, FL 34452

Kim Harvey
c/o Michae Massey, Esq.
855 E. University Ave.
Gainesville, FL 32601

Healthcare Financial Services
241 Red Coulee Rd.
Belt, MT 59412

Heller Healthcare Finance, Inc.
2 Wisconsin Cir., 4th Floor
Chevy Chase, MD 20815

Holsonback & Harrang, P.A.
400 N. Ashley Drive, #1500
Tampa, FL 33602

Hospira Worldwide, Inc.
275 N. Field Dr.
Lake Forest, IL 60045

Idexx Laboratories, Inc.
10901 Roosevelt Blvd N.
St Petersburg, FL 33716

Incheck Conultants
6556 E. Morley St.
Inverness, FL 34452

Infolab Inc.
5542 SW 6th Place
Ocala, FL 34476

Infolab, Inc.
c/o Hatmaker & Associates
1156 S. US Highway 1
Vero Beach, FL 32962

Integrity Home Health Care
7870 SW 103rd St.
Ocala, FL 34476

Interim Healthcare-Private Svc, Inc.
2143 SE Fort King St., #101
Ocala, FL 34471

Interim Healthcare-Private Svc, Inc.
c/o Laura Lightsey, Esq.
600 Jennings Ave.
Eustis, FL 32726

Intermed
13351 Progress Blvd
Alachua, FL 32615

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

IPC Labels
PO Box 72
Pembina, ND 58271

Ivans
Po Box 850001
Orlando, FL 32885

Jack S Steam Cleaning Inc.
PO Box 2368
Belleview, FL 34421

James Moore & Company
5931 NW 1st Place
Gainesville, FL 32607

Brittany Johns
c/o Richard Celler, Esq.
600 N. Pine Island Rd., #400
Fort Lauderdale, FL 33324

Brittany Johns
c/o Carlos Leach, Esq.
20 N. Orange Ave., #1000
Orlando, FL 32801

Johnstone Supply
2303 NE 27th. Ave
Gainesville, FL 32609

Jones & Son Fire Extingusher Service
c/o deBrainien Knight Simmons, et al.
332 N. Magnolia Ave.
Orlando, FL 32801

Jones & Sons Fire Extinguishers
PO Box 183
Trenton, FL 32693

Kennedy Communications
426 SW Commerce Dr., #145
Lake City, FL 32025

Jalil Khan, M.D.
6600 Myrtle Beach Dr.
Plano, TX 75093-6302

Kim Bird and Tony Pfaff
4163 E. 421 N.
Rigby, ID 83442

Labcorp
PO Box 12140
Burlington, NC 27216-2140

Landauer Inc.
PO Box 809051
Chicago, IL 60680-9051

Lane Communications
PO Box 2828
Ocala, FL 34478

Laser Plus Imaging
9800 Variel Ave.
Chatsworth, CA 91311

Law Firm of Larry Gibbs Turner
204 W. University Ave., #7
Gainesville, FL 32601

Levy County Tax Collector
P.O. Drawer 70
Bronson, FL 32621

Levy-Jones
PO Box 101
Williston, FL 32696

Lewitt, Hackman, Shapiro, Marshall
& Harlan
16633 Ventura Blvd.
Encino, CA 91436-1865

Lifesouth Community Blood Center
PO Box 830469
Birmingham, AL 35283-0469

James Long
c/o Richard Celler, Esq.
600 N. Pine Island Rd., #400
Fort Lauderdale, FL 33324

James Long
c/o Carlos Leach, Esq.
20 N. Orange Ave., #1000
Orlando, FL 32801

Lynch & Robbins P.A.
2639 DR. MLK Jr. St. N
St. Petersburg, FL 33704

Richard Martin, MD
9448 W. Edgar Earl Loop
Crystal River, FL 34428

Jessica Massa
8640 Velvet Dr.
Port Richey, FL 34668

Massey & Duffy
855 E. University Ave.
Gainesville, FL 32601

James May
c/o Mark Fox, Esq.
1805 SE 16th Ave., #902
Ocala, FL 34471

McCall Services, Inc.
2861 College St.
Jacksonville, FL 32205

Medcath Finance Company, LLC
10720 Sikes Place, #300
Charlotte, NC 28277

Mederi Caretenders of Gainesville, FL
4923 NW 43rd St., Suite A
Gainesville, FL 32606

Medi-Graphics
1250 Hallandale Beach Blvd, #807
Hallandale, FL 33009

Medicaid
P.O. Box 7054
Tallahassee, FL 32314-7054

Medical Arts Press
PO Box 37647
Philadelphia, PA 19101

Medical Staffing Network
PO Box 840416
Dallas, TX 75284-0416

Medicare
7500 Security Blvd.
Windsor Mill, MD 21244

Medstar Medical
3801 Corporex Park Dr., #175
Tampa, FL 33619

Mercedes Medical, Inc.
PO Box 1416
Tallevast, FL 32302

Mercury Medical
PO Box 17009
Clearwater, FL 33762-7009

Meridian Behavioral Healthcare
4300 SW 13th St.
Gainesville, FL 32608

Michele Borst Architect, P.A.
4926 NW 19th Place
Gainesville, FL 32605

Michele Borst Architect, P.A.
c/o Peg O'Connor, Esq.
204 W. University Ave., #7
Gainesville, FL 32601

Jean Michelson
1021 NE 3rd St.
Gainesville, FL 32601

Mid Florida Healthcare Holdings, Inc.
4900 S.W. 46th Court
No. 2509
Ocala, FL 34474

Mid Florida Healthcare Holdings, Inc.
c/o Ronald Stephenson, P.A.
P.O. Box 180
Saint Petersburg, FL 33731-0180

Mid Florida Healthcare Management, Inc.
676 SE 47th Loop
Ocala, FL 34474

Mills Brinson
1100 SE 52nd Ct.
Ocala, FL 34471

Mindray DS USA Inc.
800 MacArthur Blvd
Mahwah, NJ 07430

Mister Paper Office Supply
PO Box 1127
Gainesville, FL 32602

Moore Medical
PO Box 2620
New Britain, CT 06050-2620

Morgan Scientific
151 Essex Street
Haverhill, MA 01832-5564

Municipal  Services Bureau
PO Box 16755
Austin, TX 78761-6755

Network Technologies
16574 W. Hwy 326
Morriston, FL 32668

North Central Florida Trauma Age
1785 NW 80th Blvd.
Gainesville, FL 32606

North Florida Biomed
PO Box 504
Branford, FL 32008

North Florida Microscope
16931 NE 50th St.
Williston, FL 32696

North Florida Regional  Medical Ctr
PO Box 147006
Gainesville, FL 32602

Nuclear Medicine Professionals
4566 NW 5th Blvd., #K
Gainesville, FL 32609

Nursestaffing  Ocala
599 SW 87th Place
Ocala, FL 34467

Ocelco
1111 Industrial Park Rd
Brainerd, MN 56401

Olympus
PO Box 120600
Dallas, TX 75312-0600

Omega Engineering, Inc.
Box 4047
Stamford, CT 06904

On Time Supplies
PO Box 888016
Atlanta, GA 30356

On Time Supplies
c/o Randall & Richards
5151 E. Broadway Blvd., 8th Floor
Tucson, AZ 85711-3775

Opti  Medical
PO Box 932005
Atlanta, GA 31193-2005

OptumInsight
2771 Momentum Place
Chicago, IL 60689-5327

OptumInsight
c/o Lamont, Hanley & Associates, Inc.
P.O. Box 179
Manchester, NH 03105

Osceola Supply Inc.
PO Box 13503
Tallahassee, FL 32317

Owens & Minor, Inc.
PO Box 860437
Orlando, FL 32886-0437

Owens & Minor, Inc.
c/o Atradius Collections, Inc.
1200 Arlington Hights Rd., #410
Itasca, IL 60143

Matt Pallardy
P.O. Box 3167
Tampa, FL 33601

Partners Healthcare Development
International, LLC
c/o Matthew G. Brenner, Esq.
P.O. Box 2809
Orlando, FL 32802

Patricia Peacock
c/o Michael Massey, Esq.
855 E. University Ave.
Gainesville, FL 32601

Perkins State Bank
342 E. Noble Ave.
Williston, FL 32696

Perkins State Bank
c/o Norm Fugate, Esq.
P.O. Box 98
Williston, FL 32696

Pharmasource Healthcare, Inc.
4936 Blazer Pkwy.
Dublin, OH 43017

Tiffany Phillips
c/o Michael Massey, Esq.
855 E. University Ave.
Gainesville, FL 32601

Pitney Bowes
Po Box 223648
Pittsburgh, PA 15250-3648

Platinum Health Services
c/o Edith Richman, Esq.
16650 S.W. 134th Ave.
Archer, FL 32618

Jenny Porter
10000 SW 52nd Ave T117
Gainesville, FL 32608

PSS World Medical, Inc.
8501 Westside Industrial Pkwy, #3
Jacksonville, FL 32219-3261

Karin Pugh
1429 NW 48th Terr
Gainesville, FL 32605

Quest Diagnostics
Po Box 530458
Atlanta, GA 30353-0458

Quill.com
PO Box 94081
Palantine, IL 06000

Quill.com
c/o Crest Management, LLC
P.O. Box 22928
Beachwood, OH 44122-0928

Rapid Detect
804 S. Broadway
Poteau, OK 74953

Rapid-Exams, Inc.
Po Box 623
Van Buren, AR 72957

Ray Howard & Associates
3350 Kori Road
Jacksonville, FL 32257

Realtime Services, Inc.
c/o James Johnson
6800 Broken Sound Pkwy.
Boca Raton, FL 33487

Remedpar
PO Box 440340
Nashville, TN 37244-0340

Richard Dass
637 NE 2nd St.
Williston, FL 32696

Ring Power Corporation
4900 N. Main Street
Gainesville, FL 32609

RIO
11950 CR 101, #106
The Villages, FL 32162

Robert Edward Johnson
352 Cherry Tree St.
Eustis, FL 32726

Ronald Stephenson, P.A.
PO Box 180
St Petersburg, FL 33731-0180

Secundus Practice Management
1817 Sir Lancelot Cir.
St. Cloud, FL 34772

Sheridan Air Conditioning
PO Box 5302
Gainesville, FL 32627-5302

Siemens Water Tech Corp
PO Box 360766
Pittsburgh, PA 15225

Southeastern Business Ent.
14651 SE 26th St.
Morriston, FL 21557

Southern Computer Warehouse
PO Box 538035
Atlanta, GA 30353

Spogen Consultant Inc.
Attn: Frederick Spogen
1300 SW 42nd St.
Ocala, FL 34471

SPS Medical
6789 W. Henrietta Rd.
Rush, NY 14543

Staples Office Supply
PO Box 530621
Atlanta, GA 30353-0621

State of Florida
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

State of Montana
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

Stericycle Inc.
PO Box 9001590
Louisville, KY 40290-1590

Steris Corporation
PO Box 6440063
Pittsburgh, PA 15264-0063

Sterling Computer Products
16135 Covello St.
Van Nuys, CA 91406

Strategic Outsourcing Inc.
PO Box 241448
Charlotte, NC 28224

Streck
7002 S 109th St.
Omaha, NE 68128

Stroudwater Associates
50 Sewall St., #102
Portland, ME 04102-2646

Stryker Medical
PO Box 93308
Chicago, IL 60290

Sun Surgical Supply
302 NW 6th St.
Gainesville, FL 32601

Surgipro
7438 Woodland Drive
Shawnee, KS 662188

Susan Bousum
182 SE 936th St.
Old Town, FL 32680-7350

T-System, Inc.
4020 McEwen Dr., #200
Dallas, TX 75244

Mohammad Tariq, MD
4510 Medical Center Dr., #110
McKinney, TX 75069

The Market Place
PO Box 1073
Weirsdale, FL 32195

Renee Thompson, Esq.
7 E. Silver Spring Blvd, #500
Ocala, FL 34475

Tony Pfaff and Kim Bird
791 Eastside Rd.
Deer Lodge, MT 59722

Tri County Oil Distributors
Po Box 759
Williston, FL 32696

U.S. Foodservice, Inc.
1899 N. US Hwy 1
Ormond Beach, FL 32174

U.S. Foodservice, Inc.
c/o Thomas Sciarrino, Esq.
P.O. Box 172727
Tampa, FL 33672

United States of America
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

UST
PO Box 970
Laverne, CA 91750

Vidacare
4350 Lockhill Selma Rd., #150
Shavano Park, TX 78249

Virtual Radiologic Corporation
11995 Singletree Lane, #500
Eden Prairie, MN 55344

Virtual Radiologic Corporation
c/o Prestige Services, Inc.
21214 Schofield Dr.
Gretna, NE 68028

Robert Watine
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

Michael Webb
2457 Franks Fair Lane
Perry, FL 32347

Well Built Fence
232 NW 127th St.
Newberry, FL 32669

Wells Fargo Financial Leasing, Inc.
800 Walnut St.
MAC F4031-040
Des Moines, IA 50309

Wells Fargo Financial Leasing, Inc.
c/o Richard Storfer, Esq.
101 NE 3rd Ave., #1800
Fort Lauderdale, FL 33301

Werner International Ent.
Po Box 25911
Baltimore, MD 21224

Wilburn Medical USA
146 Furlong Industrial Drive
Kernsville, NC 27284

Wilburn Medical USA
c/o Performance Source II
5097 N. Elston Ave., #300
Chicago, IL 60630-2460

Williston Area Chamber of Commerce
Po Box 369
Williston, FL 32696

Wisconsin State Laboratory of Hygiene
PO Box 78770
Milwaukee, WI 53278

Wolters Kluwer
4829 Innovation Way
Chicago, IL 60682

WW Gay Fire & Integrated Systems
522 Stockton St.
Jacksonville, FL 32204

Yon Goode
5290 NE 167 Ct.
Williston, FL 32696

Zuckerman Spaeder LLP
101 E. Kennedy Blvd., #1200
Tampa, FL 32602-5838