A Black Knight Locksmith
PO Box 621
Williston, FL 32696

A/C Printing and Rubber Stamp
23 E. Noble Ave.
Williston, FL 32696

A1 Aluminum, Inc.
8490 NE 61st Place
Bronson, FL 32621

AAA Refrigeration
2908 NE 21st Way
Gainesville, FL 32609

Abbott Laboratories
PO Box 100997
Atlanta, GA 30384-4705

Absolute Courier
PO Box 738
Melrose, FL 32666

Accurate Background Check
108 N Magnolia Ave, #202
Ocala, FL 34475

Ace Hardware
54 SW Main
Williston, FL 32696

Advanced Practice
2655 Northwinds Pkwy
Alpharetta, GA 30009

Agency for Health Care Licensing
and Administration
2727 Mahan Drive, Mail Stop # 31
Tallahassee, FL 32308-5407

Air Liquide America Corp.
PO Box 200269
Houston, TX 77216-0269

Alachua County Fire & Rescue
PO Box 548
Gainesville, FL 32606

Alachua Printing Inc.
PO Box 1329

Alachua, FL 32616-1329

Alco Sales
6851 High Grove Blvd
Burr Bridge, IL 60527

Alere North America, Inc.
30  S. Keller Rd., STE 100
Orlando, FL 32810

Alimed Inc.
PO Box 9135
Dedham, MA 20279-9135

Alimed, Inc.
c/o Johnson, Morgan & White
6800 Broken Sound Pkwy
Boca Raton, FL 33487

All Phase Business Supplies
1920 E. Gladwick St.
Rancho Dominguez, CA 90220

All-Rite Heating & Air
4751 NE 155th Ave.
Williston, FL 32696

Allen Dell, P.A.
202 S. Rome Ave., #100
Tampa, FL 33606

Alliance Healthcare Services, Inc.
c/o Eric Zwiebel, Esq.
8751 W. Broward Blvd., #100
Fort Lauderdale, FL 33324

Alliance Healthcare Services, Inc.
P.O. Box 96485
Chicago, IL 60693-6485

Allscript LLC
222 Merchandise Mart Plaza, #2024
Chicago, IL 60654

Allstate
PO Box 650514
Dallas, TX 75265-0514

Altman Scientific, Inc.
PO Box 5312
St. Augustine, FL 32085-5312

Ambler Surgical
404 Gordon Drive
Exton, PA 19341

American Medical Review
PO Box 550749
Jacksonville, FL 32255

Amerinet AGP LLC
500 Common Wealth Drive
Qarrendale, PA 15086

Ameripath Florida
8100 Chancellor Dr., #130
Orlando, FL 32809-7688

Amerisourcebergen Drug
PO Box 905816
Charlotte, NC 28290

Anthony Vandenberg

Anthony Vandenberg, LD
P.O. Box 314
Tangerine, FL 32777-0314

ARC of Alachua County
3303 NW 83rd St.
Gainesville, FL 32606

Ardus Medical, Inc.
PO Box 23128
Cincinnati, OH 45223-0128

Armstrong Medical
PO Box 700
Lincolnshire, IL 60069-0700

Ausley & McMullen, P.A.
PO Box 391
Tallahassee, FL 32302

Elyse Babbit
1930 NW 55th Terr
Gainesville, FL 32605

Beckman Coulter, Inc.
250 S. Kraemer Blvd.
Mailstop E2.SE.02
Brea, CA 92821

Beckman Coulter, Inc.
c/o Kit F. Pettit, Esq.
707 Grant St., #2200 Gulf Tower
Pittsburgh, PA 15219

Bio Medical Lab Center, Inc.
1351 S. Leavitt Ave., #102
Orange City, FL 32763

Bio Waste Industries, Inc.
P.O. Box 540417
Orlando, FL 32854

Biomed Techs, Inc.
5510 SW 41st Blvd., #206
Gainesville, FL 32608

Boone Welding
2406 NE 19th Drive
Gainesville, FL 32609

Boyle Imaging, LLC.
11050 NW 88th. Terr.
Chiefland, FL 32626

Bracco Diagnostics, Inc.
PO Box 532411
Charlotte, NC 28290-2411

Briggs Corporation
PO Box 1355
Des Moines, IA 50305-1355

Capital Radiology
PO Box 688
Sheridan, WY 82801

Carolina Liquid Chemistries Corp.
391 Technology Way
Winston Salem, NC 27101

Century Link
PO Box 11600
Monroe, LA 71211

Chiefland Citizen
PO Drawer 980
Chiefland, FL 32644

City of Williston Utilities

P.O. Box 160
Williston, FL 32696

John Coleman
4750 CR 151 #20
Wildwood, FL 34785

Comcast
PO Box 105184
Atlanta, GA 30348-5184

Computer Programs & Systems, Inc.
6600 Wall Street
Mobile, AL 36695

Confidential Courier Services, Inc.
PO Box 1136
Gainesville, FL 32602

Theodore Couch
1717 E. Fowler Ave.
Tampa, FL 33612

Creekridge Capital, LLC
7808 Creekridge Cir., #250
Minneapolis, MN 55439

Cubicle Curtain Factory
425 Kanuga Drive
West Palm Beach, FL 33401

Custom Medical Specialty
PO Box 177
Pine Level, NC 27568

Cypress Healthcare, LLC.
791 Eastside Road
Deerlodge, MT 59722

D&Y
PO Box 635715
Cincinnati, OH 45263-5715

Data Supply Center
1507 E. Walley Pkwy, #3
Escondido, CA 92027

Albert Dennis
312 Vanhook Road
Franklin, NC 28734

Department of Financial Services
Division of Workers Comp
PO Box 7900
Tallahassee, FL 32314

Dept. of Health & Human Services
200 Independence Ave., S.W.
Washington, DC 20201

Nilesh Desai
132 Aspen Oak Lane
Glendale, CA 91207

James B. DeStephens, MD.
2341 NW 41st St., STE B
Gainesville, FL 32606

Dicom Solutions
548 Wald
Irvine, CA 92618

Direct Supply
6767 N. Industrial Rd.
Milwaukee, WI 53223

DOCS
6911 NW 22nd St. Unit H.
Gainesville, FL 32653

Drug Testing USA
780 S. Appollo Blvd.
Melbourne, FL 32901

Ecolab
24673 Network Place
Chicago, IL 60673-1246

Ecolab Equipment Care/GCS
PO Box 905327
Charlotte, NC 28290

Ecom Folders
PO Box 1530 Dept 210
Southhaven, MS 38671

Ecom Folders, Inc.
c/o Morgan Stone & Assoc.
1005 Veterans Memorial Blvd.
Kenner, LA 70062-4109

Edith R. Richman Trust

PO Box 10
Archer, FL 32618

Joyce Ellis
5131 SW 62nd Ave.
Gainesville, FL 32608

Emergency Response Educators
& Consultants, Inc.
5980 NE 57th Loop
Silver Springs, FL 34488

Emergency Response Educators &
Consultants, Inc.
c/o Renee Pelzman, Esq.
P.O. Box 770172
Ocala, FL 34477

Entre Technology Group
PO Box 121924
Fort Worth, TX 76121

Federal Background Svcs
PO Box 6703
Lake Worth, FL 33466-6703

First Coast Service Options, Inc.
532 Riverside Ave.
Jacksonville, FL 32202

First Insurance Funding Corp
PO Box 6646
Chicago, IL 60606-6468

Fisher Research
PO Box 404705
Atlanta, GA 30384-4705

Fisher Research
c/o Receivables Control Corp.
7373 Kirkwood Ct., #200
Osseo, MN 55369

Florida Department of Labor
Division of Unemployment Compensation
Bureau of Tax
Tallahassee, FL 32399-0233

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Florida Dept/Environmental Protection
Attn: Gary Colecchio, SW District Dir.
13051 N. Telecom Pkwy.
Tampa, FL 33637-0926

Florida Hospital Association
1675 Terrell Mill Road
Marietta, GA 30067

Florida Pest Control
3762 NE 14th Street
Ocala, FL 34470-4944

Food Service Resources
5350 McEver Rd.
Flowery Branch, GA 30542

Dana M. Francis-Thomas
520 S.E. 2nd St.
Williston, FL 32696

FTMS Medical, Inc.
3728 Phillips Hwy, #46
Jacksonville, FL 32207

Gentinge
1777 E. Henerietta Rd.
Rochester, NY 14623-3133

Jerry E. Gillman
678 SE 47th Loop
Ocala, FL 34480

Global Equipment Company
PO Box 905713
Charlotte, NC 28290

Great American Leasing Corp.
PO Box 660831
Dallas, TX 75266

Hart Diversified Resources
6746 E. Haynes Ln.
Inverness, FL 34452

Kim Harvey
c/o Michae Massey, Esq.
855 E. University Ave.
Gainesville, FL 32601

Healthcare Financial Services
241 Red Coulee Rd.
Belt, MT 59412

Heller Healthcare Finance, Inc.
2 Wisconsin Cir., 4th Floor
Chevy Chase, MD 20815

Holsonback & Harrang, P.A.
400 N. Ashley Drive, #1500
Tampa, FL 33602

Hospira Worldwide, Inc.
275 N. Field Dr.
Lake Forest, IL 60045

Idexx Laboratories, Inc.
10901 Roosevelt Blvd N.
St Petersburg, FL 33716

Incheck Conultants
6556 E. Morley St.
Inverness, FL 34452

Infolab Inc.
5542 SW 6th Place
Ocala, FL 34476

Infolab, Inc.
c/o Hatmaker & Associates
1156 S. US Highway 1
Vero Beach, FL 32962

Integrity Home Health Care
7870 SW 103rd St.
Ocala, FL 34476

Interim Healthcare-Private Svc, Inc.
2143 SE Fort King St., #101
Ocala, FL 34471

Interim Healthcare-Private Svc, Inc.
c/o Laura Lightsey, Esq.
600 Jennings Ave.
Eustis, FL 32726

Intermed
13351 Progress Blvd
Alachua, FL 32615

Internal Revenue Service

Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

IPC Labels
PO Box 72
Pembina, ND 58271

Ivans
Po Box 850001
Orlando, FL 32885

Jack S Steam Cleaning Inc.
PO Box 2368
Belleview, FL 34421

James Moore & Company
5931 NW 1st Place
Gainesville, FL 32607

Brittany Johns
c/o Richard Celler, Esq.
600 N. Pine Island Rd., #400
Fort Lauderdale, FL 33324

Brittany Johns
c/o Carlos Leach, Esq.
20 N. Orange Ave., #1000
Orlando, FL 32801

Johnstone Supply
2303 NE 27th. Ave
Gainesville, FL 32609

Jones & Son Fire Extingusher Service
c/o deBrainien Knight Simmons, et al.
332 N. Magnolia Ave.
Orlando, FL 32801

Jones & Sons Fire Extinguishers
PO Box 183
Trenton, FL 32693

Kennedy Communications
426 SW Commerce Dr., #145
Lake City, FL 32025

Jalil Khan, M.D.
6600 Myrtle Beach Dr.
Plano, TX 75093-6302

Kim Bird and Tony Pfaff
4163 E. 421 N.
Rigby, ID 83442

Labcorp
PO Box 12140
Burlington, NC 27216-2140

Landauer Inc.
PO Box 809051
Chicago, IL 60680-9051

Lane Communications
PO Box 2828
Ocala, FL 34478

Laser Plus Imaging
9800 Variel Ave.
Chatsworth, CA 91311

Law Firm of Larry Gibbs Turner
204 W. University Ave., #7
Gainesville, FL 32601

Levy County Tax Collector
P.O. Drawer 70
Bronson, FL 32621

Levy-Jones
PO Box 101
Williston, FL 32696

Lewitt, Hackman, Shapiro, Marshall
& Harlan
16633 Ventura Blvd.
Encino, CA 91436-1865

Lifesouth Community Blood Center
PO Box 830469
Birmingham, AL 35283-0469

James Long
c/o Richard Celler, Esq.
600 N. Pine Island Rd., #400
Fort Lauderdale, FL 33324

James Long
c/o Carlos Leach, Esq.
20 N. Orange Ave., #1000
Orlando, FL 32801

Lynch & Robbins P.A.
2639 DR. MLK Jr. St. N
St. Petersburg, FL 33704

Richard Martin, MD
9448 W. Edgar Earl Loop
Crystal River, FL 34428

Jessica Massa
8640 Velvet Dr.
Port Richey, FL 34668

Massey & Duffy
855 E. University Ave.
Gainesville, FL 32601

James May
c/o Mark Fox, Esq.
1805 SE 16th Ave., #902
Ocala, FL 34471

McCall Services, Inc.
2861 College St.
Jacksonville, FL 32205

Medcath Finance Company, LLC
10720 Sikes Place, #300
Charlotte, NC 28277

Mederi Caretenders of Gainesville, FL
4923 NW 43rd St., Suite A
Gainesville, FL 32606

Medi-Graphics
1250 Hallandale Beach Blvd, #807
Hallandale, FL 33009

Medicaid
P.O. Box 7054
Tallahassee, FL 32314-7054

Medical Arts Press
PO Box 37647
Philadelphia, PA 19101

Medical Staffing Network
PO Box 840416
Dallas, TX 75284-0416

Medicare
7500 Security Blvd.

Windsor Mill, MD 21244

Medstar Medical
3801 Corporex Park Dr., #175
Tampa, FL 33619

Mercedes Medical, Inc.
PO Box 1416
Tallevast, FL 32302

Mercury Medical
PO Box 17009
Clearwater, FL 33762-7009

Meridian Behavioral Healthcare
4300 SW 13th St.
Gainesville, FL 32608

Michele Borst Architect, P.A.
4926 NW 19th Place
Gainesville, FL 32605

Michele Borst Architect, P.A.
c/o Peg O'Connor, Esq.
204 W. University Ave., #7
Gainesville, FL 32601

Jean Michelson
1021 NE 3rd St.
Gainesville, FL 32601

Mid Florida Healthcare Holdings, Inc.
4900 S.W. 46th Court
No. 2509
Ocala, FL 34474

Mid Florida Healthcare Holdings, Inc.
c/o Ronald Stephenson, P.A.
P.O. Box 180
Saint Petersburg, FL 33731-0180

Mid Florida Healthcare Management, Inc.
676 SE 47th Loop
Ocala, FL 34474

Mills Brinson
1100 SE 52nd Ct.
Ocala, FL 34471

Mindray DS USA Inc.
800 MacArthur Blvd

Mahwah, NJ 07430

Mister Paper Office Supply
PO Box 1127
Gainesville, FL 32602

Moore Medical
PO Box 2620
New Britain, CT 06050-2620

Morgan Scientific
151 Essex Street
Haverhill, MA 01832-5564

Municipal  Services Bureau
PO Box 16755
Austin, TX 78761-6755

Network Technologies
16574 W. Hwy 326
Morriston, FL 32668

North Central Florida Trauma Age
1785 NW 80th Blvd.
Gainesville, FL 32606

North Florida Biomed
PO Box 504
Branford, FL 32008

North Florida Microscope
16931 NE 50th St.
Williston, FL 32696

North Florida Regional  Medical Ctr
PO Box 147006
Gainesville, FL 32602

Nuclear Medicine Professionals
4566 NW 5th Blvd., #K
Gainesville, FL 32609

Nursestaffing  Ocala
599 SW 87th Place
Ocala, FL 34467

Ocelco
1111 Industrial Park Rd
Brainerd, MN 56401

Olympus

PO Box 120600
Dallas, TX 75312-0600

Omega Engineering, Inc.
Box 4047
Stamford, CT 06904

On Time Supplies
PO Box 888016
Atlanta, GA 30356

On Time Supplies
c/o Randall & Richards
5151 E. Broadway Blvd., 8th Floor
Tucson, AZ 85711-3775

Opti  Medical
PO Box 932005
Atlanta, GA 31193-2005

OptumInsight
2771 Momentum Place
Chicago, IL 60689-5327

OptumInsight
c/o Lamont, Hanley & Associates, Inc.
P.O. Box 179
Manchester, NH 03105

Osceola Supply Inc.
PO Box 13503
Tallahassee, FL 32317

Owens & Minor, Inc.
PO Box 860437
Orlando, FL 32886-0437

Owens & Minor, Inc.
c/o Atradius Collections, Inc.
1200 Arlington Hights Rd., #410
Itasca, IL 60143

Matt Pallardy
P.O. Box 3167
Tampa, FL 33601

Partners Healthcare Development
International, LLC
c/o Matthew G. Brenner, Esq.
P.O. Box 2809
Orlando, FL 32802

Patricia Peacock
c/o Michael Massey, Esq.
855 E. University Ave.
Gainesville, FL 32601

Perkins State Bank
342 E. Noble Ave.
Williston, FL 32696

Perkins State Bank
c/o Norm Fugate, Esq.
P.O. Box 98
Williston, FL 32696

Pharmasource Healthcare, Inc.
4936 Blazer Pkwy.
Dublin, OH 43017

Tiffany Phillips
c/o Michael Massey, Esq.
855 E. University Ave.
Gainesville, FL 32601

Pitney Bowes
Po Box 223648
Pittsburgh, PA 15250-3648

Platinum Health Services
c/o Edith Richman, Esq.
16650 S.W. 134th Ave.
Archer, FL 32618

Jenny Porter
10000 SW 52nd Ave T117
Gainesville, FL 32608

PSS World Medical, Inc.
8501 Westside Industrial Pkwy, #3
Jacksonville, FL 32219-3261

Karin Pugh
1429 NW 48th Terr
Gainesville, FL 32605

Quest Diagnostics
Po Box 530458
Atlanta, GA 30353-0458

Quill.com
PO Box 94081

Palantine, IL 06000

Quill.com
c/o Crest Management, LLC
P.O. Box 22928
Beachwood, OH 44122-0928

Rapid Detect
804 S. Broadway
Poteau, OK 74953

Rapid-Exams, Inc.
Po Box 623
Van Buren, AR 72957

Ray Howard & Associates
3350 Kori Road
Jacksonville, FL 32257

Realtime Services, Inc.
c/o James Johnson
6800 Broken Sound Pkwy.
Boca Raton, FL 33487

Remedpar
PO Box 440340
Nashville, TN 37244-0340

Richard Dass
637 NE 2nd St.
Williston, FL 32696

Ring Power Corporation
4900 N. Main Street
Gainesville, FL 32609

RIO
11950 CR 101, #106
The Villages, FL 32162

Robert Edward Johnson
352 Cherry Tree St.
Eustis, FL 32726

Ronald Stephenson, P.A.
PO Box 180
St Petersburg, FL 33731-0180

Secundus Practice Management
1817 Sir Lancelot Cir.
St. Cloud, FL 34772

Sheridan Air Conditioning
PO Box 5302
Gainesville, FL 32627-5302

Siemens Water Tech Corp
PO Box 360766
Pittsburgh, PA 15225

Southeastern Business Ent.
14651 SE 26th St.
Morriston, FL 21557

Southern Computer Warehouse
PO Box 538035
Atlanta, GA 30353

Spogen Consultant Inc.
Attn: Frederick Spogen
1300 SW 42nd St.
Ocala, FL 34471

SPS Medical
6789 W. Henrietta Rd.
Rush, NY 14543

Staples Office Supply
PO Box 530621
Atlanta, GA 30353-0621

State of Florida
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

State of Montana
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

Stericycle Inc.
PO Box 9001590
Louisville, KY 40290-1590

Steris Corporation
PO Box 6440063
Pittsburgh, PA 15264-0063

Sterling Computer Products
16135 Covello St.
Van Nuys, CA 91406

Strategic Outsourcing Inc.
PO Box 241448
Charlotte, NC 28224

Streck
7002 S 109th St.
Omaha, NE 68128

Stroudwater Associates
50 Sewall St., #102
Portland, ME 04102-2646

Stryker Medical
PO Box 93308
Chicago, IL 60290

Sun Surgical Supply
302 NW 6th St.
Gainesville, FL 32601

Surgipro
7438 Woodland Drive
Shawnee, KS 662188

Susan Bousum
182 SE 936th St.
Old Town, FL 32680-7350

T-System, Inc.
4020 McEwen Dr., #200
Dallas, TX 75244

Mohammad Tariq, MD
4510 Medical Center Dr., #110
McKinney, TX 75069

The Market Place
PO Box 1073
Weirsdale, FL 32195

Renee Thompson, Esq.
7 E. Silver Spring Blvd, #500
Ocala, FL 34475

Tony Pfaff and Kim Bird
791 Eastside Rd.
Deer Lodge, MT 59722

Tri County Oil Distributors
Po Box 759

Williston, FL 32696

U.S. Foodservice, Inc.
1899 N. US Hwy 1
Ormond Beach, FL 32174

U.S. Foodservice, Inc.
c/o Thomas Sciarrino, Esq.
P.O. Box 172727
Tampa, FL 33672

United States of America
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

UST
PO Box 970
Laverne, CA 91750

Vidacare
4350 Lockhill Selma Rd., #150
Shavano Park, TX 78249

Virtual Radiologic Corporation
11995 Singletree Lane, #500
Eden Prairie, MN 55344

Virtual Radiologic Corporation
c/o Prestige Services, Inc.
21214 Schofield Dr.
Gretna, NE 68028

Robert Watine
c/o Atlee Wampler, Esq.
9350 S. Dixie Hwy., #1500
Miami, FL 33156

Michael Webb
2457 Franks Fair Lane
Perry, FL 32347

Well Built Fence
232 NW 127th St.
Newberry, FL 32669

Wells Fargo Financial Leasing, Inc.
800 Walnut St.
MAC F4031-040
Des Moines, IA 50309

Wells Fargo Financial Leasing, Inc.
c/o Richard Storfer, Esq.
101 NE 3rd Ave., #1800
Fort Lauderdale, FL 33301

Werner International Ent.
Po Box 25911
Baltimore, MD 21224

Wilburn Medical USA
146 Furlong Industrial Drive
Kernsville, NC 27284

Wilburn Medical USA
c/o Performance Source II
5097 N. Elston Ave., #300
Chicago, IL 60630-2460

Williston Area Chamber of Commerce
Po Box 369
Williston, FL 32696

Wisconsin State Laboratory of Hygiene
PO Box 78770
Milwaukee, WI 53278

Wolters Kluwer
4829 Innovation Way
Chicago, IL 60682

WW Gay Fire & Integrated Systems
522 Stockton St.
Jacksonville, FL 32204

Yon Goode
5290 NE 167 Ct.
Williston, FL 32696

Zuckerman Spaeder LLP
101 E. Kennedy Blvd., #1200
Tampa, FL 32602-5838