B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re  **Cypress Health Systems Florida, Inc.**               Case No.
                                          Debtor(s)           Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | | | **384,465.39** |
| **Richard Martin, MD 9448 W. Edgar Earl Loop Crystal River, FL 34428** | **Richard Martin, MD 9448 W. Edgar Earl Loop Crystal River, FL 34428** | | | **250,410.00** |
| **Virtual Radiologic Corporation 11995 Singletree Lane, #500 Eden Prairie, MN 55344** | **Virtual Radiologic Corporation 11995 Singletree Lane, #500 Eden Prairie, MN 55344** | | | **123,017.86** |
| **Advanced Practice 2655 Northwinds Pkwy Alpharetta, GA 30009** | **Advanced Practice 2655 Northwinds Pkwy Alpharetta, GA 30009** | | | **117,195.84** |
| **Pharmasource Healthcare, Inc. 4936 Blazer Pkwy. Dublin, OH 43017** | **Pharmasource Healthcare, Inc. 4936 Blazer Pkwy. Dublin, OH 43017** | | | **70,425.92** |
| **Strategic Outsourcing Inc. PO Box 241448 Charlotte, NC 28224** | **Strategic Outsourcing Inc. PO Box 241448 Charlotte, NC 28224** | | | **58,500.00** |
| **Medical Staffing Network PO Box 840416 Dallas, TX 75284-0416** | **Medical Staffing Network PO Box 840416 Dallas, TX 75284-0416** | | | **51,879.01** |
| **Zuckerman Spaeder LLP 101 E. Kennedy Blvd., #1200 Tampa, FL 32602-5838** | **Zuckerman Spaeder LLP 101 E. Kennedy Blvd., #1200 Tampa, FL 32602-5838** | | | **42,834.46** |
| **Ausley & McMullen, P.A. PO Box 391 Tallahassee, FL 32302** | **Ausley & McMullen, P.A. PO Box 391 Tallahassee, FL 32302** | | | **40,710.03** |
| **Holsonback & Harrang, P.A. 400 N. Ashley Drive, #1500 Tampa, FL 33602** | **Holsonback & Harrang, P.A. 400 N. Ashley Drive, #1500 Tampa, FL 33602** | | | **39,066.61** |
| **Edith R. Richman Trust PO Box 10 Archer, FL 32618** | **Edith R. Richman Trust PO Box 10 Archer, FL 32618** | | | **35,921.08** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Cypress Health Systems Florida, Inc.**                             Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Florida Department of Revenue** 5050 W. Tennessee St. Tallahassee, FL 32399 | **Florida Department of Revenue** 5050 W. Tennessee St. Tallahassee, FL 32399 | | | 31,594.39 |
| **James Moore & Company** 5931 NW 1st Place Gainesville, FL 32607 | **James Moore & Company** 5931 NW 1st Place Gainesville, FL 32607 | | | 29,950.00 |
| **Agency for Health Care Licensing and Administration** 2727 Mahan Drive, Mail Stop # 31 Tallahassee, FL 32308-5407 | **Agency for Health Care Licensing and Administration** 2727 Mahan Drive, Mail Stop # 31 Tallahassee, FL 32308-5407 | | | 29,633.00 |
| **Owens & Minor, Inc.** PO Box 860437 Orlando, FL 32886-0437 | **Owens & Minor, Inc.** PO Box 860437 Orlando, FL 32886-0437 | | | 29,497.66 |
| **Stroudwater Associates** 50 Sewall St., #102 Portland, ME 04102-2646 | **Stroudwater Associates** 50 Sewall St., #102 Portland, ME 04102-2646 | | | 26,200.51 |
| **OptumInsight** 2771 Momentum Place Chicago, IL 60689-5327 | **OptumInsight** 2771 Momentum Place Chicago, IL 60689-5327 | | | 25,192.96 |
| **Secundus Practice Management** 1817 Sir Lancelot Cir. St. Cloud, FL 34772 | **Secundus Practice Management** 1817 Sir Lancelot Cir. St. Cloud, FL 34772 | | | 24,720.00 |
| **Labcorp** PO Box 12140 Burlington, NC 27216-2140 | **Labcorp** PO Box 12140 Burlington, NC 27216-2140 | | | 23,416.72 |
| **Century Link** PO Box 11600 Monroe, LA 71211 | **Century Link** PO Box 11600 Monroe, LA 71211 | | | 21,970.13 |

B4 (Official Form 4) (12/07) - Cont.

In re   Cypress Health Systems Florida, Inc.                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  10/5/12                Signature  /s/ Jerry E. Gillman
                                        Jerry E. Gillman
                                        President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.