# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re   **Cypress Health Systems Florida, Inc.**

                                                          Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cypress Health Systems Florida, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mid-Florida Healthcare Holdings, Inc.**
**676 SE 47th Loop**
**Ocala, FL 34474**

☐ None [*Check if applicable*]

**October  5, 2012**

Date

**/s/ Elena P. Ketchum,**

**Elena P. Ketchum, Bar No. 0129267**

Signature of Attorney or Litigant

Counsel for   **Cypress Health Systems Florida, Inc.**

**Stichter, Riedel, Blain & Prosser, P.A.**

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**