**United States Bankruptcy Court**
**Northern District of Florida**
**Gainesville Division**

---

In re: Cypress Health Systems Florida, Inc.   Bankruptcy Case No.: 12-10431
Tri County Hospital - Williston   Chapter: 11

Tax ID: 75-2782071   Judge: Karen K. Specie

Debtor(s)

---

**Order Regarding Appointment of**
**A Patient Care Ombudsman**

THIS MATTER is before the Court on the Court's own motion to consider the entry of an appropriate Order in this case.

The Debtor, Cypress Health Systems Florida, Inc. filed a petition on 10/5/2012. On the petition, the Debtor characterized the nature of its business as a health care business. Section 333(a)(1) of the Bankruptcy Code provides as follows:

**11 USC Section 333. Appointment of patient care ombudsman**

(a)(1) If the debtor in a case under chapter 7, 9, or 11 is a health care business, the court shall order, not later than 30 days after the commencement of the case, the appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case.

Based on the petition and schedules filed in this case, therefore, and pursuant to Section 333 of the Bankruptcy Code, the Court will enter an order directing the United States Trustee to appoint a patient care ombudsman no later than 10/30/2012 unless a party in interest files a motion for order determining that a patient care ombudsman is not necessary. Upon the timely filing of any such motion pursuant to Fed. R. Bkcy. P. 2007.2 (a), a hearing will be scheduled.

**DONE AND ORDERED** at Tallahassee, Florida, October 9, 2012.

_____
Karen K. Specie
U.S. Bankruptcy Judge

Service to:
   All parties in interest