UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                                    Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,          Case No. 1:12-bk-10431-KKS
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

        Debtor.

_____/

NOTICE OF FILING OF AMENDED BUDGET
ATTACHED AS AN EXHIBIT TO DEBTOR'S
(I) CASH COLLATERAL MOTION AND
(II) DEBTOR IN POSSESSION FINANCING MOTION

[Related to Doc. Nos. 16 and 23]

CYPRESS HEALTH SYSTEMS FLORIDA, INC., as debtor and debtor in possession (the

"**Debtor**"), by and through its undersigned attorneys, hereby gives notice of the filing with this Court

of an amended six week budget (the "**Budget**"), which incorporates as a line item the payment of

$1,677.00 for annual license fees.  The Budget is attached hereto as Exhibit 1.  The attached Budget

amends and replaces in its entirety the form of budget attached as (i) Exhibit A to the  Debtor's

Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and

Granting Replacement Liens Pursuant to 11 U.S.C. §§ 105(a), 361, 363, 541 and 552 and

Bankruptcy Rule 4001 [Doc. No. 16]; and (ii) Exhibit B to Debtor's Emergency Motion for

Authority to Obtain Postpetition Financing and Grant Senior Liens, Superpriority Administrative

Expense Status and Adequate Protection Pursuant to 11 U.S.C. §§ 364(c) and (d) and F.R.B.P. 4001[Doc. No. 23].

Dated: October 10, 2012

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
cpostler@srbp.com
eketchum@srbp.com
(813) 229-0144
(813) 229-1811 - Fax
Attorneys for Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **NOTICE OF FILING OF AMENDED BUDGET ATTACHED AS AN EXHIBIT TO DEBTOR'S (I) CASH COLLATERAL MOTION AND (II) DEBTOR IN POSSESSION FINANCING MOTION** together with attached Exhibit 1 has been furnished on this 10th day of October, 2012 by the Court's CM/ECF Noticing System to:

Office of the United States Trustee

/s/ Elena Paras Ketchum
Elena Paras Ketchum

2

# EXHIBIT 1

Tri County Hospital- Williston
Projected Cash Flow Statement

| Projected Revenues / October 6,2012 -November 11,2012 | 10/06 -10/07 Budget | 10/08-10/14 Budget | 10/15 - 10/21 Budget | 10/22 -10/28 Budget | 10/29 - 11/04 Budget | 11/05 -11/11 Budget |
|---|---|---|---|---|---|---|
| Hospital Revenue | 0 | 0 | 50,000 | 125,000 | 125,000 | 125,000 |
| DIP Financing Advances | 11,000 | 100,000 | 45,000 | | | |
| | | | | | | |
| **Projected Expenditures** | | | | | | |
| Medical Supplies | 1,000 | 5,000 | 7,000 | 8,000 | 8,000 | 9,000 |
| Auto Expense | 0 | 100 | 100 | 100 | 100 | 100 |
| Adverstising | 0 | 50 | 50 | 50 | 50 | 50 |
| Contract Labor | 3,000 | 12,000 | 12,000 | 20,800 | 20,800 | 20,800 |
| Bank & Credit Card  Fees | | 0 | 0 | 0 | 1,500 | 0 |
| Payroll | 5,000 | 39,800 | 39,800 | 39,800 | 39,800 | 39,800 |
| Payroll Tax Liability | 1,300 | 9,300 | 9,300 | 9,300 | 9,300 | 9,300 |
| Repairs & Maint | | 3,000 | 2,000 | 2,000 | 1,000 | 1,000 |
| Office Expenses | 50 | 150 | 150 | 150 | 150 | 150 |
| Telephone | | 0 | 2,500 | 200 | 2,500 | 200 |
| Groceries | 100 | 500 | 500 | 600 | 600 | 600 |
| Utilities | | | 0 | 0 | 10,000 | 0 |
| CPA Fees for Auditing Services | | 0 | 20,000 | 15,000 | 0 | 0 |
| Annual Lic. Fees | | 1,677 | | | | |
| Linen/Uniforms | 0 | 0 | 1,200 | 0 | 1,200 | 0 |
| Total Insurance | | 21,000 | 0 | 0 | 0 | 36,000 |
| Equip Lease/Comp Software (CPSI) | | 7,360 | 0 | 0 | 0 | 0 |
| Other Expenses | | 50 | 250 | 250 | 250 | 250 |
| **Total Expenditures** | 10,450 | 99,987 | 94,850 | 96,250 | 95,250 | 117,250 |
| | | | | | | |
| **Net Cash Flow** | 550 | 13 | 150 | 28,750 | 29,750 | 7,750 |
| | | | | | | |
| **Cummulative Cash Flow** | 550 | 563 | 713 | 29,463 | 59,213 | 66,963 |