UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

CYPRESS HEALTH SYSTEMS FLORIDA, INC., d/b/a TRI COUNTY HOSPITAL – WILLISTON, f/d/b/a NATURE COAST REGIONAL HOSPITAL,

Debtor.
_____/

Chapter 11

Case No. 1:12-bk-10431-KKS

**NOTICE OF FILING OF EXHIBIT 1 TO
DEBTOR'S SECOND EMERGENCY MOTION FOR AUTHORITY TO
OBTAIN POSTPETITION FINANCING AND GRANT SENIOR LIENS,
SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AND ADEQUATE
PROTECTION PURSUANT TO 11 U.S.C. §§ 364(c) AND (d) AND F.R.B.P. 4001**
[Related to Doc. No. 48]

CYPRESS HEALTH SYSTEMS FLORIDA, INC., as debtor and debtor in possession (the "**Debtor**"), by and through its undersigned attorneys, hereby gives notice of the filing with this Court of an amended budget (the "**Budget**"), which was entered into evidence as Debtor's Exhibit 1 at the hearing conducted on October 24, 2012 at 4:00 p.m. on Debtor's Second Emergency Motion for Authority to Obtain Postpetition Financing and Grant Senior Liens, Superpriority Administrative Expense Status and Adequate Protection Pursuant to 11 U.S.C. §§ 364(c) and (d) and F.R.B.P. 4001 [Doc. No. 48].

DATED: October 26, 2012

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
ATTORNEYS FOR DEBTOR
cpostler@srbp.com
eketchum@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF FILING OF EXHIBIT 1 TO DEBTOR'S SECOND EMERGENCY MOTION FOR AUTHORITY TO OBTAIN POSTPETITION FINANCING AND GRANT SENIOR LIENS, SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AND ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 364(c) AND (d) AND F.R.B.P. 4001 together with attached Exhibit 1 has been furnished on this **26th** day of **October, 2012** to:

Charles F. Edwards, Esquire
OFFICE OF UNITED STATES TRUSTEE
110 East Park Avenue - Suite 128
Tallahassee, Florida 32301

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267

2

| Projected Revenues | 10/06 -10/07 | | 10/08-10/14 | | 10/15 - 10/21 | | 10/22 -10/28 | | 10/29 - 11/04 | |
|---|---|---|---|---|---|---|---|---|---|---|
| October 6,2012 -November 11,2012 | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual |
| Hospital Revenue | 5,891 | $5,891.00 | 0 | 6,681 | 50,000 | 35,506 | 48,000 | 0 | 33,000 | 0 |
| DIP Financing Advances | 11,000 | | 100,000 | 110,000 | 45,000 | 32,000 | 40,000 | 0 | 73,500 | 0 |
| | | | | | | | | | | |
| **Projected Expenditures** | | | | | | | | | | |
| Medical Supplies | 1,000 | | 5,000 | 3,065 | 7,000 | 9,591 | 7,000 | | 8,000 | |
| Auto Expense | 0 | | 100 | 131 | 100 | | 100 | | 100 | |
| Adverstising | 0 | | 50 | | 50 | | 50 | | 50 | |
| Contract Labor | 3,000 | | 12,000 | 11,295 | 12,000 | 15,685 | 20,800 | | 20,800 | |
| Bank & Credit Card Fees | | | 0 | 763 | 0 | | 0 | | 1,500 | |
| Payroll | 5,000 | | 39,800 | 41,831 | 39,800 | 42,545 | 39,800 | | 39,800 | |
| Payroll Tax Liability | 1,300 | | 9,300 | 10,277 | 9,300 | 10,680 | 9,300 | | 9,300 | |
| Repairs & Maint | | | 3,000 | 1,494 | 2,000 | 10,662 | 4,000 | | 2,000 | |
| Office Expenses | 50 | | 150 | 269 | 150 | 62 | 150 | | 150 | |
| Telephone | | | 0 | | 0 | | 0 | | 0 | |
| Groceries | 100 | | 500 | | 500 | 896 | 600 | | 600 | |
| Utilities | | | | | 0 | | 0 | | | |
| CPA Fees for Auditing Services | | | 0 | | | | | | 0 | |
| Annual Lic. Fees | | | 1,677 | 1,677 | | 400 | | | | |
| Linen/Uniforms | 0 | | 0 | | 1,200 | | 0 | | 1,200 | |
| Total Insurance | | | 21,000 | 3,189 | 0 | 15,002 | 0 | | 29,593 | |
| Equip Lease/Comp Software (CPSI) | | | 7,360 | | 0 | 7,359 | 0 | | 0 | |
| Other Expenses | | | 50 | | 250 | 373 | 250 | | 250 | |
| **Total Expenditures** | 10,450 | 0 | 99,987 | 73,991 | 72,350 | 113,255 | 82,050 | 0 | 113,343 | 0 |
| | | | | | | | | | | |
| **Net Cash Flow** | 550 | 5891 | 13 | 42,690 | 22,650 | -45,749 | 5,950 | 0 | -6,843 | 0 |
| | | | | | | | | | | |
| **Cummulative Cash Flow** | 550 | 5891 | 563 | 48,581 | 23,213 | 2,832 | 8,782 | 0 | 1,939 | 0 |

# Exhibit 1