B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Florida, Gainesville Division

In re    **Cypress Health Systems Florida, Inc.**          Case No.   **1:12-bk-10431-KKS**

                                 Debtor

                                                               Chapter               **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 832,593.00 | | |
| B - Personal Property | Yes | 3 | 1,473,334.31 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,970,294.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 483,278.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 47 | | 1,784,231.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 2,305,927.31 | | |
| Total Liabilities | | | | 6,237,805.40 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re    **Cypress Health Systems Florida, Inc.**

Debtor

Case No. __1:12-bk-10431-KKS__

Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Cypress Health Systems Florida, Inc.**                                          Case No.   **1:12-bk-10431-KKS**
                                                    ,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial real property known as Tri-County Hospital located at 125 SW 7 St., Williston, Florida (2012 tax assessed value listed)** | | - | 832,593.00 | 3,222,036.21 |

|  | Sub-Total > | 832,593.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 832,593.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
                                                          ,
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 187.12 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Perkins State Bank Operating Account** | - | 1,512.70 |
| | | **Perkins State Bank Payroll Account** | - | 188.67 |
| | | **Perkins State Bank Debit Account** | - | 3,348.12 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **City of Williston** | - | 20,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        25,236.61
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                              Case No.   **1:12-bk-10431-KKS**
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Patient Receivables (estimated amount listed) | - | 700,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                    Sub-Total >      700,000.00
                                                                 (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
_____,
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, Computer Equipment and Software (value listed is at cost, less depreciation)** | - | 170,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Medical Equipment (value listed is at cost, less depreciation)** | - | 500,000.00 |
| | | **Generator (value listed is at cost, less depreciation)** | - | 2,000.00 |
| 30. Inventory. | | **Inventory (Central, Food, ER, Medical, Surgery, OR, Procedure, Radiology, Respiratory Lab, and Health Care) (value listed is at cost, less depreciation)** | - | 72,597.70 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Signage (value listed is at cost, less depreciation)** | - | 3,500.00 |

|  |  |
|---|---|
| Sub-Total > | 748,097.70 |
| (Total of this page) | |
| Total > | 1,473,334.31 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Cypress Health Systems Florida, Inc.**                          Case No.   **1:12-bk-10431-KKS**
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **NONE.** | | | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Cypress Health Systems Florida, Inc.** ,                          Case No.   **1:12-bk-10431-KKS**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Summary Final Judgment | | | | | |
| **Alliance Healthcare Services, Inc.** c/o Eric Zwiebel, Esq. 8751 W. Broward Blvd., #100 Fort Lauderdale, FL 33324 | | | - | | **Commercial real property known as Tri-County Hospital located at 125 SW 7 St., Williston, Florida (2012 tax assessed value listed)** | | | X | | |
| | | | | | Value $              832,593.00 | | | | 78,982.43 | 78,982.43 |
| Account No. | | | | | Security Interest | | | | | |
| **Beckman Coulter, Inc.** 250 S. Kraemer Blvd. Mailstop E2.SE.02 Brea, CA 92821 | | | - | | **Equipment** | | | X | | |
| | | | | | Value $              Undetermined | | | | 44,848.68 | Undetermined |
| Account No. | | | | | For informational purposes | | | | | |
| **Beckman Coulter, Inc.** c/o Kit F. Pettit, Esq. 707 Grant St., #2200 Gulf Tower Pittsburgh, PA 15219 | | | - | | | | | | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Security Interest | | | | | |
| **Jalil Khan, M.D.** 6600 Myrtle Beach Dr. Plano, TX 75093-6302 | | | - | | **Patient Receivables (estimated amount listed)** | | | | | |
| | | | | | Value $              700,000.00 | | | | 189,400.00 | 0.00 |
| **2**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 313,231.11 | 78,982.43 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**          Case No.  **1:12-bk-10431-KKS**
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage | | | | | |
| **Kim Bird** 4163 E. 421 N. Rigby, ID 83442 | - | | Commercial real property known as Tri-County Hospital located at 125 SW 7 St., Williston, Florida (as security for Mid Florida note) | X | | X | | |
| | | | Value $      **832,593.00** | | | | 1,235,124.24 | 1,070,566.54 |
| Account No. | | | Lien | | | | | |
| **Michele Borst Architect, P.A.** 4926 NW 19th Place Gainesville, FL 32605 | | | Commercial real property known as Tri-County Hospital located at 125 SW 7 St., Williston, Florida (2012 tax assessed value listed) | | | | | |
| | | | Value $      **832,593.00** | | | | 4,770.00 | 4,770.00 |
| Account No. | | | For informational purposes | | | | | |
| **Michele Borst Architect, P.A.** c/o Peg O'Connor, Esq. 204 W. University Ave., #7 Gainesville, FL 32601 | - | | | | | | | |
| | | | Value $      **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | Security Interest | | | | | |
| **Mid Florida Healthcare Holdings, Inc.** 4900 S.W. 46th Court No. 2509 Ocala, FL 34474 | - | | Patient Receivables (estimated amount listed) | | | | | |
| | | | Value $      **700,000.00** | | | | 324,610.00 | 0.00 |
| Account No. **xxxx9601, xxxx7225** | | | Mortgage | | | | | |
| **Perkins State Bank** 342 E. Noble Ave. Williston, FL 32696 | - | | Commercial real property known as Tri-County Hospital located at 125 SW 7 St., Williston, Florida (2012 tax assessed value listed) | | | | | |
| | | | Value $      **832,593.00** | | | | 668,035.30 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     **2,232,539.54**    **1,075,336.54**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No.  **1:12-bk-10431-KKS**
                                                            ,
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | For informational purposes | | | | | |
| Perkins State Bank c/o Norm Fugate, Esq. P.O. Box 98 Williston, FL 32696 | - | | | | | | | | | | |
| | | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | Security Interest | | | | | |
| Mohammad Tariq, MD 1850 Lakepointe Dr., #100 Lewisville, TX 75057 | - | | | | | Patient Receivables (estimated amount listed) | | | | | |
| | | | | | | Value $     700,000.00 | | | | 189,400.00 | 3,410.00 |
| Account No. | | | | | | Commercial real property known as Tri-County Hospital located at 125 SW 7 St., Williston, Florida (as security for Mid Florida note) | | | | | |
| Tony Pfaff 791 Eastside Rd. Deer Lodge, MT 59722 | - | | | | | | X | | X | | |
| | | | | | | Value $     832,593.00 | | | | 1,235,124.24 | 1,235,124.24 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 1,424,524.24 | 1,238,534.24

Total
(Report on Summary of Schedules) | 3,970,294.89 | 2,392,853.21

B6E (Official Form 6E) (4/10)

In re    **Cypress Health Systems Florida, Inc.**                                    Case No.    **1:12-bk-10431-KKS**
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                                  Case No.  **1:12-bk-10431-KKS**
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | **2011 Real Estate Tax Certificate** | | | | | | | |
| **Theodore Couch** **1717 E. Fowler Ave.** **Tampa, FL 33612** | - | | | | | | | | **Undetermined** |
| | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | |
| **Florida Department of Labor** **Division of Unemployment** **Compensation** **Bureau of Tax** **Tallahassee, FL 32399-0233** | - | | | | | | | | **Undetermined** |
| | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | |
| **Florida Department of Revenue** **5050 W. Tennessee St.** **Tallahassee, FL 32399** | - | | | | | | | | **0.00** |
| | | | | | | | | **31,594.39** | **31,594.39** |
| Account No. | | **Tax Periods September 2011 through August 2012** | | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Operations** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | | **0.00** |
| | | | | | | | | **384,465.39** | **384,465.39** |
| Account No. | | **2010 and 2011 Real Estate Taxes** | | | | | | | |
| **Levy County Tax Collector** **P.O. Drawer 70** **Bronson, FL 32621** | - | | | | | | | | **0.00** |
| | | | | | | | | **56,671.31** | **56,671.31** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal              | **0.00**
(Total of this page) | **472,731.09** | **472,731.09**

B6E (Official Form 6E) (4/10) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                                    ,    Case No.   **1:12-bk-10431-KKS**
                                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 2010 tangible taxes | | | | | |
| **Levy County Tax Collector** P.O. Drawer 70 Bronson, FL 32621 | - | | | | | | | | | 0.00 |
| | | | | | | | | | **10,547.62** | **10,547.62** |
| Account No. | | | | | 2010 Real Estate Tax Certificate | | | | | |
| **Matt Pallardy** P.O. Box 3167 Tampa, FL 33601 | - | | | | | | | | | **Undetermined** |
| | | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | **10,547.62**    **10,547.62** |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | **483,278.71**    **483,278.71** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Cypress Health Systems Florida, Inc.** _____,  Case No. __1:12-bk-10431-KKS__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **A Black Knight Locksmith**<br>**PO Box 621**<br>**Williston, FL 32696** | - | | | | | | | | 275.53 |
| Account No. | | | | | | | | | |
| **A/C Printing and Rubber Stamp**<br>**23 E. Noble Ave.**<br>**Williston, FL 32696** | | | | | | | | | 85.60 |
| Account No. | | | | | | | | | |
| **A1 Aluminum, Inc.**<br>**8490 NE 61st Place**<br>**Bronson, FL 32621** | - | | | | | | | | 3,425.00 |
| Account No. | | | | | | | | | |
| **AAA Refrigeration**<br>**2908 NE 21st Way**<br>**Gainesville, FL 32609** | - | | | | | | | | 726.75 |
| __46__   continuation sheets attached | | | | | | | Subtotal<br>(Total of this page) | | 4,512.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                Case No.  **1:12-bk-10431-KKS**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Abbott Laboratories PO Box 100997 Atlanta, GA 30384-4705 | - | | | | | | 1,084.98 |
| Account No. | | | | | | | |
| Absolute Courier PO Box 738 Melrose, FL 32666 | - | | | | | | 3,143.50 |
| Account No. | | | | | | | |
| Accurate Background Check 108 N Magnolia Ave, #202 Ocala, FL 34475 | - | | | | | | 1,890.00 |
| Account No. | | | | | | | |
| Ace Hardware 54 SW Main Williston, FL 32696 | - | | | | | | 578.46 |
| Account No. | | | | | | | |
| Advanced Practice 2655 Northwinds Pkwy Alpharetta, GA 30009 | - | | | | | | 117,195.84 |

Sheet no. __1__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                123,892.78

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Agency for Health Care Licensing and Administration** 2727 Mahan Drive, Mail Stop # 31 Tallahassee, FL 32308-5407 | - | | | | | | | 39,892.00 |
| Account No. | | | | | | | | |
| **Air Liquide America Corp.** PO Box 200269 Houston, TX 77216-0269 | - | | | | | | | 13,962.65 |
| Account No. | | | | | | | | |
| **Alachua County Fire & Rescue** P.O. Box 5038 Gainesville, FL 32627-5038 | - | | | | | | | 512.00 |
| Account No. | | | | | | | | |
| **Alachua Printing Inc.** PO Box 1329 Alachua, FL 32616-1329 | - | | | | | | | 3,761.68 |
| Account No. | | | | | | | | |
| **Alco Sales** 6851 High Grove Blvd Burr Bridge, IL 60527 | - | | | | | | | 25.22 |

Sheet no. __2__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          | 58,153.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No.  **1:12-bk-10431-KKS**
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Alere North America, Inc. 30  S. Keller Rd., STE 100 Orlando, FL 32810 | - | | | | | | | 4,503.87 |
| Account No. | | | | | | | | |
| Alimed Inc. PO Box 9135 Dedham, MA 20279-9135 | - | | | | | | | 463.25 |
| Account No. | | | | For informational purposes | | | | |
| Alimed, Inc. c/o Johnson, Morgan & White 6800 Broken Sound Pkwy Boca Raton, FL 33487 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| All Phase Business Supplies 1920 E. Gladwick St. Rancho Dominguez, CA 90220 | - | | | | | | | 297.22 |
| Account No. | | | | | | | | |
| All-Rite Heating & Air 4751 NE 155th Ave. Williston, FL 32696 | - | | | | | | | 2,121.81 |

Sheet no. __3__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,386.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                          Case No. __1:12-bk-10431-KKS__
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Allen Dell, P.A. 202 S. Rome Ave., #100 Tampa, FL 33606 | - | | | | | | | 17,035.00 |
| Account No. | | | | For informational purposes | | | | |
| Alliance Healthcare Services, Inc. P.O. Box 96485 Chicago, IL 60693-6485 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Allscript LLC 222 Merchandise Mart Plaza, #2024 Chicago, IL 60654 | - | | | | | | | 5,146.88 |
| Account No. | | | | | | | | |
| Allstate PO Box 650514 Dallas, TX 75265-0514 | - | | | | | | | 2,525.80 |
| Account No. | | | | | | | | |
| Altman Scientific, Inc. PO Box 5312 St. Augustine, FL 32085-5312 | - | | | | | | | 139.95 |

Sheet no. __4__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      24,847.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Ambler Surgical 404 Gordon Drive Exton, PA 19341 | | - | | | | | | | 355.60 |
| Account No. | | | | | | | | | |
| American Medical Review PO Box 550749 Jacksonville, FL 32255 | | - | | | | | | | 75.00 |
| Account No. | | | | | | | | | |
| Amerinet AGP LLC 500 Common Wealth Drive Qarrendale, PA 15086 | | - | | | | | | | 1,800.00 |
| Account No. | | | | | | | | | |
| Ameripath Florida 8100 Chancellor Dr., #130 Orlando, FL 32809-7688 | | - | | | | | | | 581.50 |
| Account No. | | | | | | | | | |
| Amerisourcebergen Drug PO Box 905816 Charlotte, NC 28290 | | - | | | | | | | 7,729.16 |

Sheet no. __5__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     10,541.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No.  **1:12-bk-10431-KKS**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Anthony Vandenberg, LD <br> P.O. Box 314 <br> Tangerine, FL 32777-0314 | - | | | | | | **Undetermined** |
| Account No. <br><br> ARC of Alachua County <br> 3303 NW 83rd St. <br> Gainesville, FL 32606 | - | | | | | | **175.00** |
| Account No. <br><br> Ardus Medical, Inc. <br> PO Box 23128 <br> Cincinnati, OH 45223-0128 | - | | | | | | **3,884.16** |
| Account No. <br><br> Armstrong Medical <br> PO Box 700 <br> Lincolnshire, IL 60069-0700 | - | | | | | | **7,536.99** |
| Account No. <br><br> Ausley & McMullen, P.A. <br> PO Box 391 <br> Tallahassee, FL 32302 | - | | | | | | **41,849.00** |

Sheet no. **6** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **53,445.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.**                    Case No. __1:12-bk-10431-KKS__
_____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Elyse Babbit 1930 NW 55th Terr Gainesville, FL 32605 | - | | | | | | | 2,837.50 |
| Account No. | | | | | | | | |
| Bio Medical Lab Center, Inc. 1351 S. Leavitt Ave., #102 Orange City, FL 32763 | - | | | | | | | 1,345.26 |
| Account No. | | | | | | | | |
| Bio Waste Industries, Inc. P.O. Box 540417 Orlando, FL 32854 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| Biomed Techs, Inc. 5510 SW 41st Blvd., #206 Gainesville, FL 32608 | - | | | | | | | 5,085.90 |
| Account No. | | | | | | | | |
| Boone Welding 2406 NE 19th Drive Gainesville, FL 32609 | - | | | | | | | 25.95 |

Sheet no. __7__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          9,294.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                         Case No.   **1:12-bk-10431-KKS**
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Boyle Imaging, LLC. 11050 NW 88th. Terr. Chiefland, FL 32626 | | - | | | | | | 1,152.33 |
| Account No. | | | | | | | | |
| Bracco Diagnostics, Inc. PO Box 532411 Charlotte, NC 28290-2411 | | - | | | | | | 1,945.78 |
| Account No. | | | | | | | | |
| Briggs Corporation PO Box 1355 Des Moines, IA 50305-1355 | | - | | | | | | 992.64 |
| Account No. | | | | | | | | |
| Capital Radiology PO Box 688 Sheridan, WY 82801 | | - | | | | | | 3,143.25 |
| Account No. | | | | | | | | |
| Carolina Liquid Chemistries Corp. 391 Technology Way Winston Salem, NC 27101 | | - | | | | | | 1,358.25 |

Sheet no. __8__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,592.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
_____,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Century Link PO Box 11600 Monroe, LA 71211 | | - | | | | | | 21,970.13 |
| Account No. | | | | | | | | |
| Chiefland Citizen PO Drawer 980 Chiefland, FL 32644 | | - | | | | | | 1,123.37 |
| Account No. | | | | | | | | |
| City of Williston Utilities P.O. Box 160 Williston, FL 32696 | | - | | | | | | 9,167.00 |
| Account No. | | | | | | | | |
| John Coleman 4750 CR 151 #20 Wildwood, FL 34785 | | - | | | | | | 10,200.00 |
| Account No. | | | | | | | | |
| Comcast PO Box 105184 Atlanta, GA 30348-5184 | | - | | | | | | 5,498.58 |

Sheet no. _9__ of _46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            47,959.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                    Case No.  **1:12-bk-10431-KKS**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Computer Programs & Systems, Inc. 6600 Wall Street Mobile, AL 36695 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| Confidential Courier Services, Inc. PO Box 1136 Gainesville, FL 32602 | - | | | | | | | 5,284.08 |
| Account No. | | | | | | | | |
| Creekridge Capital, LLC 7808 Creekridge Cir., #250 Minneapolis, MN 55439 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Cubicle Curtain Factory 7810 S. Dixie Hwy. West Palm Beach, FL 33405 | - | | | | | | | 536.07 |
| Account No. | | | | | | | | |
| Custom Medical Specialty PO Box 177 Pine Level, NC 27568 | - | | | | | | | 470.02 |

Sheet no. __10__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      6,290.17

B6F (Official Form 6F) (12/07) - Cont.

In re __Cypress Health Systems Florida, Inc.__        Case No. __1:12-bk-10431-KKS__

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| Cypress Healthcare, LLC. 791 Eastside Road Deerlodge, MT 59722 | - | | | | | | | | 1,815.55 |
| Account No. | | | | | | | | | |
| D&Y PO Box 635715 Cincinnati, OH 45263-5715 | - | | | | | | | | 483.94 |
| Account No. | | | | | | | | | |
| Data Supply Center 1507 E. Walley Pkwy, #3 Escondido, CA 92027 | - | | | | | | | | 1,904.70 |
| Account No. | | | | | | | | | |
| Albert Dennis 312 Vanhook Road Franklin, NC 28734 | - | | | | | | | | 900.00 |
| Account No. | | | | | | | | | |
| Department of Financial Services Division of Workers Comp PO Box 7900 Tallahassee, FL 32314 | - | | | | | | | | 11,442.06 |

Sheet no. __11__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,546.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                                                    Case No.    **1:12-bk-10431-KKS**
                                                                                    ,
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Dept. of Health & Human Services 200 Independence Ave., S.W. Washington, DC 20201** | - | | | | | | | | **Undetermined** |
| Account No. | | | | | | | | | |
| **Nilesh Desai 132 Aspen Oak Lane Glendale, CA 91207** | - | | | | | | | | **125,000.00** |
| Account No. | | | | | | | | | |
| **James B. DeStephens, MD. 2341 NW 41st St., Ste B Gainesville, FL 32606** | - | | | | | | | | **1,862.50** |
| Account No. | | | | | | | | | |
| **Dicom Solutions 548 Wald Irvine, CA 92618** | - | | | | | | | | **2,250.00** |
| Account No. | | | | | | | | | |
| **Direct Supply 6767 N. Industrial Rd. Milwaukee, WI 53223** | - | | | | | | | | **930.52** |

Sheet no. __12__ of __46__ sheets attached to Schedule of                                    Subtotal                    130,043.02
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                          Case No. __1:12-bk-10431-KKS__
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **DOCS** 6911 NW 22nd St. Unit H. Gainesville, FL 32653 | | - | | | | | | 8,885.20 |
| Account No. | | | | | | | | |
| **Drug Testing USA** 780 S. Appollo Blvd. Melbourne, FL 32901 | | - | | | | | | 1,475.00 |
| Account No. | | | | | | | | |
| **Ecolab** 24673 Network Place Chicago, IL 60673-1246 | | - | | | | | | 784.01 |
| Account No. | | | | | | | | |
| **Ecolab Equipment Care/GCS** PO Box 905327 Charlotte, NC 28290 | | - | | | | | | 417.55 |
| Account No. | | | | | | | | |
| **Ecom Folders** PO Box 1530 Dept 210 Southhaven, MS 38671 | | - | | | | | | 1,071.23 |

Sheet no. __13__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12,632.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                    Case No.  __1:12-bk-10431-KKS__
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Morgan Stone & Associates For informational purposes | | | | |
| Ecom Folders, Inc. c/o Morgan Stone & Assoc. 1005 Veterans Memorial Blvd. Kenner, LA 70062-4109 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Edith R. Richman Trust PO Box 10 Archer, FL 32618 | - | | | | | | | 35,921.08 |
| Account No. | | | | | | | | |
| Joyce Ellis 5131 SW 62nd Ave. Gainesville, FL 32608 | - | | | | | | | 6,355.00 |
| Account No. | | | | | | | | |
| Emergency Response Educators & Consultants, Inc. 5980 NE 57th Loop Silver Springs, FL 34488 | - | | | | | | | 7,372.63 |
| Account No. | | | | For informational purposes | | | | |
| Emergency Response Educators & Consultants, Inc. c/o Renee Pelzman, Esq. P.O. Box 770172 Ocala, FL 34477 | - | | | | | | | 0.00 |

Sheet no. __14__ of __46__ sheets attached to Schedule of          Subtotal          49,648.71
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.**                           Case No. __1:12-bk-10431-KKS__
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Entre Technology Group PO Box 121924 Fort Worth, TX 76121 | - | | | | | | | 3,025.00 |
| Account No. | | | | | | | | |
| Federal Background Svcs PO Box 6703 Lake Worth, FL 33466-6703 | - | | | | | | | 955.00 |
| Account No. | | | | | | | | |
| First Coast Service Options, Inc. 532 Riverside Ave. Jacksonville, FL 32202 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| First Insurance Funding Corp PO Box 6646 Chicago, IL 60606-6468 | - | | | | | | | 15,002.42 |
| Account No. | | | | | | | | |
| Fisher Research PO Box 404705 Atlanta, GA 30384-4705 | - | | | | | | | 11,992.68 |

Sheet no. __15__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          30,975.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No.  __1:12-bk-10431-KKS__
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **516725TM** <br><br> **Fisher Research** <br> **c/o Receivables Control Corp.** <br> **7373 Kirkwood Ct., #200** <br> **Osseo, MN 55369** | - | | | For informational purposes | | | | **0.00** |
| Account No. <br><br> **Florida Dept/Environmental Protection** <br> **Attn: Gary Colecchio, SW District Dir.** <br> **13051 N. Telecom Pkwy.** <br> **Tampa, FL 33637-0926** | - | | | | | | | **Undetermined** |
| Account No. <br><br> **Florida Hospital Association** <br> **1675 Terrell Mill Road** <br> **Marietta, GA 30067** | - | | | | | | | **1,575.00** |
| Account No. <br><br> **Florida Pest Control** <br> **3762 NE 14th Street** <br> **Ocala, FL 34470-4944** | - | | | | | | | **1,174.95** |
| Account No. <br><br> **Food Service Resources** <br> **5350 McEver Rd.** <br> **Flowery Branch, GA 30542** | - | | | | | | | **380.78** |

Sheet no. __16__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **3,130.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                      Case No.   **1:12-bk-10431-KKS**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| Dana M. Francis-Thomas 520 S.E. 2nd St. Williston, FL 32696 | | - | | | | | X | |
| | | | | | | | | **Undetermined** |
| Account No. | | | | | | | | |
| FTMS Medical, Inc. 3728 Phillips Hwy, #46 Jacksonville, FL 32207 | | - | | | | | | |
| | | | | | | | | **5,186.28** |
| Account No. | | | | | | | | |
| Gentinge 1777 E. Henerietta Rd. Rochester, NY 14623-3133 | | - | | | | | | |
| | | | | | | | | **129.05** |
| Account No. | | | | | | | | |
| Jerry E. Gillman 678 SE 47th Loop Ocala, FL 34480 | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| Global Equipment Company PO Box 905713 Charlotte, NC 28290 | | - | | | | | | |
| | | | | | | | | **842.38** |

Sheet no. __17__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **6,157.71**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**
_____
                                   Debtor

Case No.  **1:12-bk-10431-KKS**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| Great American Leasing Corp. PO Box 660831 Dallas, TX 75266 | - | | | | | | | 5,751.86 |
| Account No. | | | | | | | | |
| Hart Diversified Resources 6746 E. Haynes Ln. Inverness, FL 34452 | - | | | | | | | 2,340.00 |
| Account No. | | | | | | | | |
| Kim Harvey c/o Michael Massey, Esq. 855 E. University Ave. Gainesville, FL 32601 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Healthcare Financial Services 241 Red Coulee Rd. Belt, MT 59412 | - | | | | | | | 5,700.00 |
| Account No. | | | | | | | | |
| Heller Healthcare Finance, Inc. 2 Wisconsin Cir., 4th Floor Chevy Chase, MD 20815 | - | | | | | | X | Undetermined |

Sheet no.  **18**  of  **46**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,791.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                              Case No.  **1:12-bk-10431-KKS**
_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Holsonback & Harrang, P.A. 400 N. Ashley Drive, #1500 Tampa, FL 33602 | - | | | | | | 39,066.61 |
| Account No. | | | | | | | |
| Hospira Worldwide, Inc. 275 N. Field Dr. Lake Forest, IL 60045 | - | | | | | | 11,098.18 |
| Account No. | | | | | | | |
| Idexx Laboratories, Inc. 10901 Roosevelt Blvd N. St Petersburg, FL 33716 | - | | | | | | 1,153.82 |
| Account No. | | | | | | | |
| Incheck Conultants 6556 E. Morley St. Inverness, FL 34452 | - | | | | | | 3,078.75 |
| Account No. | | | | | | | |
| Infolab Inc. 5542 SW 6th Place Ocala, FL 34476 | - | | | | | | 6,616.84 |

Sheet no. **19** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **61,014.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.**        Case No. **1:12-bk-10431-KKS**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x9771 | | | | For informational purposes | | | | |
| Infolab, Inc. c/o Hatmaker & Associates 1156 S. US Highway 1 Vero Beach, FL 32962 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Integrity Home Health Care 7870 SW 103rd St. Ocala, FL 34476 | | - | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Interim Healthcare-Private Svc, Inc. 1601 Sawgrass Corporate Pkwy. Fort Lauderdale, FL 33323 | | - | | | | | | 8,588.60 |
| Account No. | | | | For informational purposes | | | | |
| Interim Healthcare-Private Svc, Inc. c/o Laura Lightsey, Esq. 600 Jennings Ave. Eustis, FL 32726 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Intermed 13351 Progress Blvd Alachua, FL 32615 | | - | | | | | | 18,580.12 |

Sheet no. **20** of **46** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 28,168.72 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.  **1:12-bk-10431-KKS**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| IPC Labels PO Box 72 Pembina, ND 58271 | - | | | | | | | 1,645.86 |
| Account No. | | | | | | | | |
| Ivans Po Box 850001 Orlando, FL 32885 | - | | | | | | | 327.48 |
| Account No. | | | | | | | | |
| Jack S Steam Cleaning Inc. PO Box 2368 Belleview, FL 34421 | - | | | | | | | 802.50 |
| Account No. | | | | | | | | |
| James Moore & Company 5931 NW 1st Place Gainesville, FL 32607 | - | | | | | | | 29,950.00 |
| Account No. | | | | | | | | |
| Brittany Johns c/o Richard Celler, Esq. 600 N. Pine Island Rd., #400 Fort Lauderdale, FL 33324 | - | | | | | | X | Undetermined |

Sheet no. **21** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     32,725.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | For informational purposes | | | | |
| Brittany Johns c/o Carlos Leach, Esq. 20 N. Orange Ave., #1000 Orlando, FL 32801 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Johnstone Supply 2303 NE 27th. Ave Gainesville, FL 32609 | - | | | | | | | | 525.34 |
| Account No. | | | | | For informational purposes | | | | |
| Jones & Son Fire Extingusher Svc c/o deBrainien Knight Simmons, et al. 332 N. Magnolia Ave. Orlando, FL 32801 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Jones & Sons Fire Extinguisher Svc PO Box 183 Trenton, FL 32693 | - | | | | | | | | 346.97 |
| Account No. | | | | | | | | | |
| Kennedy Communications 426 SW Commerce Dr., #145 Lake City, FL 32025 | - | | | | | | | | 2,597.61 |

Sheet no. __22__ of __46__ sheets attached to Schedule of                    Subtotal                 | 3,469.92
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                        Case No.  **1:12-bk-10431-KKS**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Labcorp PO Box 12140 Burlington, NC 27216-2140 | - | | | | | | | | 23,416.72 |
| Account No. | | | | | | | | | |
| Landauer Inc. PO Box 809051 Chicago, IL 60680-9051 | - | | | | | | | | 1,095.48 |
| Account No. | | | | | | | | | |
| Lane Communications PO Box 2828 Ocala, FL 34478 | - | | | | | | | | 1,046.72 |
| Account No. 175172 | | | | | | | | | |
| Laser Plus Imaging 9800 Variel Ave. Chatsworth, CA 91311 | - | | | | | | | | 2,270.65 |
| Account No. | | | | | | | | | |
| Law Firm of Larry Gibbs Turner 204 W. University Ave., #7 Gainesville, FL 32601 | - | | | | | | | | 17,550.33 |

Sheet no. __23__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    45,379.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                                    Case No.    **1:12-bk-10431-KKS**
_____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Levy-Jones** <br> **PO Box 101** <br> **Williston, FL 32696** | - | | | | | | 1,000.00 |
| Account No. **13959-2** <br><br> **Lewitt, Hackman, Shapiro, Marshall & Harlan** <br> **16633 Ventura Blvd.** <br> **Encino, CA 91436-1865** | | | | | | | 3,117.25 |
| Account No. <br><br> **Lifesouth Community Blood Center** <br> **PO Box 830469** <br> **Birmingham, AL 35283-0469** | - | | | | | | 4,256.23 |
| Account No. <br><br> **James Long** <br> **c/o Richard Celler, Esq.** <br> **600 N. Pine Island Rd., #400** <br> **Fort Lauderdale, FL 33324** | - | | | | | X | Undetermined |
| Account No. <br><br> **James Long** <br> **c/o Carlos Leach, Esq.** <br> **20 N. Orange Ave., #1000** <br> **Orlando, FL 32801** | - | | For informational purposes | | | | 0.00 |

| | |
|---|---|
| Sheet no. __24__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 8,373.48 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                     Case No.  **1:12-bk-10431-KKS**
_____                 _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lynch & Robbins P.A. <br> 2639 DR. MLK Jr. St. N <br> St. Petersburg, FL 33704 | | - | | | | | 12,126.32 |
| Account No. <br><br> Richard Martin, MD <br> 9448 W. Edgar Earl Loop <br> Crystal River, FL 34428 | | - | | | | | 247,610.00 |
| Account No. <br><br> Jessica Massa <br> 8640 Velvet Dr. <br> Port Richey, FL 34668 | | - | | | | | Undetermined |
| Account No. <br><br> Massey & Duffy <br> 855 E. University Ave. <br> Gainesville, FL 32601 | | - | | | | | 500.00 |
| Account No. <br><br> James May <br> c/o Mark Fox, Esq. <br> 1805 SE 16th Ave., #902 <br> Ocala, FL 34471 | | - | | | | X | 5,975.00 |

Sheet no. __25__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          266,211.32

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                          Case No.   **1:12-bk-10431-KKS**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| McCall Services, Inc. 2861 College St. Jacksonville, FL 32205 | - | | | | | | | 444.25 |
| Account No. | | | | | | | | |
| Medcath Finance Company, LLC 10720 Sikes Place, #300 Charlotte, NC 28277 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| Mederi Caretenders of Gainesville, FL 4923 NW 43rd St., Suite A Gainesville, FL 32606 | - | | | | | | | 8,108.00 |
| Account No. | | | | | | | | |
| Medi-Graphics 1250 Hallandale Beach Blvd, #807 Hallandale, FL 33009 | - | | | | | | | 810.97 |
| Account No. | | | | | | | | |
| Medicaid P.O. Box 7054 Tallahassee, FL 32314-7054 | - | | | | | | | Undetermined |

Sheet no. __26__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           9,363.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No.  **1:12-bk-10431-KKS**
                                                                        ,
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Medical Arts Press PO Box 37647 Philadelphia, PA 19101 | - | | | | | | | 744.12 |
| Account No. | | | | | | | | |
| Medical Staffing Network Healthcare LLC 901 Yamato Rd., Suite 110 Boca Raton, FL 33431 | - | | | | | | | 51,879.01 |
| Account No. | | | | | | | | |
| Medicare 7500 Security Blvd. Windsor Mill, MD 21244 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| Medstar Medical 3801 Corporex Park Dr., #175 Tampa, FL 33619 | - | | | | | | | 1,346.00 |
| Account No. | | | | | | | | |
| Mercedes Medical, Inc. PO Box 1416 Tallevast, FL 32302 | - | | | | | | | 1,274.41 |

Sheet no. __27__ of __46__ sheets attached to Schedule of      Subtotal      55,243.54
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                Case No.   **1:12-bk-10431-KKS**
_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Mercury Medical PO Box 17009 Clearwater, FL 33762-7009 | - | | | | | | 1,586.97 |
| Account No. Meridian Behavioral Healthcare 4300 SW 13th St. Gainesville, FL 32608 | - | | | | | | 107.50 |
| Account No. Jean Michelson 1021 NE 3rd St. Gainesville, FL 32601 | - | | | | | | 325.00 |
| Account No. Mid Florida Healthcare Management, Inc. 676 SE 47th Loop Ocala, FL 34474 | - | | | | | | Undetermined |
| Account No. Mills Brinson 1100 SE 52nd Ct. Ocala, FL 34471 | - | | | | | | 1,200.00 |

Sheet no. __28__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,219.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                              Case No.  **1:12-bk-10431-KKS**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mindray DS USA Inc. 800 MacArthur Blvd Mahwah, NJ 07430 | - | | | | | | | 3,879.58 |
| Account No. | | | | | | | | |
| Mister Paper Office Supply P.O. Box 5518 Gainesville, FL 32627-5518 | - | | | | | | | 1,583.10 |
| Account No. | | | | | | | | |
| Moore Medical PO Box 2620 New Britain, CT 06050-2620 | - | | | | | | | 3,906.79 |
| Account No. | | | | | | | | |
| Morgan Scientific 151 Essex Street Haverhill, MA 01832-5564 | - | | | | | | | 750.00 |
| Account No. | | | | | | | | |
| Municipal Services Bureau PO Box 16755 Austin, TX 78761-6755 | - | | | | | | | 418.01 |

Sheet no. __29__ of __46__ sheets attached to Schedule of      Subtotal                    | 10,537.48 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                                    Case No.    **1:12-bk-10431-KKS**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| Network Technologies 16574 W. Hwy 326 Morriston, FL 32668 | - | | | | | | | 175.00 |
| Account No. | | | | | | | | |
| North Central Florida Trauma Age 1785 NW 80th Blvd. Gainesville, FL 32606 | - | | | | | | | 375.00 |
| Account No. | | | | | | | | |
| North Florida Biomed PO Box 504 Branford, FL 32008 | - | | | | | | | 1,047.75 |
| Account No. | | | | | | | | |
| North Florida Microscope 16931 NE 50th St. Williston, FL 32696 | - | | | | | | | 110.00 |
| Account No. | | | | | | | | |
| North Florida Regional  Medical Ctr PO Box 147006 Gainesville, FL 32602 | - | | | | | | | 1,230.04 |

Sheet no.  **30**  of  **46**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              2,937.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
                                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nuclear Medicine Professionals** **4566 NW 5th Blvd., #K** **Gainesville, FL 32609** | - | | | | | | 7,702.50 |
| Account No. | | | | | | | |
| **Nursestaffing  Ocala** **599 SW 87th Place** **Ocala, FL 34467** | - | | | | | | 1,732.00 |
| Account No. | | | | | | | |
| **Ocelco** **1111 Industrial Park Rd** **Brainerd, MN 56401** | - | | | | | | 1,135.83 |
| Account No. | | | | | | | |
| **Olympus** **PO Box 120600** **Dallas, TX 75312-0600** | - | | | | | | 1,932.37 |
| Account No. | | | | | | | |
| **Omega Engineering, Inc.** **Box 4047** **Stamford, CT 06904** | - | | | | | | 82.38 |

Sheet no.  **31**  of  **46**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,585.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| On Time Supplies PO Box 888016 Atlanta, GA 30356 | | - | | | | | | 1,526.46 |
| Account No. | | | | For informational purposes | | | | |
| On Time Supplies c/o Randall & Richards 5151 E. Broadway Blvd., 8th Floor Tucson, AZ 85711-3775 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Opti  Medical PO Box 932005 Atlanta, GA 31193-2005 | | - | | | | | | 223.28 |
| Account No. | | | | | | | | |
| OptumInsight 2771 Momentum Place Chicago, IL 60689-5327 | | - | | | | | | 25,192.96 |
| Account No. | | | | For informational purposes | | | | |
| OptumInsight c/o Lamont, Hanley & Associates, Inc. P.O. Box 179 Manchester, NH 03105 | | - | | | | | | 0.00 |

Sheet no. __32__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,942.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                    Case No.  **1:12-bk-10431-KKS**
                                                                    _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Osceola Supply Inc. PO Box 13503 Tallahassee, FL 32317 | - | | | | | | | 1,291.35 |
| Account No. | | | | | | | | |
| Owens & Minor, Inc. PO Box 860437 Orlando, FL 32886-0437 | - | | | | | | | 27,210.63 |
| Account No. | | | | For informational purposes | | | | |
| Owens & Minor, Inc. c/o Atradius Collections, Inc. 1200 Arlington Hights Rd., #410 Itasca, IL 60143 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Partners Healthcare Development International, LLC c/o Matthew G. Brenner, Esq. P.O. Box 2809 Orlando, FL 32802 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| Patricia Peacock c/o Michael Massey, Esq. 855 E. University Ave. Gainesville, FL 32601 | - | | | | | | X | Undetermined |

Sheet no. __33__ of __46__ sheets attached to Schedule of       Subtotal                    28,501.98
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.**         Case No. __1:12-bk-10431-KKS__

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pharmasource Healthcare, Inc. 4936 Blazer Pkwy. Dublin, OH 43017 | - | | | | | | | 70,425.92 |
| Account No. | | | | | | | | |
| Tiffany Phillips c/o Michael Massey, Esq. 855 E. University Ave. Gainesville, FL 32601 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Pitney Bowes Po Box 223648 Pittsburgh, PA 15250-3648 | - | | | | | | | 1,073.01 |
| Account No. | | | | | | | | |
| Platinum Health Services c/o Edith Richman, Esq. 16650 S.W. 134th Ave. Archer, FL 32618 | - | | | | | | | 48,773.00 |
| Account No. | | | | | | | | |
| Jenny Porter 10000 SW 52nd Ave T117 Gainesville, FL 32608 | - | | | | | | | 6,600.00 |

Sheet no. __34__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal     126,871.93
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                          Case No.  __1:12-bk-10431-KKS__
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PSS World Medical, Inc.** **8501 Westside Industrial Pkwy, #3** **Jacksonville, FL 32219-3261** | - | | | | | | 7,107.89 |
| Account No. | | | | | | | |
| **Karin Pugh** **1429 NW 48th Terr** **Gainesville, FL 32605** | - | | | | | | 360.00 |
| Account No. | | | | | | | |
| **Quest Diagnostics** **Po Box 530458** **Atlanta, GA 30353-0458** | - | | | | | | 8,094.74 |
| Account No. | | | | | | | |
| **Quill.com** **PO Box 94081** **Palantine, IL 06000** | - | | | | | | 163.42 |
| Account No. | | | **For informational purposes** | | | | |
| **Quill.com** **c/o Crest Management, LLC** **P.O. Box 22928** **Beachwood, OH 44122-0928** | - | | | | | | 0.00 |

Sheet no.  __35__  of  __46__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 15,726.05 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**

                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rapid Detect** <br> **804 S. Broadway** <br> **Poteau, OK 74953** | - | | | | | | | 967.54 |
| Account No. <br><br> **Rapid-Exams, Inc.** <br> **Po Box 623** <br> **Van Buren, AR 72957** | - | | | | | | | 968.74 |
| Account No. <br><br> **Ray Howard & Associates** <br> **3350 Kori Road** <br> **Jacksonville, FL 32257** | - | | | | | | | 700.00 |
| Account No. **GDW 140984** <br><br> **Realtime Services, Inc.** <br> **c/o James Johnson** <br> **6800 Broken Sound Pkwy.** <br> **Boca Raton, FL 33487** | - | | | | | | | 1,000.00 |
| Account No. <br><br> **Remedpar** <br> **PO Box 440340** <br> **Nashville, TN 37244-0340** | - | | | | | | | 21,634.22 |

Sheet no. __36__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,270.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                          Case No.   **1:12-bk-10431-KKS**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Richard Dass 637 NE 2nd St. Williston, FL 32696 | - | | | | | | | 550.00 |
| Account No. | | | | | | | | |
| Ring Power Corporation 4900 N. Main Street Gainesville, FL 32609 | - | | | | | | | 47.25 |
| Account No. | | | | | | | | |
| RIO 11950 CR 101, #106 The Villages, FL 32162 | - | | | | | | | 10,150.00 |
| Account No. | | | | | | | | |
| Robert Edward Johnson 352 Cherry Tree St. Eustis, FL 32726 | - | | | | | | | 2,940.00 |
| Account No. | | | | | | | | |
| Ronald Stephenson, P.A. PO Box 180 St Petersburg, FL 33731-0180 | - | | | | | | | 7,354.20 |

Sheet no. __37__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        21,041.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No.  **1:12-bk-10431-KKS**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Secundus Practice Management 1817 Sir Lancelot Cir. St. Cloud, FL 34772 | | - | | | | | | 20,760.00 |
| Account No. | | | | | | | | |
| Sheridan Air Conditioning PO Box 5302 Gainesville, FL 32627-5302 | | - | | | | | | 986.16 |
| Account No. | | | | | | | | |
| Siemens Water Tech Corp PO Box 360766 Pittsburgh, PA 15225 | | - | | | | | | 2,284.38 |
| Account No. | | | | | | | | |
| Southeastern Business Ent. 14651 SE 26th St. Morriston, FL 21557 | | - | | | | | | 1,251.00 |
| Account No. | | | | | | | | |
| Southern Computer Warehouse PO Box 538035 Atlanta, GA 30353 | | - | | | | | | 133.94 |

Sheet no.  **38**  of  **46**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              25,415.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                              Case No. __1:12-bk-10431-KKS__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Spogen Consultant Inc. Attn: Frederick Spogen 1300 SW 42nd St. Ocala, FL 34471 | - | | | | | | | 12,760.00 |
| Account No. | | | | | | | | |
| SPS Medical 6789 W. Henrietta Rd. Rush, NY 14543 | - | | | | | | | 331.62 |
| Account No. | | | | | | | | |
| Staples Office Supply PO Box 530621 Atlanta, GA 30353-0621 | - | | | | | | | 3,187.47 |
| Account No. | | | | | | | | |
| State of Florida c/o Atlee Wampler, Esq. 9350 S. Dixie Hwy., #1500 Miami, FL 33156 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| State of Montana c/o Atlee Wampler, Esq. 9350 S. Dixie Hwy., #1500 Miami, FL 33156 | - | | | | | | X | Undetermined |

Sheet no. __39__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,279.09

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                        Case No.  **1:12-bk-10431-KKS**
_____,
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Stericycle Inc. P.O. Box 6582 Carol Stream, IL 60197-6582 | - | | | | | | | 682.59 |
| Account No. | | | | | | | | |
| Steris Corporation PO Box 6440063 Pittsburgh, PA 15264-0063 | - | | | | | | | 1,621.88 |
| Account No. | | | | | | | | |
| Sterling Computer Products 16135 Covello St. Van Nuys, CA 91406 | - | | | | | | | 3,015.30 |
| Account No. | | | | | | | | |
| Strategic Outsourcing Inc. PO Box 241448 Charlotte, NC 28224 | - | | | | | | | 58,500.00 |
| Account No. | | | | | | | | |
| Streck 7002 S 109th St. Omaha, NE 68128 | - | | | | | | | 983.77 |

Sheet no. __40__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,803.54

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                          Case No.  **1:12-bk-10431-KKS**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Stroudwater Associates 50 Sewall St., #102 Portland, ME 04102-2646 | - | | | | | | | 26,200.51 |
| Account No. | | | | | | | | |
| Stryker Medical PO Box 93308 Chicago, IL 60290 | - | | | | | | | 193.40 |
| Account No. | | | | | | | | |
| Sun Surgical Supply 302 NW 6th St. Gainesville, FL 32601 | - | | | | | | | 53.66 |
| Account No. | | | | | | | | |
| Surgipro 7438 Woodland Drive Shawnee, KS 662188 | - | | | | | | | 1,398.90 |
| Account No. | | | | | | | | |
| Susan Bousum 40750 State Highway 12 Valentine, NE 69201-1629 | - | | | | | | | 4,200.00 |

Sheet no. __41__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          32,046.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cypress Health Systems Florida, Inc.**                          Case No.   **1:12-bk-10431-KKS**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| T-System, Inc. 4020 McEwen Dr., #200 Dallas, TX 75244 | - | | | | | | Undetermined |
| Account No. | | | | | | | |
| The Market Place PO Box 1073 Weirsdale, FL 32195 | - | | | | | | 240.00 |
| Account No. | | | | | | | |
| Renee Thompson, Esq. 7 E. Silver Spring Blvd, #500 Ocala, FL 34475 | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| Tri County Oil Distributors Po Box 759 Williston, FL 32696 | - | | | | | | 8,191.43 |
| Account No. | | | | | | | |
| U.S. Foodservice, Inc. 5425 S. Williamson Blvd. Port Orange, FL 32128-7399 | - | | | | | | 7,043.71 |

Sheet no. __42__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,475.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                          Case No.  __1:12-bk-10431-KKS__
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | For informational purposes | | | | |
| **U.S. Foodservice, Inc.** c/o Thomas Sciarrino, Esq. P.O. Box 172727 Tampa, FL 33672 | | - | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **United States of America** c/o Atlee Wampler, Esq. 9350 S. Dixie Hwy., #1500 Miami, FL 33156 | | - | | | | | X | Undetermined |
| **Account No.** | | | | | | | | |
| **UST** PO Box 970 Laverne, CA 91750 | | - | | | | | | 425.00 |
| **Account No.** | | | | | | | | |
| **Vidacare** 4350 Lockhill Selma Rd., #150 Shavano Park, TX 78249 | | - | | | | | | 503.82 |
| **Account No.** | | | | | | | | |
| **Virtual Radiologic Corporation** 11995 Singletree Lane, #500 Eden Prairie, MN 55344 | | - | | | | | | 123,017.86 |

Sheet no.  __43__  of  __46__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         123,946.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                    Case No.  **1:12-bk-10431-KKS**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For informational purposes | | | | |
| Virtual Radiologic Corporation c/o Prestige Services, Inc. 21214 Schofield Dr. Gretna, NE 68028 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Robert Watine c/o Atlee Wampler, Esq. 9350 S. Dixie Hwy., #1500 Miami, FL 33156 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Michael Webb 2457 Franks Fair Lane Perry, FL 32347 | - | | | | | | | 16,800.00 |
| Account No. | | | | | | | | |
| Well Built Fence 232 NW 127th St. Newberry, FL 32669 | - | | | | | | | 1,755.63 |
| Account No. | | | | | | | | |
| Wells Fargo Financial Leasing, Inc. 800 Walnut St. MAC F4031-040 Des Moines, IA 50309 | - | | | | | | | 27,136.41 |

Sheet no. __44__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,692.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**                                    Case No. __1:12-bk-10431-KKS__
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For informational purposes | | | | |
| Wells Fargo Financial Leasing, Inc. c/o Richard Storfer, Esq. 101 NE 3rd Ave., #1800 Fort Lauderdale, FL 33301 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Werner International Ent. Po Box 25911 Baltimore, MD 21224 | - | | | | | | | 498.90 |
| Account No. | | | | | | | | |
| Wilburn Medical USA 146 Furlong Industrial Drive Kernsville, NC 27284 | - | | | | | | | 4,318.26 |
| Account No. 773856 | | | | For informational purposes | | | | |
| Wilburn Medical USA c/o Performance Source II 5097 N. Elston Ave., #300 Chicago, IL 60630-2460 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Williston Area Chamber of Commerce Po Box 369 Williston, FL 32696 | - | | | | | | | 350.00 |

Sheet no. __45__ of __46__ sheets attached to Schedule of                          Subtotal         | 5,167.16 |
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| Wisconsin State Laboratory of Hygiene PO Box 78770 Milwaukee, WI 53278 | - | | | | | | | 4,420.00 |
| Account No. | | | | | | | | |
| Wolters Kluwer 4829 Innovation Way Chicago, IL 60682 | - | | | | | | | 508.25 |
| Account No. | | | | | | | | |
| WW Gay Fire & Integrated Systems 522 Stockton St. Jacksonville, FL 32204 | - | | | | | | | 407.04 |
| Account No. | | | | | | | | |
| Yon Goode 5290 NE 167 Ct. Williston, FL 32696 | - | | | | | | | 810.00 |
| Account No. | | | | | | | | |
| Zuckerman Spaeder LLP 101 E. Kennedy Blvd., #1200 Tampa, FL 32602-5838 | - | | | | | | | 42,834.46 |

| | | |
|---|---|---|
| Sheet no. **46** of **46** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 48,979.75 |
| | Total (Report on Summary of Schedules) | 1,784,231.80 |

B6G (Official Form 6G) (12/07)

In re   **Cypress Health Systems Florida, Inc.**                                          Case No.   **1:12-bk-10431-KKS**
_____,
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anthony Vandenberg, LD**<br>P.O. Box 314<br>Tangerine, FL 32777-0314 | **Agreement to Provide Dietitian Consultant Services** |
| **Bio Waste Industries, Inc.**<br>P.O. Box 540417<br>Orlando, FL 32854 | **Biomedical Waste Service Agreement** |
| **Carolina Liquid Chemistries Corp.**<br>391 Technology way<br>Winston Salem, NC 27101 | **Equipment Sales Agreement** |
| **Computer Programs & Systems, Inc.**<br>6600 Wall Street<br>Mobile, AL 36695 | **Accounts Receivable Management Agreement and Business Services Agreement** |
| **Great American Leasing Corp.**<br>PO Box 660831<br>Dallas, TX 75266 | **Lease of office equipment** |
| **Integrity Home Health Care**<br>7870 SW 103rd St.<br>Ocala, FL 34476 | **In-Patient and Out-Patient Therapy Contractual Agreement** |
| **Jessica Massa**<br>8640 Velvet Dr.<br>Port Richey, FL 34668 | **Employment Agreement Contract** |
| **Mederi Caretenders of Gainesville, FL**<br>4923 NW 43rd St., Suite A<br>Gainesville, FL 32606 | **Home Health Services Agreement** |
| **Mid Florida Healthcare Holdings, Inc.**<br>4900 S.W. 46th Court<br>No. 2509<br>Ocala, FL 34474 | **Stock Purchase and Sale Agreement** |
| **Mid Florida Healthcare Management, Inc.**<br>676 SE 47th Loop<br>Ocala, FL 34474 | **Management Agreement** |
| **Richard Martin, MD**<br>9448 W. Edgar Earl Loop<br>Crystal River, FL 34428 | **Emergency Room Physicial Independent Contractor Agreement** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Cypress Health Systems Florida, Inc.**                                      Case No. __1:12-bk-10431-KKS__

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Secundus Practice Management**<br>**1817 Sir Lancelot Cir.**<br>**St. Cloud, FL 34772** | **Employment Agreement** |
| **Tosoh Bioscience, Inc.**<br>**3600 Gantz Rd.**<br>**Grove City, OH 43123-1895** | **System Rental Agreement** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Cypress Health Systems Florida, Inc.**                                    Case No.   **1:12-bk-10431-KKS**
_____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re   **Cypress Health Systems Florida, Inc.**

Debtor(s)

Case No.   **1:12-bk-10431-KKS**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __64__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _10/24/12_          Signature   _____

Jerry E. Gillman
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re  **Cypress Health Systems Florida, Inc.**                      Case No.   **1:12-bk-10431-KKS**

                                    Debtor(s)             Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,618,000.00** | **2012 YTD: Debtor Gross Revenues through May of 2012** |
| **$11,627,000.00** | **2011: Debtor Gross Revenues** |
| **$6,868,938.00** | **2010: Debtor Gross Revenues** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT              SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Information furnished to the Office of the U.S. Trustee** | | **$0.00** | **$0.00** |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attached** | | | |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re   **Cypress Health Systems Florida, Inc.**        Case No.    **1:12-bk-10431-KKS**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### 4a - Lawsuits

**Alliance Health Care vs. Cypress Health Systems Florida, Inc.**
       **Case Number 38-2011-CA-455**
       **Levy County Circuit Court**
       **Complaint/Status**:  Collections; Summary judgment in the amount of **$78,982.43**

**Brittany Johns et al –**
       **Case Number – 1:11-cv-00236-SPM-GRJ**
       **U.S. District Court**
       **Complaint/Status**: Class action suit for past wages due; Pending

**Confidential Courier Services Inc**
       **Case Number: 38-2011-SC-000250**
       **Levy County Circuit Court**
       **Complaint/status:**  Collections; Settled

**Dana M Francis-Thomas**
       **Case Number: 38-2012 CC 000322**
       **Levy County Circuit Court**
       **Complaint/status:**  Past due wages; pending

**Linda Fugate Tax Collector**
       **Case Number: 38-2012-ca-000722**
       **Levy County Circuit Court**
       **Complaint/status:** Tax Warrant for PPT; Settled.

**Emergency Response Educators & Consultants Inc (EREC)**
       **Case Number: 12CC729**
       **Marion County Circuit Court**
       **Complaint/status:** Collections; Pending.

**Florida Pest Control**
       **Case Number – 11-2956-SC**
       **Levy County Circuit Court**
       **Complaint/Status**: Collections; Default Judgment

**Interim Healthcare-Private Services**
  **Case Number: 38-2011-CC-935**
  **Levy County Circuit Court**
  <u>**Complaint/Status**</u>: Collections; Judgment

**Peacock & Harvey**
  **Case Number: 1:11-cf-257-MP-GRJ**
  **U.S. District Court**
  <u>**Complaint/Status**</u>: Collections; Judgment.

**Platinum Health Services**
  **Case Number: 38-2012-CA-00150**
  **Levy County Circuit Court**
  <u>**Complaint/Status**</u>: Collections; Default Judgment.

**U.S. Foods**
  **Case Number: 2012-30959-COCI**
  **Volusia County Circuit Court**
  <u>**Complaint/Status**</u>: Collections; Pending.

**U.S.A. (Qui Tam)**
  **Case Number: 1:09cv137-SPM/GRJ**
  **U.S. District Court**
  <u>**Complaint/Status**</u>: Wages; On Appeal

**Wells Fargo Leasing**
  **Case Number 38-2011-CA-425**
  **Levy County Circuit Court**
  <u>**Complaint/Status**</u>: Collections; Pending.

**Tiffany Phillips**
  **Case Number: 01-2012-CA-002869**
  **Alachua County Circuit Court**
  <u>**Complaint/Status**</u>: Past Due Wages; Pending

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Stichter, Riedel, Blain & Prosser, P.A.**<br>**110 E. Madison St.**<br>**Suite 200**<br>**Tampa, FL 33602** | **See 2016(b) Statement** | **$50,000.00** |

4

### 10. Other transfers

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Jerri Davidson**<br>**13503 NW 135th Dr.**<br>**Alachua, FL 32615** | **June 2010 to July 2011** |
| **Barbara Tabor**<br>**P.O. Box 642**<br>**Williston, FL 32696** | **July 2011 to October 2011** |
| **Claudia Spiewak**<br>**P.O. Box 524**<br>**Silver Springs, FL 34489** | **October 2011 to November 2011** |
| **Nancy Davis**<br>**P.O. Box 2211**<br>**Belleview, FL 34421** | **November 2011 to Present** |
| **Barbara Miller**<br>**P.O. Box 248**<br>**Valentine, TX 79854** | **January 2012 to Present** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **James Moore & Co.** | **5931 NW 1st Place**<br>**Gainesville, FL 32607** | **Current** |

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **September 2012** | **Department Managers** | **$ 72,597.70 total for all departments (cost)** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 2012** | **Department Managers** |

**21. Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mid-Florida Healthcare Holdings, Inc. 676 SE 47th Loop Ocala, FL 34474** | **Shareholder** | **100%** |
| **Jerry E. Gillman 125 SW 7th St. Williston, FL 32696** | **Director, President** | |
| **Nilesh H. Desai 241 W. Olive Ave. Burbank, CA 91502** | **Director, Secretary/Treasurer** | |
| **Mohammad J.Tariq 125 SW 7th St. Williston, FL 32696** | **Director** | |
| **Jalil Khan 125 SW 7th St. Williston, FL 32696** | **Director** | |

**22. Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jerry E. Gillman**<br><br>**Director/President** | **Annual Salary for the one year prior to filing** | **$163,000.00** |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___10/24/12___          Signature _____

Jerry E. Gillman
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Florida, Gainesville Division

In re    Cypress Health Systems Florida, Inc.

Case No. __1:12-bk-10431-KKS__

Debtor

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mid-Florida Healthcare Holdings, Inc.**<br>**676 SE 47th Loop**<br>**Ocala, FL 34474** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___10/24/12___

Signature_____

Jerry E. Gillman
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy