UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

                               Chapter   11

CYPRESS HEALTH SYSTEMS FLORIDA,
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

                               Case No. 1:12-bk-10431-KKS

      Debtor.

_____/

**NOTICE OF CHANGE OF ADDRESSES OF
CREDITORS AND AMENDED CERTIFICATE OF SERVICE**

Debtor, CYPRESS HEALTH SYSTEMS FLORIDA, INC., by and through its undersigned attorneys, hereby gives notice that the undersigned has been informed of the change of addresses of the following creditors; that notice is being furnished to the new addresses for the creditors; and that all future notices should be forwarded to said creditors as follows:

| Former Address | New Address |
|---|---|
| Confidential Courier Services, Inc. <br> PO Box 1136 <br> Gainesville, FL 32602-1136 | Confidential Courier Services Inc. <br> 3035 NE 21st Way – Suite 8 <br> Gainesville, Florida 32609 |
| Mid Florida Healthcare Management, Inc. <br> 676 SE 47th Loop <br> Ocala, FL 34480 | Mid Florida Healthcare Management Inc. <br> 678 SE 47th Loop <br> Ocala, Florida 34480 |

Debtor, through its attorneys, requests that the Clerk correct the mailing matrix by deleting the former address and inserting the new address in its place.

DATED:   November 6, 2012

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267
STICHTER, RIEDEL, BLAIN &
   PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
ATTORNEYS FOR DEBTOR
cpostler@srbp.com
eketchum@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF

CHANGE OF ADDRESSES OF CREDITORS AND AMENDED CERTIFICATE OF

SERVICE was furnished by CM/ECF on the **6th** day of **November, 2012** to:

Charles F. Edwards, Esquire
OFFICE OF UNITED STATES TRUSTEE
110 East Park Avenue - Suite 128
Tallahassee, Florida 32301

and true and correct copies of foregoing NOTICE OF CHANGE OF ADDRESS OF

CREDITORS; NOTICE OF EVIDENTIARY HEARING [Doc. Nos. 5, 6, 9, 14 and 16];

and NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,

& DEADLINES have been provided by U.S. MAIL on the **6th** day of **November, 2012**

to:

Confidential Courier Services Inc.
3035 NE 21st Way – Suite 8
Gainesville, Florida 32609

2

Mid Florida Healthcare Management Inc.
678 SE 47th Loop
Ocala, Florida 34480

and true and correct copies of foregoing NOTICE OF CHANGE OF ADDRESS OF

CREDITORS and NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF

CREDITORS, & DEADLINES have been provided by U.S. MAIL on the **6th** day of

**November, 2012** to:

Heller Healthcare Finance, Inc.
2626 Cole Avenue
Dallas, Texas 75204

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267

F:\User\Cypress Health Systems\Notices\address change and cos - 4.doc 11/6/2012 12:07 PM

3