

## City of Williston

August 21, 2012

Jerry Gilman, Chief Executive Officer
Tri-County Hospital – Williston
125 SW 7th Street
Williston, FL 32696

> **NOTICE DISCONNECTION OF ELECTRIC**
> **HAND DELIVERED**

Dear Dr. Gilman

Thank you for taking the time to meet with me this morning. Since our discussion, I have discussed the Tri City Hospital's continued failure to pay its utility bills with representatives from Perkins State Bank and Agency for Health Care Administration (AHCA). Based on these discussions, I am left with no alternative but to advise you that the City of Williston is prepared to **disconnect your utility services on Friday August 31, 2012, if we have not received payment in full for all past due accounts by noon Friday August 31, 2012.**

Beginning in January 2010, Cypress Health Systems, Fl., DBA Tri City Hospital (TCH) has repeatedly had problems meeting its financial obligation to pay its City of Williston Utility Bills in a timely manner. The City has worked diligently with TCH and extended cut off dates numerous times.

On June 13, 2011, an irrevocable letter of credit #3091 was issued in the name of the City in the amount of $20,000. Finally, in August 2011, the balance was paid in full by TCH to avoid disconnection.

Beginning in January 2012, the hospital, once again became delinquent in bill payment making only partial payments each month. The City tried to provide TCH with the benefit of the doubt and help the hospital keeps its doors open. Unfortunately, the total past due amount as of August 10, 2012 is now **$30,498.45**. We are now well into the next billing period without a payment having been received.

The City can no longer afford to extend credit to the hospital if we are to protect the business concerns of all our rate payers.

If the City has not received full payment from TCH for all past due accounts by **noon Friday, August 31, 2012**, the City will have no further recourse than to demand the letter of credit from the bank and disconnect hospital utilities until such time as the City **receives full payment and a new letter of credit in the amount of $30,000.**



**Once reconnected, future failure to pay electric bills in full each month will be met with an immediate disconnection consistent with our ordinance as attached.**

I have had a conversation with Anna Lopez, Agency for Health Care Administration (AHCA). AHCA is prepared to move the patients if you cannot meet your financial obligations. I have advised Ms. Lopez that we will be disconnecting the hospital's services this Friday, if the City does not receive payment. Ms. Lopez will be in touch with the hospital regarding the current status of patients in preparation for a move.

We sincerely hope that we are not forced to take this action, but we are responsible to our citizens and rate payers to ensure the continued fiscal integrity of the City Utilities.

Respectfully,

Oel Wingo, Ph.D.
Interim City Manager
Enclosure:

**RECEIVED**

Received By: _____

Signature: _____

Date: _____8/28/11_____

50 NW Main Street, Williston, FL 32696▪ Phone: 352-528-3060 ▪ E-mail: Oel.Wingo@ci.williston.fl.us