

# PERKINS FINANCIAL GROUP

*Time to Grow.*

RECEIVED
OCT 3 1 2012
BY: _____

October 30, 2012

**Perkins State Bank**

**Main Office**
342 East Noble Avenue
P.O. Box 788
Williston, FL 32696
Tel: 352.528.3101

**Williston Drive-Thru**
120 SW 7th Street

**Chiefland**
1604 North Young Blvd.
P.O. Box 1910
Chiefland, FL 32644
Tel: 352.493.0447

**Inglis**
345 Highway 40 West
P.O. Box 859
Inglis, FL 34449
Tel: 352.447.4242

**Bronson**
331 East Hathaway Ave.
P.O. Box 1596
Bronson, FL 32621
Tel: 352.486.1182

**Archer**
16449 SW Archer Road
P.O. Box 128
Archer, FL 32618
Tel: 352.495.9944

_____

**Nature Coast Insurance**

**Chiefland**
P.O. Box 1520
Chiefland, FL 32644
Tel: 352.493.2565

**Williston**
425 East Noble Avenue
Williston, Florida 32696
Tel: 352.528.0443

_____

**Nature Coast Financial Services, Inc.**

City of Williston
PO Box 160
Williston, FL 32696

Attention:  Verda Greaner
Utility Billing Supervisor

RE: Letter of Credit #3091
Cypress Health Systems Fl. Inc.

Dear Ms. Greaner:

The above referenced Letter of Credit #3091 to the City of Williston in the amount of $20,000 is being terminated. Please return the ORIGINAL Letter dated February 12, 2002 for our file.

Thank you for taking care of this for me. If you have any questions, please feel free to give me a call at (352) 528-3101.

Sincerely,

Julie Suggs
Loan Officer