**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:                                                                  Chapter 11

**CYPRESS HEALTH SYSTEMS FLORIDA,**        Case No. 1:12-bk-10431-KKS
**INC., d/b/a TRI COUNTY HOSPITAL –**
**WILLISON, f/d/b/a NATURE COAST**
**REGIONAL HOSPITAL,**

     **Debtor.**
_____/

**NOTICE OF FILING OF BUDGET FOR THE SEVEN-WEEK**
**PERIOD FROM DECEMBER 10, 2012 THROUGH JANUARY 26, 2013**
[Related to Doc. Nos. 16 and 23]

CYPRESS HEALTH SYSTEMS FLORIDA, INC., as debtor and debtor in possession, by and through its undersigned attorneys, hereby gives notice of the filing with this Court of its budget for the seven-week period from December 10, 2012 through January 26, 2013, a copy of which is attached hereto as Exhibit 1. For the period from October 5, 2012 (the Petition Date) through November 30, 2012, the Debtor had estimated (in its prior budgets filed with the Court) that advances under its debtor in possession financing facility (the "DIP Facility") with Regional Health Partners, LLC would be in the amount of $420,500.00. During that period, the actual amount of advances under the DIP Facility were in the amount of $331,941.00.

Dated: December 5, 2012

                                                */s/ Elena Paras Ketchum*
                                                Charles A. Postler (Florida Bar No. 455318)
                                                Elena Paras Ketchum (Florida Bar No. 0129267)
                                                Stichter, Riedel, Blain & Prosser, P.A.
                                                110 Madison Street - Suite 200
                                                Tampa, Florida 33602
                                                cpostler@srbp.com
                                                eketchum@srbp.com
                                                PH    (813) 229-0144
                                                FAX   (813) 229-1811
                                                Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Notice of Filing of Budget for the Seven-Week Period from December 10, 2012 through January 26, 2013**, together with attached Exhibit 1, has been furnished on this 5th day of December, 2012, by the Court's CM/ECF electronic mail system to the Office of the U.S. Trustee and all other parties receiving electronic noticing in this case.

*/s/ Elena Paras Ketchum*
Elena Paras Ketchum

# **<u>EXHIBIT 1</u>**

| Projected Revenues | 12/10 -12/16 | 12/17 -12/23 | 12/24 -12/30 | 12/31 -01/05 | 01/6 -01/12 | 01/13 -01/19 |
|---|---|---|---|---|---|---|
| December 12,2012 - January 26,2013 | Budget | Budget | Budget | Budget | Budget | Budget |
| **Hospital Revenue** | 90,000 | 90,000 | 150,000 | 90,000 | 90,000 | 90,000 |
| **DIP Financing Advances** | 40,000 | 0 | 0 | 0 | 20,000 | 0 |
| | | | | | | |
| **Projected Expenditures** | | | | | | |
| Medical Supplies | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Auto Expense | 100 | 100 | 100 | 100 | 100 | 100 |
| Adverstising | 50 | 50 | 50 | 50 | 50 | 50 |
| Travel and Lodging | 5,000 | | 4,000 | | | |
| Contract Labor- Lic Medical Prof | 30,000 | 0 | 30,000 | 0 | 30,000 | 0 |
| Contract Labor- General | 8,000 | 0 | 8,000 | 0 | 8,000 | 0 |
| Bank & Credit Card Fees | 0 | 0 | 0 | 1,500 | 0 | 0 |
| Payroll | 72,000 | 0 | 72,000 | 0 | 72,000 | |
| Repayment on back wages - current | 4,498 | 0 | 4,429 | 0 | 4,320 | |
| Repayment on back wages-former | 5,904 | 0 | 4,974 | 0 | 5,017 | |
| Payroll Tax Liability | 22,000 | 0 | 22,000 | 0 | 22,000 | |
| Repairs & Maint | 600 | 600 | 600 | 600 | 600 | 600 |
| Office Expenses | 600 | 600 | 600 | 600 | 600 | 600 |
| Telephone | 0 | 2,500 | 0 | 0 | 0 | 2,500 |
| Groceries | 800 | 800 | 800 | 800 | 800 | 800 |
| Utilities | 5,000 | 5,000 | 0 | 12,000 | | |
| CPA Fees for Auditing Services | 28,000 | | | 5,000 | | |
| CPA Fees for Cost Reporting | | | 10,000 | | | |
| DIP Lender Closing Fee | 5,000 | | 5,000 | | | |
| Annual Lic. Fees | | | | 1,000 | | |
| Linen/Uniforms | 1,200 | 0 | 1,200 | 0 | 1,200 | 0 |
| Total Insurance | 3,170 | 0 | 11,961 | | 0 | 3,170 |
| Equip Lease/Comp Software (CPSI) | 7,359 | 0 | 0 | 0 | 0 | 7,359 |
| Other Expenses | 250 | 3,250 | 250 | 250 | 250 | 250 |
| Capital Improvements/Equipment | 6,000 | 6,000 | 6000 | 6000 | 6000 | 6000 |
| **Total Expenditures** | 214,531 | 27,900 | 190,964 | 36,900 | 159,937 | 30,429 |
| | | | | | | |
| **Net Cash Flow** | -84,531 | 62,100 | -40,964 | 53,100 | -49,937 | 59,571 |
| | | | | | | |
| **Cummulative Cash Flow** | 1,969 | 64,069 | 23,105 | 76,205 | 26,268 | 85,839 |

| | 01/20 -01/26 |
|---|---|
| | Budget |
| | 90,000 |
| | 15,000 |
| | |
| | 9,000 |
| | 100 |
| | 50 |
| | 0 |
| | 30,000 |
| | 8,000 |
| | 0 |
| | 72,000 |
| | 4,270 |
| | 4,667 |
| | 22,000 |
| | 600 |
| | 600 |
| | 0 |
| | 800 |
| | 12,000 |
| | 5,000 |
| | |
| | 1,200 |
| | 11,961 |
| | 0 |
| | 250 |
| | 6000 |
| | 188,498 |
| | |
| | -83,498 |
| | |
| | 2,341 |