**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

In re:                                                   **Chapter 11**

**CYPRESS HEALTH SYSTEMS FLORIDA,**          **Case No. 1:12-bk-10431-KKS**
**INC., d/b/a TRI COUNTY HOSPITAL –**
**WILLISON, f/d/b/a NATURE COAST**
**REGIONAL HOSPITAL,**

        Debtor.

_____/

**NOTICE OF FILING OF BUDGET FOR THE EIGHT-WEEK
PERIOD FROM JANUARY 20, 2013 THROUGH MARCH 16, 2013**
[Related to Doc. Nos. 16 and 23]

CYPRESS HEALTH SYSTEMS FLORIDA, INC., as debtor and debtor in possession, by

and through its undersigned attorneys, hereby gives notice of the filing with this Court of its budget

for the eight-week period from January 20, 2013 through March 16, 2013, a copy of which is

attached hereto as Exhibit 1.   For the period from October 5, 2012 (the Petition Date) through

January 12, 2013, the Debtor had estimated (in its prior budgets filed with the Court) that advances

under its debtor in possession financing facility (the "DIP Facility") with Regional Health Partners,

LLC would be in the amount of $480,500.00.  During that period, the actual amount of advances

under the DIP Facility were in the amount of $482,941.00.

        Dated: January 16, 2013

                                    _/s/ Elena Paras Ketchum_____
                                    Charles A. Postler (Florida Bar No. 455318)
                                    Elena Paras Ketchum (Florida Bar No. 0129267)
                                    Stichter, Riedel, Blain & Prosser, P.A.
                                    110 Madison Street - Suite 200
                                    Tampa, Florida 33602
                                    cpostler@srbp.com
                                    eketchum@srbp.com
                                    PH    (813) 229-0144
                                    FAX   (813) 229-1811
                                    Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Notice of Filing of Budget for the Eight-Week Period from January 20, 2013 through March 16, 2013**, together with attached Exhibit 1, has been furnished on this 16th day of January, 2013, by the Court's CM/ECF electronic mail system to the Office of the U.S. Trustee and all other parties receiving electronic noticing in this case.

/s/ Elena Paras Ketchum
Elena Paras Ketchum

2

# EXHIBIT 1

Tri County Hospital- Williston
Projected Cash Flow Statement

| Projected Revenues | 01/20 -01/26 | | 01/27 - 02/02 | | 02/03 - 02/09 | | 02/10 - 02/16 | | 02/17 - 02/23 | | 02/24 - 03/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January 20,2013 – March 16,2013 | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget |
| **Hospital Revenue** | 90,000 | | 130,000 | | 80,000 | | 80,000 | | 80,000 | | 80,000 |
| **DIP Financing Advances** | 65,000 | | | | 10,000 | | 0 | | 50,000 | | |
| | | | | | | | | | | | |
| **Projected Expenditures** | | | | | | | | | | | |
| Medical Supplies | 9,000 | | 9,000 | | 9,000 | | 9,000 | | 9,000 | | 9,000 |
| Auto Expense | 100 | | 100 | | 100 | | 100 | | 100 | | 100 |
| Adverstising | 50 | | 50 | | 50 | | 50 | | 50 | | 50 |
| Travel and Lodging | 0 | | 5,000 | | 1,000 | | 3,500 | | 1,000 | | 1,000 |
| Contract Labor- Lic Medical Prof | 30,000 | | | | 30,000 | | | | 30,000 | | |
| Contract Labor- General | 8,000 | | | | 20,000 | | | | 20,000 | | |
| Billing Company 2% Collections | 1,800 | 0 | 1,800 | | 1,800 | | 1,800 | | 1,800 | | 1,800 |
| Bank & Credit Card  Fees | 0 | 0 | 0 | | 0 | | 0 | | 0 | | 0 |
| Payroll | 72,000 | | | | 72,000 | | | | 72,000 | | |
| Repayment on back wages - current | 4,270 | | | | 4,226 | | | | 4,242 | | |
| Repayment on back wages-former | 4,667 | | | | 4,349 | | | | 4,127 | | |
| Payroll Tax Liability | 22,000 | | | | 22,000 | | | | 22,000 | | |
| Repairs & Maint | 600 | | 600 | | 600 | | 600 | | 600 | | 600 |
| Office Expenses | 600 | 0 | 600 | | 600 | | 600 | | 600 | | 600 |
| Telephone | 0 | | 0 | | | | 2,500 | | 0 | | 0 |
| Groceries | 800 | | 800 | | 800 | | 800 | | 800 | | 800 |
| Utilities | 5,600 | 0 | | | | | 7,000 | | | | 0 |
| CPA Fees for Auditing Services | 0 | | 5,000 | | 0 | | 0 | | | | 5,000 |
| Annual Lic. Fees | | 0 | 1,000 | | | | | | | | |
| Linen/Uniforms | 0 | | 1,200 | | 0 | | 1,200 | | 0 | | 1,200 |
| Total Insurance | 0 | | 11,961 | | 0 | | 2,834 | | 0 | | 11,961 |
| Equip Lease/Comp Software (CPSI) | 0 | | 7,359 | | 0 | | 0 | | 7,359 | | 0 |
| Other Expenses | 250 | | 250 | | 3,250 | | 250 | | 250 | | 250 |
| Capital Improvements/Equipment | 2500 | | 2,500 | | 2,500 | | 2500 | | 2500 | | 2500 |
| **Total Expenditures** | 162,237 | | 47,220 | 0 | 172,275 | 0 | 32,734 | 0 | 176,428 | 0 | 34,861 |
| | | | | | | | | | | | |
| **Net Cash Flow** | -7,237 | | 82,780 | 0 | -82,275 | 0 | 47,266 | 0 | -46,428 | 0 | 45,139 |
| | | | | | | | | | | | |
| **Cummulative Cash Flow** | 2,763 | | 82,780 | | 505 | | 47,771 | | 1,343 | | 46,482 |

Case 12-10431-KSJ   Doc 143   Filed 01/16/13   Page 4 of 5

| | 03/03 - 03/09 | | 03/10 - 03/16 | |
| Actual | Budget | Actual | Budget | Actual |
|---|---|---|---|---|
| | 80,000 | | 80,000 | |
| | 52,000 | | | |
| | | | | |
| | 9,000 | | 9,000 | |
| | 100 | | 100 | |
| | 50 | | 50 | |
| | 1,000 | | 1,000 | |
| | 30,000 | | | |
| | 20,000 | | | |
| | 1,800 | | 1,800 | |
| | 0 | | | |
| | 72,000 | | | |
| | 4,176 | | | |
| | 3,970 | | | |
| | 22,000 | | | |
| | 600 | | 600 | |
| | 600 | | 600 | |
| | 2,500 | | | |
| | 800 | | 800 | |
| | 7,000 | | | |
| | | | | |
| | | | 1,200 | |
| | | | 2,834 | |
| | | | 7,359 | |
| | 250 | | 250 | |
| | 2500 | | 2500 | |
| 0 | 178,346 | | 28,093 | |
| | | | | |
| 0 | -46,346 | | 51,907 | |
| | | | | |
| | 135 | | 52,042 | |