UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                          Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,                 Case No. 1:12-bk-10431-KKS
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

        Debtor.
_____/

NOTICE OF FILING OF AMENDED BUDGET FOR THE EIGHT-WEEK
PERIOD FROM JANUARY 20, 2013 THROUGH MARCH 16, 2013
[Related to Doc. Nos. 16 and 23]

CYPRESS HEALTH SYSTEMS FLORIDA, INC., as debtor and debtor in possession, by

and through its undersigned attorneys, hereby gives notice of the filing with this Court of its

amended budget for the eight-week period from January 20, 2013 through March 16, 2013, a copy of

which is attached hereto as Exhibit 1 (the "Amended Budget").  The Amended Budget amends the

budget for the eight-week period from January 20, 2013 through March 16, 2013 filed with the Court

at Doc. No. 143 as follows: (a) the addition of a disbursement in the week of January 27, 2013 –

February 2, 2013 for the quarterly fees due to the Office of the Untied States Trustee for the period

from October 5, 2012 through December 31, 2012 in the amount of $6,500.00 (such disbursement to

be made on or before January 31, 2013), (b) the addition of a disbursement in the week of January

20, 2013 – January 26, 2013 in the amount of $4,800.00 for fourth quarter 2012 unemployment

taxes, and (c) the reduction of disbursements for capital improvements/equipment in the week of

January 20, 2013 – January 26, 2013 from $2,500.00 to $500.00.

Dated: January 25, 2013

/s/ Elena Paras Ketchum
Charles A. Postler (Florida Bar No. 455318)
Elena Paras Ketchum (Florida Bar No. 0129267)
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
cpostler@srbp.com
eketchum@srbp.com
PH      (813) 229-0144
FAX    (813) 229-1811
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Notice of Filing of Amended Budget for the Eight-Week Period from January 20, 2013 through March 16, 2013**, together with attached Exhibit 1, has been furnished on this 25th day of January, 2013, by the Court's CM/ECF electronic mail system to the Office of the U.S. Trustee and all other parties receiving electronic noticing in this case.

/s/ Elena Paras Ketchum
Elena Paras Ketchum

2

# EXHIBIT 1

Tri County Hospital- Williston
Projected Cash Flow Statement

| Projected Revenues | 01/20 -01/26 | | 01/27 - 02/02 | | 02/03 - 02/09 | | 02/10 - 02/16 | | 02/17 - 02/23 | | 02/24 - 03/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January 20,2013 - March 16,2013 | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Actual | Budget |
| Hospital Revenue | 90,000 | | 130,000 | | 80,000 | | 80,000 | | 80,000 | | 80,000 |
| DIP Financing Advances | 65,000 | | | | 10,000 | | 0 | | 55,500 | | |
| | | | | | | | | | | | |
| Projected Expenditures | | | | | | | | | | | |
| Medical Supplies | 9,000 | | 9,000 | | 9,000 | | 9,000 | | 9,000 | | 9,000 |
| Auto Expense | 100 | | 100 | | 100 | | 100 | | 100 | | 100 |
| Adverstising | 50 | | 50 | | 50 | | 50 | | 50 | | 50 |
| Travel and Lodging | 0 | | 5,000 | | 1,000 | | 3,500 | | 1,000 | | 1,000 |
| Contract Labor- Lic Medical Prof | 30,000 | | | | 30,000 | | | | 30,000 | | |
| Contract Labor- General | 8,000 | | | | 20,000 | | | | 20,000 | | |
| Billing Company 2% Collections | 1,800 | 0 | 1,800 | | 1,800 | | 1,800 | | 1,800 | | 1,800 |
| US Trustee Fee | | | 6,500 | | | | | | | | |
| Bank & Credit Card Fees | 0 | 0 | 0 | | 0 | | 0 | | 0 | | 0 |
| Payroll | 72,000 | | | | 72,000 | | | | 72,000 | | |
| Repayment on back wages - current | 4,270 | | | | 4,226 | | | | 4,242 | | |
| Repayment on back wages-former | 4,667 | | | | 4,349 | | | | 4,127 | | |
| Payroll Tax Liability | 26,800 | | | | 22,000 | | | | 22,000 | | |
| Repairs & Maint | 600 | | 600 | | 600 | | 600 | | 600 | | 600 |
| Office Expenses | 600 | 0 | 600 | | 600 | | 600 | | 600 | | 600 |
| Telephone | 0 | | 0 | | | | 2,500 | | 0 | | 0 |
| Groceries | 800 | | 800 | | 800 | | 800 | | 800 | | 800 |
| Utilities | 5,600 | 0 | | | | | 7,000 | | | | 0 |
| CPA Fees for Auditing Services | 0 | | 5,000 | | 0 | | 0 | | | | 5,000 |
| Annual Lic. Fees | | 0 | 1,000 | | | | | | | | |
| Linen/Uniforms | 0 | | 1,200 | | 0 | | 1,200 | | 0 | | 1,200 |
| Total Insurance | 0 | | 11,961 | | 0 | | 2,834 | | 0 | | 11,961 |
| Equip Lease/Comp Software (CPSI) | 0 | | 7,359 | | 0 | | 0 | | 7,359 | | 0 |
| Other Expenses | 200 | | 250 | | 3,250 | | 250 | | 250 | | 250 |
| Capital Improvements/Equipment | 500 | | 2,500 | | 2,500 | | 2500 | | 2500 | | 2500 |
| Total Expenditures | 164,987 | | 53,720 | 0 | 172,275 | 0 | 32,734 | 0 | 176,428 | 0 | 34,861 |
| | | | | | | | | | | | |
| Net Cash Flow | -9,987 | | 76,280 | 0 | -82,275 | 0 | 47,266 | 0 | -40,928 | 0 | 45,139 |
| | | | | | | | | | | | |
| Cummulative Cash Flow | 13 | | 76,280 | | -5,995 | | 41,271 | | 343 | | 45,482 |

Case 12-10431-KSJ   Doc 156   Filed 01/25/13   Page 4 of 5

Case 12-10431-KSJ    Doc 156    Filed 01/25/13    Page 5 of 5

|  | 03/03 - 03/09 |  | 03/10 - 03/16 |  |
| --- | --- | --- | --- | --- |
| Actual | Budget | Actual | Budget | Actual |
|  | **80,000** |  | **80,000** |  |
|  | **55,000** |  |  |  |
|  |  |  |  |  |
|  | 9,000 |  | 9,000 |  |
|  | 100 |  | 100 |  |
|  | 50 |  | 50 |  |
|  | 1,000 |  | 1,000 |  |
|  | 30,000 |  |  |  |
|  | 20,000 |  |  |  |
|  | 1,800 |  | 1,800 |  |
|  |  |  |  |  |
|  | 0 |  |  |  |
|  | 72,000 |  |  |  |
|  | 4,176 |  |  |  |
|  | 3,970 |  |  |  |
|  | 22,000 |  |  |  |
|  | 600 |  | 600 |  |
|  | 600 |  | 600 |  |
|  | 2,500 |  |  |  |
|  | 800 |  | 800 |  |
|  | 7,000 |  |  |  |
|  |  |  |  |  |
|  |  |  | 1,200 |  |
|  |  |  | 2,834 |  |
|  |  |  | 7,359 |  |
|  | 250 |  | 250 |  |
|  | 2500 |  | 2500 |  |
| 0 | **178,346** |  | **28,093** |  |
|  |  |  |  |  |
| 0 | **-43,346** |  | **51,907** |  |
|  |  |  |  |  |
|  | **2,135** |  | **54,042** |  |