IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

In re:

| | § | |
|---|---|---|
| Cypress Health Systems Florida, Inc. | § | |
| d/b/a Tri County Hospital – Williston | § | |
| f/k/a Nature Coast Regional Hospital | § | Case No. 12-10431-KKS |
| Debtor | § | Chapter 11 |

## FIRST REPORT OF PATIENT CARE OMBUDSMAN

I, J. Michael Weathers the duly appointed Patient Care Ombudsman in this case, file this first Patient Care Ombudsman report pursuant to 11 U.S.C. § 333(b)(2).

### 1. Introduction

The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA") requires the Court to consider authorizing the appointment of a Patient Care Ombudsman whenever a "health care business" (as that term is defined by BAPCPA) files for bankruptcy protection. The act recognizes that at times the interests of the creditors and those of patients in a healthcare setting may be in opposition. The Patient Care Ombudsman's role is to monitor the debtor in possession and to report to the Court any actions or decisions which may adversely impact the quality of patient care. In my capacity as PCO, I made in person visits to Tri County Hospital on December 12, 2012 and January 10, 2013. On those visits, I interviewed the CEO, Nursing Director, Medical Director and briefly met with other staff in the hospital. Further, I researched the facility's recent compliance records on the State of Florida Agency for Health Care Administration (AHCA) web portal.

## II. Funding and Occupancy

Florida Secretary of State records indicate Cypress Health Systems Florida, Inc. is a for profit corporation. Its Chief Executive Officer is Manoj K Prasad, MD, MBA, PhD, FACHE. During both site visits, I met with Dr. Prasad at the facility. Discussions with Dr. Prasad indicate that the facility has debtor in possession financing adequate to meet payroll and other operating needs. Average Daily Occupancy month to date on the day of my first visit was reported to less be than 25% of the 40 beds for which it is licensed. On January 10, 2013 the Average Daily Census was reported to be seven. DIP financing is being provided by investors from Texas who desire to purchase the facility. I was told that the CMS Change of Ownership (CHOW) had been acknowledged as received by Medicare and that it was under review.

## III. History of Regulatory and Quality Problems

Florida's Agency for Healthcare Administration (AHCA) records reflect that the facility has a recent history of problems. An inspection made by a State Surveyor in November 2012, found that the Medicare Conditions of Participation were not being met. The State issued a notice that they would recommend expulsion from the Medicare program in 45 days. Some of the deficiencies noted could have been attributable to staff vacancies related to the recent filing of Chapter 11. Most deficiencies were however were not staffing related but rather management issues, failure to follow policies, and inadequate documentation of items related to patient care.

Since the AHCA visit, the Swing Bed Program, which was the source of several deficiencies, was eliminated. Dr. Prasad himself is new; the Chief Nursing Officer is new; the Chief of the Medical Staff is new. Dr. Prasad reports that the deficiencies are being addressed and that AHCA surveyors are pleased with the progress. On January 10, I reviewed the two latest AHCA survey reports, one of which was a surprise visit to the facility. The reports did not cite any deficiencies. However, the position of Risk Manager was still vacant and recruitment efforts were still underway. The CEO reported that since all eligible Risk managers seemed to be at their maximum allowed workload, he was in discussions with neighboring hospitals to see if their risk manager could be shared.

## IV. Facility Tour

Doing business as Tri-County Hospital, the facility draws from a service area with a population of approximately 16,000. The campus consists of a clinic building and hospital building. The hospital facility itself is a single story building approximately 47 years old. The lobby of the hospital served as the patient registration point for the hospital and clinic. The walls of the halls were ceramic tile lined to a height of about 4 feet. The tiles were clean and in good repair (an amazing feat for a facility of its age).

The facility has 2 operating suites which for lack of a surgeon are closed and have not been used for years. The CEO is recruiting for surgeons to establish practices in the community.

The facility operates a level 1 emergency room consisting of 3 bays staffed by contracted physicians on a 24 hour per day basis. The ER treats approximately 20 patients per day.

Dr. Prassad reports that 2 additional MDs have been recruited effective in February to practice in the rural health care clinic. It is anticipated that they will be fulltime after June.

Diagnostic imaging is available with a digital X-ray machine. X-rays are interpreted by a radiologist via a tele-medicine hookup. The hospital has an old but functioning CT scanner. Dr. Prasad indicated that improvements have been made in reducing the time to receive interpretations of CT and digital images. He also reports that he is in discussions with a mobile MRI company to provide MRI services 2 days per week at the hospital. Routine laboratory is done in house. Laboratory tests beyond the capability of the facility are outsourced to Quest.

It was noted in my tour on January 10 that security for patients and staff had been improved since my visit in December with the addition of closed circuit television cameras and magnetic locks on doors leading to the outside of the building. Visitors and staff arriving after hours must now enter through the main entrance.

## V. Staffing

Staffing levels at the Facility among administrative and direct-care staff are stable. The CEO indicated that a search is underway to fill the position of risk manager and to add a nursing unit secretary to augment the record keeping done by nursing personnel.

Morale is reported to be improved by the weekly "all staff" meetings and by payment in installments of wages and benefits owed.

## VI. Medical Care, Records, and Supplies

The Facility's Medical Director was contacted on December 12, 2012. Joseph Rosada, MBA, MD reported that he was aware of the bankruptcy filing, and had not noticed any decline in care as a result of the filing. Dr. Rosado reported that he visits daily He reported that medical supplies are available and adequate to meet patients' needs.

Medical records are stored in a secure area of the hospital. Confidentiality of records appears maintained.

The CEO mentioned that there had been a problem with supplies disappearing from the hospital but the new security cameras were also helping to curb that problem.

## VII. Vendor Relationships

My interviews with the CEO and Nursing Director indicate that vendor relationships are stable. Dr. Prasad indicated that a contract had been entered for new IV Pumps and IV tubing supplies.

## VIII. Ombudsman Visits and Complaint Activity

I have not received any complaints from physicians, hospital staff members, family members or patients.

## IX. Miscellaneous

The Administrator reports that he will soon begin work to the outside of the building as resources permit.

Date: February 4, 2013

Respectfully submitted,

*J. Michael Weathers*

J Michael Weathers
Ombudsman