UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

                             Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

                             Case No. 1:12-bk-10431-KKS

    Debtor.
_____/

**DEBTOR'S RESPONSE TO MOTION BY THE AGENCY
FOR HEALTH CARE ADMINISTRATION FOR DETERMINATION
OF THE APPLICABILITY OF 11 U.S.C. SECTION 362(b)(4) OR,
IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY**

[response to Doc. No. 171]

Debtor, CYPRESS HEALTH SYSTEMS FLORIDA, INC., by and through its undersigned attorneys, hereby responds (the "Response") to the Motion by the Agency for Health Care Administration for Determination of the Applicability of 11 U.S.C. Section 362(b)(4) or, in the Alternative, for Relief From Automatic Stay (the "Motion") [Doc. No. 171] as follows:

1. On February 4, 2013, the Agency for Health Care Administration ("AHCA") filed its Motion seeking entry of an order which provided that (i) AHCA is authorized to collect or offset monies for paid Medicaid claims voided or adjusted by the Debtor after the Petition Date and (ii) AHCA be permitted to levy administrative fines against the Debtor's Hospital License.

2. The Court established February 20, 2013 as the date by which a response by the Debtor to the Motion is to be filed.

3. The Debtor and AHCA, by and through their counsel, have been engaged in discussions regarding the relief sought by the Motion and are attempting to reach agreement regarding the disputed issues and on the form of an agreed order.

4. If agreement cannot be reached as to the disputed issues or the form of an agreed order, the Debtor reserves its right to amend this Response and to assert arguments and defenses to the relief sought by the Motion.

DATED:   February 20, 2013

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267
STICHTER, RIEDEL, BLAIN &
   PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
ATTORNEYS FOR DEBTOR
cpostler@srbp.com
eketchum@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEBTOR'S RESPONSE TO MOTION BY THE AGENCY FOR HEALTH CARE ADMINISTRATION FOR DETERMINATION OF THE APPLICABILITY OF 11 U.S.C. SECTION 362(b)(4) OR, IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY** was furnished by CM/ECF or U.S. MAIL on the **20th** day of **February, 2013** to:

Debora E. Fridie, Esquire
Bradford C. Herter, Esquire
AGENCY FOR HEALTH CARE ADMINISTRATION
2727 Mahan Drive – Mail Stop #3
Tallahassee, Florida 32308

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267