UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                              Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,             Case No. 1:12-bk-10431-KSJ
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

          Debtor.
_____/

## AMENDMENT TO SCHEDULE F

The Debtor, CYPRESS HEALTH SYSTEMS FLORIDA, INC., d/b/a TRI

COUNTY HOSPITAL – WILLISTON, f/d/b/a NATURE COAST REGIONAL

HOSPITAL, hereby amends Schedule F to add the creditors set forth on the attached

**Exhibit A**.

I HEREBY DECLARE, under penalty of perjury, that the foregoing Amendment

to Schedule F is true and correct to the best of my knowledge and belief.

DATED this ___17th___ day of April, 2013.

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., d/b/a TRI COUNTY
HOSPITAL – WILLISTON, f/d/b/a
NATURE COAST REGIONAL
HOSPITAL

By: _____
    Randy L. Zindauer
    Chief Executive Officer

# Exhibit A

## AMENDMENT TO SCHEDULE F
## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Abresch, Patricia 19153 SE 12th Ln Williston, FL 32696 | | N A | | | | | 2,768.66 |
| ACCOUNT NO. Aldrige, Elizabeth 2013 SW 42nd Dr Apt E Gainesville, FL 32607 | | N A | | | | | 1,932.63 |
| ACCOUNT NO. Aleman, Amanda 255 SE 1st St Williston, FL 32696 | | N A | | | | | 462.02 |
| ACCOUNT NO. Alsay, Alice 1007 Bristol Lakes Rd Apt 102 Mount Dora, FL 32757 | | N A | | | | | 2,404.61 |
| ACCOUNT NO. Argila, Eugene 2600 SW Williston Rd #1906 Gainesville, FL 32608 | | N A | | | | | 92.04 |
| ACCOUNT NO. Baldwin, Heather 612 NW 2nd Avenue Williston, FL 32696 | | N A | | | | | 4,353.39 |

Sheet 1 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**   Case No _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Baldwin, Jessica 110 NW 39th Ave Apt 94 A Gainesville, FL 32609 | | N A | | | | | 1,533.49 |
| ACCOUNT NO. Ball, Cathryn PO Box 283 Micanopy, FL 32667 | | N A | | | | | 487.05 |
| ACCOUNT NO. Barr, Jason 18150 NW 144th Ave Williston, FL 32696 | | N A | | | | | 825.00 |
| ACCOUNT NO. Barrios, Raquel 8111 NW 166th St Fanning Springs, FL 32693 | | N A | | | | | 291.46 |
| ACCOUNT NO. Bell, Stephanie 5452 NE 155th Ave Williston, FL 32696 | | N A | | | | | 243.52 |
| ACCOUNT NO. Bennett, Paul 7501 NW 162nd Ct Morriston, FL 32668 | | N A | | | | | 615.39 |

Sheet 2 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**      Case No
                      Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bloom, Roberta** <br> **PO Box 12793** <br> **Gainesville, FL 32604** | | N A | | | | | 57.53 |
| ACCOUNT NO. <br><br> **Board, Thomas** <br> **561 E Country Club Dr** <br> **Williston, FL 32696** | | N A | | | | | 3,760.41 |
| ACCOUNT NO. <br><br> **Boateng, Patience** <br> **205 SW 75th St #12H** <br> **Gainesville, FL 32607** | | N A | | | | | 97.79 |
| ACCOUNT NO. <br><br> **Bossa, Cassandre** <br> **3100 SW 35th Pl Apt C1** <br> **Gainesville, FL 32607** | | N A | | | | | 724.56 |
| ACCOUNT NO. <br><br> **Bottoms, Suzanne** <br> **491 E Country Club Dr** <br> **Williston, FL 32696** | | N A | | | | | 90.12 |
| ACCOUNT NO. <br><br> **Bowman, Michael** <br> **1767 NE 12th St** <br> **Ocala, FL 34470** | | N A | | | | | 372.00 |

Sheet 3 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**          Case No _____

_____ 
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **ACCOUNT NO.** Boyer, Joshua 4240 SW 55th Ave Ocala, FL 34474 | | N A | | | | | | 1,064.25 |
| **ACCOUNT NO.** Brandt, Marge 16580 NE 10th St Williston, FL 32696 | | N A | | | | | | 224.78 |
| **ACCOUNT NO.** Brooks, Lanessa 7530 W Leisure St Dunnellon, FL 34433 | | N A | | | | | | 443.50 |
| **ACCOUNT NO.** Brostek, Mary 14151 NE 50th Pl Williston Williston, FL 32696 | | N A | | | | | | 878.43 |
| **ACCOUNT NO.** Browder, Matt 7722 SW 51st Blvd Gainesville, FL 32608 | | N A | | | | | | 32.90 |
| **ACCOUNT NO.** Brown, Teresa 19591 SE 77th Pl Morriston, FL 32668 | | N A | | | | | | 455.05 |

Sheet 4 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.-Am to Sch F**                          Case No   _____

                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,   SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bryniarsai, Adam 6361 SW 12th Ct Ocala, FL 34471 | | N A | | | | | 86.29 |
| ACCOUNT NO. Buckhalter, Dina 221 NW 12th St Apt C Homestead, FL 33030 | | N A | | | | | 524.88 |
| ACCOUNT NO. Bugay, John 25044 NE 131st Ln Salt Springs, FL 32134 | | N A | | | | | 278.04 |
| ACCOUNT NO. Calloway, Delinah 14275 NE 113th Ter Ft Fort Mc Coy, FL 32134 | | N A | | | | | 528.25 |
| ACCOUNT NO. Cambell, James 416 SE 2nd Ave Trenton, FL 32693 | | N A | | | | | 88.21 |
| ACCOUNT NO. Cannady, Simone 21671 NE 35th St Williston, FL 32696 | | N A | | | | | 566.07 |

Sheet 5 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No  _____
                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Caprietta, Javed 17 Mackeral St Ponte Vedra Beach, FL 32082 | | N A | | | | | 283.79 |
| ACCOUNT NO. | | | | | | | |
| Caridi, Jennie 21070 SE 66th St Morriston, FL 32668 | | N A | | | | | 634.97 |
| ACCOUNT NO. | | | | | | | |
| Carnegie, Kanesha PO Box 787 Williston, FL 32696 | | N A | | | | | 3.56 |
| ACCOUNT NO. | | | | | | | |
| Carver, Toni 6451 NE 100th Ave Bronson, FL 32621 | | N A | | | | | 1,921.72 |
| ACCOUNT NO. | | | | | | | |
| Cassidy, Carla 9717 NE 65th Ln Bronson, FL 32621 | | N A | | | | | 274.20 |
| ACCOUNT NO. | | | | | | | |
| Chicas, Nicole 3870 SW Trout St Dunnellon, FL 34431 | | N A | | | | | 270.47 |

Sheet 6 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re __Cypress Health Systems Florida, Inc.-Am to Sch F__                                                 Case No _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Childers, Joann <br> 316 SW 155th Ter <br> Newberry, FL 32669 | | N A | | | | | 493.50 |
| ACCOUNT NO. <br><br> Clark, Elizabeth <br> 1571 SE 80th St <br> Ocala, FL 34480 | | N A | | | | | 5,012.52 |
| ACCOUNT NO. <br><br> Coates, Donna <br> 251 SE 10th St <br> Williston, FL 32696 | | N A | | | | | 65.20 |
| ACCOUNT NO. <br><br> Crosby, Patricia <br> 704 NW 2nd St <br> Micanopy, FL 32667 | | N A | | | | | 523.48 |
| ACCOUNT NO. <br><br> Culp, Keith <br> 10790 NW 66th Ave <br> Chiefland, FL 32626 | | N A | | | | | 207.09 |
| ACCOUNT NO. <br><br> Dass, Karla <br> 637 NE 2nd St <br> Williston, FL 32696 | | N A | | | | | 960.00 |

Husband, Wife, Joint , or Community

Sheet 7 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Cypress Health Systems Florida, Inc.-Am to Sch F__                                   Case No _____
　　　　　　　　　　　　Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Davis, Mara <br> 2725 SW 27th Ave Apt K2 <br> Gainesville, FL 32608 | | N A | | | | | 795.45 |
| ACCOUNT NO. <br><br> Davis, Nancy <br> PO Box 2211 <br> Belleview, FL 34421 | | N A | | | | | 3,444.99 |
| ACCOUNT NO. <br><br> Dayton, Trish <br> 5292 Fairchild Rd <br> Crestview, FL 32539 | | N A | | | | | 1,149.50 |
| ACCOUNT NO. <br><br> Denning, Allison <br> 15522 SW 75th St <br> Archer, FL 32618 | | N A | | | | | 6,068.12 |
| ACCOUNT NO. <br><br> Desroches, Nehemie <br> 1103 NE 17th Pl Apt A <br> Ocala, FL 34470 | | N A | | | | | 1,267.50 |
| ACCOUNT NO. <br><br> Devane, Roberta <br> 6260 W Hwy 326 <br> Ocala, FL 34482 | | N A | | | | | 5,426.25 |

Sheet 8 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                              Case No  _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Digiscribe Services <br> 400 CR 207 <br> Gatesville, TX 76528 | | N A | | | | | 4,003.20 |
| ACCOUNT NO. <br><br> Douglas, Mary <br> 11750 E Levy St <br> Williston, FL 32696 | | N A | | | | | 1,260.61 |
| ACCOUNT NO. <br><br> DuBois, Toni <br> 11570 NE 81st Ter <br> Bronson, FL 32621 | | N A | | | | | 251.19 |
| ACCOUNT NO. <br><br> Dunn, Christopher <br> 13450 47th St <br> Williston, FL 32696 | | N A | | | | | 1,276.96 |
| ACCOUNT NO. <br><br> Duvall, Sue <br> 10025 SW 135th St <br> Archer, FL 32618 | | N A | | | | | 302.97 |
| ACCOUNT NO. <br><br> Edwards, Destiny <br> 2950 SE 199th Terr <br> Morriston, FL 32668 | | N A | | | | | 2,115.39 |

Sheet 9 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.-Am to Sch F**                Case No _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | | | |
| ACCOUNT NO. Encienzo, Arcelli 1920 SW 28th St Ocala, FL 34471 | | N A | | | | | | 5,147.66 |
| ACCOUNT NO. Encienzo, Jerondio 1920 SW 28th St Ocala, FL 34471 | | N A | | | | | | 2,488.98 |
| ACCOUNT NO. Fantasia, Alane 5760 NE 37th St Silver Springs, FL 34488 | | N A | | | | | | 784.94 |
| ACCOUNT NO. Ferrer, Gemma 7865 W Hwy 40 Lot 45 Ocala, FL 34482 | | N A | | | | | | 966.75 |
| ACCOUNT NO. Flores, Joanne 13230 NE 50th Pl Williston, FL 32696 | | N A | | | | | | 1,307.08 |
| ACCOUNT NO. Forsyth, Brian 3661 NW Huntsboro St #101 Lake City, FL 32055 | | N A | | | | | | 180.25 |

Sheet 10 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No  _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Fountain, Rebecca <br> PO Box 755 <br> Williston, FL 32696 | | N A | | | | | | 875.50 |
| ACCOUNT NO. <br><br> Francis-Thomas, Dana <br> 520 SE 2nd St <br> Williston, FL 32696 | | N A | | | | | | 1,297.65 |
| ACCOUNT NO. <br><br> Frazier, Koko <br> 5370 NE 144th Ave <br> Williston, FL 32696 | | N A | | | | | | 366.25 |
| ACCOUNT NO. <br><br> Freeman, Josephine <br> 20353 NE 7th Pl <br> Williston, FL 32696 | | N A | | | | | | 505.19 |
| ACCOUNT NO. <br><br> Fultz, Daniel <br> 3845 N Calumet Ter <br> Hernando, FL 34442 | | N A | | | | | | 139.98 |
| ACCOUNT NO. <br><br> Furgason, Lauren <br> 2625 SW 75th St #521 <br> Gainesville, FL 32608 | | N A | | | | | | 903.00 |

Sheet 11 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**      Case No _____

       Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gaitanis, Melinda <br> 491 N Hathaway Ave <br> Bronson, FL 32621 | | N A | | | | | 209.01 |
| ACCOUNT NO. <br><br> Gillman, Jerry <br> 678 SE 47th Loop <br> Ocala, FL 34480 | | N A | | | | | 3,876.97 |
| ACCOUNT NO. <br><br> Godzecki, Kelly <br> 18881 SW 49th Pl <br> Dunnellon, FL 34432 | | N A | | | | | 1,830.11 |
| ACCOUNT NO. <br><br> Goode, Josephine <br> 5290 NE 167th Ct <br> Williston, FL 32696 | | N A | | | | | 484.57 |
| ACCOUNT NO. <br><br> Gregoire, Valerie <br> 321 SE 3rd St Apt H 5 <br> Gainesville, FL 32601 | | N A | | | | | 291.46 |
| ACCOUNT NO. <br><br> Grimmage, Bruce <br> 2507 NE 70th Ter <br> Gainesville, FL 32609 | | N A | | | | | 1,462.00 |

Sheet 12 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No  _____
                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Hagedorn, Gina 14091 E Levy St Williston, FL 32696 | | N A | | | | | 1,393.94 |
| ACCOUNT NO. | | | | | | | |
| Catherine M. Hahm 1909 NE 31st Ave. Gainesville, FL 32609 | | N A | | | | X | 1,013.12 |
| ACCOUNT NO. | | | | | | | |
| Hamilton, Ginger 1031 SE Hwy 41 Williston, FL 32696 | | N A | | | | | 573.33 |
| ACCOUNT NO. | | | | | | | |
| Hanley, Christina 1212 1/2 SW 1st Ave Gainesville, FL 32601 | | N A | | | | | 306.80 |
| ACCOUNT NO. | | | | | | | |
| Hartley, Isiah 429 NE 3rd Ave Williston, FL 32696 | | N A | | | | | 5,694.42 |
| ACCOUNT NO. | | | | | | | |
| Harvey, Donna 6951 NW 60th St Chiefland, FL 32626 | | N A | | | | | 2,186.39 |

Sheet 13 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)    (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Haygood, Gerald 5001 SW 20th St Apt 3907 Ocala, FL 34474 | | N A | | | | | 615.39 |
| ACCOUNT NO. Heiland, Paul 9636 Kanfer Ct Gaithersburg, MD 20886-5065 | | N A | | | | | 187.92 |
| ACCOUNT NO. Hiers, Jean 96 NE CR 138 Branford, FL 32008 | | N A | | | | | 182.16 |
| ACCOUNT NO. Holt, Malora 21530 SE 73rd Pl Morriston, FL 32668 | | N A | | | | | 5,091.19 |
| ACCOUNT NO. Hooks, Cheryl 13865 NE 47th Ave Anthony, FL 32617 | | N A | | | | | 245.44 |
| ACCOUNT NO. James, Leondrae 1224 NE 1st Ave Williston, FL 32696 | | N A | | | | | 1,742.23 |

Sheet 14 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re   **Cypress Health Systems Florida, Inc.-Am to Sch F**                          Case No   _____
                                         Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| James, Shenita 1224 NE 1st Ave Williston, FL 32696 | | N A | | | | | | 95.03 |
| ACCOUNT NO. | | | | | | | | |
| Brittany Johns c/o Richard Celler, Esq. 600 N. Pine Island Rd., #400 Fort Lauderdale, FL 33324 | | N A | | Amended to provide amount owed | | | X | 1,169.60 |
| ACCOUNT NO. | | | | | | | | |
| Patricia Jones 4047 NE 20th St. Ocala, FL 34470 | | N A | | | | | X | 10,817.30 |
| ACCOUNT NO. | | | | | | | | |
| Joyner, Sequoya 22 NW Williston Arms Dr Apt 22 Williston, FL 32696 | | N A | | | | | | 2,009.99 |
| ACCOUNT NO. | | | | | | | | |
| Kaufman, Randy 8729 SW 145th Pl Archer, FL 32618 | | N A | | | | | | 5,374.84 |
| ACCOUNT NO. | | | | | | | | |
| Keaton, Dianne 6375 NW 109th Pl Alachua, FL 32615 | | N A | | | | | | 206.88 |

Sheet 15 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No  _____
                                   Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Keene, Heather<br>18254 NE Hwy 27<br>Williston, FL 32696 | | N A | | | | | 581.65 |
| ACCOUNT NO.<br><br>Kimmerling, Marilyn<br>540 Carillon Pkwy Apt 1076<br>Saint Petersburg, FL 33716 | | N A | | | | | 461.54 |
| ACCOUNT NO.<br><br>King, Annie<br>P O Box 912<br>Williston, FL 32696 | | N A | | | | | 308.85 |
| ACCOUNT NO.<br><br>Koren, Joseph<br>10790 NW 66th Ave<br>Chiefland, FL 32626 | | N A | | | | | 2,371.20 |
| ACCOUNT NO.<br><br>Chasity L. Krueger<br>13630 NE 5th St.<br>Williston, FL 32696 | | N A | | | | X | 1,469.00 |
| ACCOUNT NO.<br><br>Roxann Krueger<br>13630 NE 5th St.<br>Williston, FL 32696 | | N A | | | | X | 1,929.69 |

Sheet 16 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No _____

　　　　　　　　　　　　　Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Ursula Krueger 13630 NE 5th St. Williston, FL 32696 | | N A | | | | | X | 1,707.49 |
| ACCOUNT NO. | | | | | | | | |
| Lamb, Rebecca 2209 NE 15th Terrace Gainesville, FL 32609 | | N A | | | | | | 791.31 |
| ACCOUNT NO. | | | | | | | | |
| Lamontanaro, Pamela 3515 SW 39th BLVD #33B Gainesville, FL 32608 | | N A | | | | | | 89.55 |
| ACCOUNT NO. | | | | | | | | |
| Laney, Thomas 425 SE 2nd St Williston, FL 32696 | | N A | | | | | | 596.22 |
| ACCOUNT NO. | | | | | | | | |
| James Long c/o Richard Celler, Esq. 600 N. Pine Island Rd., #400 Fort Lauderdale, FL 33324 | | N A | | Amended to provide amount owed | | | X | 10,000.00 |
| ACCOUNT NO. | | | | | | | | |
| Lorenzo, Amanda 6951 SE 212th ave Morriston, FL 32668 | | N A | | | | | | 1,038.44 |

Sheet 17 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mahrer, Robert <br> 6611 NW 65th Pl <br> Ocala, FL 34482 | | N A | | | | | 444.86 |
| ACCOUNT NO. <br><br> Maillard, Kevin <br> 15751 NE 7th Pl <br> Williston, FL 32696 | | N A | | | | | 576.00 |
| ACCOUNT NO. <br><br> Mallea, Michelle <br> 8111 NW 166th St <br> Fanning Springs, FL 32693 | | N A | | | | | 191.75 |
| ACCOUNT NO. <br><br> Mananquil, Rolando <br> 5251 NE 160th Ave <br> Williston, FL 32696 | | N A | | | | | 522.16 |
| ACCOUNT NO. <br><br> Mapp, James <br> 1850 NE 130TH AVE <br> Williston, FL 32696 | | N A | | | | | 1,167.12 |
| ACCOUNT NO. <br><br> Marchand, Jessica <br> 4751 NE 136th Ave <br> Williston, FL 32696 | | N A | | | | | 1,255.99 |

Sheet 18 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F)  (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No _____
                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Martin, Aurora 18350 NW 35 ST Williston, FL 32696 | | N A | | | | | | 2,627.96 |
| ACCOUNT NO. | | | | | | | | |
| Martin, Katie 944 SW Edgar Earl Loop Crystal River, FL 34428 | | N A | | | | | | 179.10 |
| ACCOUNT NO. | | | | | | | | |
| Martinez, Shamell 7291 NE 92nd Ct #16 Bronson, FL 32621 | | N A | | | | | | 301.05 |
| ACCOUNT NO. | | | | | | | | |
| Matheson, Valerie PO Box 8 Lowell, FL 32663 | | N A | | | | | | 4,624.12 |
| ACCOUNT NO. | | | | | | | | |
| Matos, Carolyn 10451 NE 70th Ln P O Box 702 Bronson, FL 32621 | | N A | | | | | | 1,213.82 |
| ACCOUNT NO. | | | | | | | | |
| Matos, Jacquelyn 10391 NE 70th Ln Bronson, FL 32621 | | N A | | | | | | 803.09 |

Sheet 19 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F)   (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No  _____

                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Matos, Maria<br>PO Box 195<br>Bronson, FL 32621 | | N A | | | | | 907.16 |
| ACCOUNT NO.<br><br>McCord, Valerie<br>P O Box 804<br>Archer, FL 32618 | | N A | | | | | 724.36 |
| ACCOUNT NO.<br><br>McDougal, Demetrius<br>1016 W 12th St<br>Lakeland, FL 33805 | | N A | | | | | 3,007.12 |
| ACCOUNT NO.<br><br>McMillan, Joseph<br>19250 NE 75th St<br>Williston, FL 32696 | | N A | | | | | 352.83 |
| ACCOUNT NO.<br><br>Frederick J. McNew<br>15897 NW Hwy 4648<br>Morriston, FL 32668 | | N A | | | | X | 15,400.00 |
| ACCOUNT NO.<br><br>Miller, Kassondra<br>5290 NE 103rd Ter<br>Bronson, FL 32621 | | N A | | | | | 807.10 |

Sheet 20 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**      Case No _____
                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **ACCOUNT NO.** <br><br> Moritz, Cynthia <br> PO Box 183 <br> Macclenny, FL 32063 | | N A | | | | | | 960.00 |
| **ACCOUNT NO.** <br><br> Munden, Caleb <br> 4861 NE 136th Ave <br> Williston, FL 32696 | | N A | | | | | | 82.94 |
| **ACCOUNT NO.** <br><br> Murphy, Cynthia <br> 8508 SW 1st Pl <br> Gainesville, FL 32607 | | N A | | | | | | 1,974.84 |
| **ACCOUNT NO.** <br><br> Newman, Ira <br> 13836 SE 93rd Ave <br> Summerfield, FL 34491 | | N A | | | | | | 2,884.83 |
| **ACCOUNT NO.** <br><br> Orr, Katie <br> 260 Sparrow Lane <br> Harrodsburg, KY 40330 | | N A | | | | | | 1,027.16 |
| **ACCOUNT NO.** <br><br> Patel, Bhumi <br> 5838 NW 45th Dr <br> Gainesville, FL 32653 | | N A | | | | | | 396.93 |

Sheet 21 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Perkins, Crystal 17082 SW 141st Pl | | N A | | | | | | 2,098.83 |
| ACCOUNT NO. | | | | | | | | |
| Phillips, Shannon 700 Stanley Ave Wildwood, FL 34785 | | N A | | | | | | 208.34 |
| ACCOUNT NO. | | | | | | | | |
| Tiffany Phillips c/o Michael Massey, Esq. 855 E. University Ave. Gainesville, FL 32601 | | N A | | Amended to provide amount owed | | | X | 8,701.91 |
| ACCOUNT NO. | | | | | | | | |
| Prendes, Ramon PO Box 3213 High Springs, FL 32655 | | N A | | | | | | 92.04 |
| ACCOUNT NO. | | | | | | | | |
| Prince, Sylvia 424 NE 9th Ave Ocala, FL 34470 | | N A | | | | | | 407.25 |
| ACCOUNT NO. | | | | | | | | |
| Carol Pritchard 7630 SE 181st Ct. Morriston, FL 32668 | | N A | | | | | X | 3,102.00 |

Sheet 22 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**                    Case No _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Que, Emerson 4687 NE 16 Tr Gainesville, Fl 32609 | | | | | | | 0.00 |
| ACCOUNT NO. Quinn, Marjorie 5204 SW 85th St Ocala, FL 34476 | | N A | | | | | 1,404.27 |
| ACCOUNT NO. Raper, Sebrina 39 NE 605 St Old Town, FL 32680 | | N A | | | | | 184.08 |
| ACCOUNT NO. Ratazzi, Linda 6743 W Dunnellon Rd Dunnellon, FL 34433 | | N A | | | | | 3,175.95 |
| ACCOUNT NO. Reed, Josephine 15705 SE 40th Ave Ocala, FL 34473 | | N A | | | | | 2,807.43 |
| ACCOUNT NO. Riggs, Stephanie 478 NE 242nd Ave Old Town, FL 32680 | | N A | | | | | 464.04 |

Sheet 23 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**            Case No _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | |
| ACCOUNT NO. | | | | | | | | |
| Roberts, Eunice 2630 SE 138th Ter Morriston, FL 32668 | | N | A | | | | | 359.23 |
| ACCOUNT NO. | | | | | | | | |
| Rogers, Candace 500 W Park Ave #705 Chiefland, FL 32626 | | N | A | | | | | 373.50 |
| ACCOUNT NO. | | | | | | | | |
| Sams, Tiffany 244 SE 10th St Williston, FL 32696 | | N | A | | | | | 1,657.00 |
| ACCOUNT NO. | | | | | | | | |
| Sanchez, Nancy 2990 SE 199th Tr Morriston, FL 32668 | | N | A | | | | | 1,220.77 |
| ACCOUNT NO. | | | | | | | | |
| Sands, Kathy 330 NW 8th St Williston, FL 32696 | | N | A | | | | | 3,981.67 |
| ACCOUNT NO. | | | | | | | | |
| Santacross, Kimberly 11765 SE 196th St Dunnellon, FL 34431 | | N | A | | | | | 99.71 |

Sheet 24 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                              Case No  _____

                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schneeberger, Kimberly<br>14 SW 8th Pl Apt 103<br>Williston, FL 32696 | | N A | | | | | | 2,473.75 |
| ACCOUNT NO.<br><br>Schoen, Martha<br>PO Box 1025<br>Weirsdale, FL 32195 | | N A | | | | | | 276.12 |
| ACCOUNT NO.<br><br>Sellers-Bird, Casie<br>3726 NW 7th Pl<br>Gainesville, FL 32607 | | N A | | | | | | 1,153.85 |
| ACCOUNT NO.<br><br>Septer, Andrea<br>3454 NW 49th Ave<br>Gainesville, FL 32605 | | N A | | | | | | 828.00 |
| ACCOUNT NO.<br><br>Sherman, Rebecca<br>18252 NE Hwy 27 Alt<br>Williston, FL 32696 | | N A | | | | | | 375.11 |
| ACCOUNT NO.<br><br>Simmons, Robert<br>7226 SW 43rd Pl Apt C<br>Gainesville, FL 32608 | | N A | | | | | | 2,588.40 |

Sheet 25 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Cypress Health Systems Florida, Inc.-Am to Sch F__     Case No _____
                      Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sloat, Karen<br>11950 NE 85th Ter<br>Chiefland, FL 32626 | | N A | | | | | 256.95 |
| ACCOUNT NO. | | | | | | | |
| Catherine A. Smith<br>2551 NE 170th Ave.<br>Williston, FL 32696 | | N A | | | | X | 1,743.82 |
| ACCOUNT NO. | | | | | | | |
| Spencer, Donald<br>717 South Fire Tower Rd<br>Florence, SC 29506 | | N A | | | | | 2,384.53 |
| ACCOUNT NO. | | | | | | | |
| Stenson, Sheri<br>3001 E Lake Weir Ave Apt 1402<br>Ocala, FL 34471 | | N A | | | | | 65.20 |
| ACCOUNT NO. | | | | | | | |
| Sunio, Rose<br>5623 SW 80th Pl<br>Ocala, FL 34476 | | N A | | | | | 5,149.61 |
| ACCOUNT NO. | | | | | | | |
| Teague, Blaine<br>421 SE 6th Ter<br>Gainesville, FL 32601 | | N A | | | | | 736.32 |

Sheet 26 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Cypress Health Systems Florida, Inc.-Am to Sch F**                     Case No _____

                                     Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Tenorio, Lisa PO BOX 996 Reddick, FL 32686 | | N A | | | | | | 387.43 |
| ACCOUNT NO. | | | | | | | | |
| Thomas, Rebecca 225 SE 5th Ave Williston, FL 32696 | | N A | | | | | | 2,005.31 |
| ACCOUNT NO. | | | | | | | | |
| Towne, Heather 7175 SW 93rd St Ocala, FL 34476 | | N A | | | | | | 1,414.00 |
| ACCOUNT NO. | | | | | | | | |
| Usher, Betty 2380 NW 47th Cir Ocala, FL 34482 | | N A | | | | | | 1,102.87 |
| ACCOUNT NO. | | | | | | | | |
| Valerio, Veronica 731 NE 139th Tr Williston, FL 32696 | | N A | | | | | | 2,325.01 |
| ACCOUNT NO. | | | | | | | | |
| VanSciver, Cheryl 364 SW 62nd Blvd #7 Gainesville, FL 32607 | | N A | | | | | | 1,459.90 |

Sheet 27 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                           Case No _____
                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint , or Community | | | | | |
| ACCOUNT NO. | | | | | | | |
| VanSickle, Doug 250 NE 130th Ave Williston, FL 32696 | | N A | | | | | 3,574.00 |
| ACCOUNT NO. | | | | | | | |
| VanSickle, Renee 250 NE 130th Ave Williston, FL 32696 | | N A | | | | | 1,007.34 |
| ACCOUNT NO. | | | | | | | |
| Veillard, Marie 3100 SW 35th Pl Apt 1C Gainesville, FL 32608 | | N A | | | | | 84.37 |
| ACCOUNT NO. | | | | | | | |
| Villanueva, Nancy 6711 SW 87th Pl Ocala, FL 34476 | | N A | | | | | 233.45 |
| ACCOUNT NO. | | | | | | | |
| Visintin, Jennifer 2191 SE 136th Ave Morriston, FL 32668 | | N A | | | | | 282.91 |
| ACCOUNT NO. | | | | | | | |
| Walker, Joel 3620 Clipper Way Tavares, FL 32778 | | N A | | | | | 248.67 |

Sheet 28 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re __Cypress Health Systems Florida, Inc.-Am to Sch F__       Case No _____
                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Wallick, Patricia 15751 NE 7th Pl Williston, FL 32696 | | N A | | | | | 141.90 |
| ACCOUNT NO. Warren, Sherry 5101 W Pine Ridge Blvd Beverly Hills, FL 34465 | | N A | | | | | 171.79 |
| ACCOUNT NO. Wells, Marie 13751 NE 51st Ln Williston, FL 32696 | | N A | | | | | 9,335.91 |
| ACCOUNT NO. Williams, Juanita 385 N Court St Bronson, FL 32621 | | N A | | | | | 2,147.89 |
| ACCOUNT NO. Wilson, Ben 6831 W Dumaine Ln Dunnellon, FL 34433 | | N A | | | | | 1,332.25 |
| ACCOUNT NO. Wilson, Christine 11531 NE 83RD PLACE Bronson, FL 32621 | | N A | | | | | 158.99 |

Sheet 29 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)   (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                              Case No _____

                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Winterberg, Lydia 12329 SW 107th St Rd Dunnellon, FL 34432 | | N A | | | | | 461.54 |
| ACCOUNT NO. | | | | | | | |
| Wojtowicz, Barbara 12150 80th Ave NE P O Box 966 P O Box 966 Bronson, FL 32621 | | N A | | | | | 233.94 |
| ACCOUNT NO. | | | | | | | |
| Wryals, Roberta 17151 NW 80th Ave Fanning Springs, FL 32693 | | N A | | | | | 10,469.62 |
| ACCOUNT NO. | | | | | | | |
| Yan, Zuan 4654 SW 48th Way Apt 118 Gainesville, FL 32608 | | N A | | | | | 201.03 |
| ACCOUNT NO. | | | | | | | |
| Yang, Lihua 3700 Windmeadows Blvd Apt J 87 Gainesville, FL 32608 | | N A | | | | | 301.05 |
| ACCOUNT NO. | | | | | | | |
| Ylagan, Bryan 20353 NE 7th Place Williston, FL 32696 | | N A | | | | | 1,102.85 |

Sheet 30 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F)   (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.-Am to Sch F**                              Case No
                                                                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint , or Community | | | | | |
| ACCOUNT NO. | | | | | | | |
| **Young, Lakeisha** **13820 155th Lane** **Alachua, FL 32616** | | N A | | | | | **266.53** |

|  | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **278,915.73** |
|---|---|---|

Sheet 31 of 31 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims