Abresch, Patricia
19153 SE 12th Ln
Williston, FL 32696

Aldrige, Elizabeth
2013 SW 42nd Dr Apt E
Gainesville, FL 32607

Aleman, Amanda
255 SE 1st St
Williston, FL 32696

Alsay, Alice
1007 Bristol Lakes Rd Apt 102
Mount Dora, FL 32757

Argila, Eugene
2600 SW Williston Rd #1906
Gainesville, FL 32608

Baldwin, Heather
612 NW 2nd Avenue
Williston, FL 32696

Baldwin, Jessica
110 NW 39th Ave Apt 94 A
Gainesville, FL 32609

Ball, Cathryn
PO Box 283
Micanopy, FL 32667

Barr, Jason
18150 NW 144th Ave
Williston, FL 32696

Barrios, Raquel
8111 NW 166th St
Fanning Springs, FL 32693

Bell, Stephanie
5452 NE 155th Ave
Williston, FL 32696

Bennett, Paul
7501 NW 162nd Ct
Morriston, FL 32668

Bloom, Roberta
PO Box 12793
Gainesville, FL 32604

Board, Thomas
561 E Country Club Dr
Williston, FL 32696

Boateng, Patience
205 SW 75th St #12H
Gainesville, FL 32607

Bossa, Cassandre
3100 SW 35th Pl Apt C1
Gainesville, FL 32607

Bottoms, Suzanne
491 E Country Club Dr
Williston, FL 32696

Bowman, Michael
1767 NE 12th St
Ocala, FL 34470

Boyer, Joshua
4240 SW 55th Ave
Ocala, FL 34474

Brandt, Marge
16580 NE 10th St
Williston, FL 32696

Brooks, Lanessa
7530 W Leisure St
Dunnellon, FL 34433

Brostek, Mary
14151 NE 50th Pl Williston
Williston, FL 32696

Browder, Matt
7722 SW 51st Blvd
Gainesville, FL 32608

Brown, Teresa
19591 SE 77th Pl
Morriston, FL 32668

Bryniarsai, Adam
6361 SW 12th Ct
Ocala, FL 34471

Buckhalter, Dina
221 NW 12th St Apt C
Homestead, FL 33030

Bugay, John
25044 NE 131st Ln
Salt Springs, FL 32134

Calloway, Delinah
14275 NE 113th Ter Ft
Fort Mc Coy, FL 32134

Cambell, James
416 SE 2nd Ave
Trenton, FL 32693

Cannady, Simone
21671 NE 35th St
Williston, FL 32696

Caprietta, Javed
17 Mackeral St
Ponte Vedra Beach, FL 32082

Caridi, Jennie
21070 SE 66th St
Morriston, FL 32668

Carnegie, Kanesha
PO Box 787
Williston, FL 32696

Carver, Toni
6451 NE 100th Ave
Bronson, FL 32621

Cassidy, Carla
9717 NE 65th Ln
Bronson, FL 32621

Chicas, Nicole
3870 SW Trout St
Dunnellon, FL 34431

Childers, Joann
316 SW 155th Ter
Newberry, FL 32669

Clark, Elizabeth
1571 SE 80th St
Ocala, FL 34480

Coates, Donna
251 SE 10th St
Williston, FL 32696

Crosby, Patricia
704 NW 2nd St
Micanopy, FL 32667

Culp, Keith
10790 NW 66th Ave
Chiefland, FL 32626

Dass, Karla
637 NE 2nd St
Williston, FL 32696

Davis, Mara
2725 SW 27th Ave Apt K2
Gainesville, FL 32608

Davis, Nancy
PO Box 2211
Belleview, FL 34421

Dayton, Trish
5292 Fairchild Rd
Crestview, FL 32539

Denning, Allison
15522 SW 75th St
Archer, FL 32618

Desroches, Nehemie
1103 NE 17th Pl Apt A
Ocala, FL 34470

Devane, Roberta
6260 W Hwy 326
Ocala, FL 34482

Digiscribe Services
400 CR 207
Gatesville, TX 76528

Douglas, Mary
11750 E Levy St
Williston, FL 32696

DuBois, Toni
11570 NE 81st Ter
Bronson, FL 32621

Dunn, Christopher
13450 47th St
Williston, FL 32696

Duvall, Sue
10025 SW 135th St
Archer, FL 32618

Edwards, Destiny
2950 SE 199th Terr
Morriston, FL 32668

Encienzo, Arcelli
1920 SW 28th St
Ocala, FL 34471

Encienzo, Jerondio
1920 SW 28th St
Ocala, FL 34471

Fantasia, Alane
5760 NE 37th St
Silver Springs, FL 34488

Ferrer, Gemma
7865 W Hwy 40 Lot 45
Ocala, FL 34482

Flores, Joanne
13230 NE 50th Pl
Williston, FL 32696

Forsyth, Brian
3661 NW Huntsboro St #101
Lake City, FL 32055

Fountain, Rebecca
PO Box 755
Williston, FL 32696

Francis-Thomas, Dana
520 SE 2nd St
Williston, FL 32696

Frazier, Koko
5370 NE 144th Ave
Williston, FL 32696

Freeman, Josephine
20353 NE 7th Pl
Williston, FL 32696

Fultz, Daniel
3845 N Calumet Ter
Hernando, FL 34442

Furgason, Lauren
2625 SW 75th St #521
Gainesville, FL 32608

Gaitanis, Melinda
491 N Hathaway Ave
Bronson, FL 32621

Gillman, Jerry
678 SE 47th Loop
Ocala, FL 34480

Godzecki, Kelly
18881 SW 49th Pl
Dunnellon, FL 34432

Goode, Josephine
5290 NE 167th Ct
Williston, FL 32696

Gregoire, Valerie
321 SE 3rd St Apt H 5
Gainesville, FL 32601

Grimmage, Bruce
2507 NE 70th Ter
Gainesville, FL 32609

Hagedorn, Gina
14091 E Levy St
Williston, FL 32696

Catherine M. Hahm
1909 NE 31st Ave.
Gainesville, FL 32609

Hamilton, Ginger
1031 SE Hwy 41
Williston, FL 32696

Hanley, Christina
1212 1/2 SW 1st Ave
Gainesville, FL 32601

Hartley, Isiah
429 NE 3rd Ave
Williston, FL 32696

Harvey, Donna
6951 NW 60th St
Chiefland, FL 32626

Haygood, Gerald
5001 SW 20th St Apt 3907
Ocala, FL 34474

Heiland, Paul
9636 Kanfer Ct
Gaithersburg, MD 20886-5065

Hiers, Jean
96 NE CR 138
Branford, FL 32008

Holt, Malora
21530 SE 73rd Pl
Morriston, FL 32668

Hooks, Cheryl
13865 NE 47th Ave
Anthony, FL 32617

James, Leondrae
1224 NE 1st Ave
Williston, FL 32696

James, Shenita
1224 NE 1st Ave
Williston, FL 32696

Brittany Johns
c/o Richard Celler, Esq.
600 N. Pine Island Rd., #400
Fort Lauderdale, FL 33324

Patricia Jones
4047 NE 20th St.
Ocala, FL 34470

Joyner, Sequoya
22 NW Williston Arms Dr Apt 22
Williston, FL 32696

Kaufman, Randy
8729 SW 145th Pl
Archer, FL 32618

Keaton, Dianne
6375 NW 109th Pl
Alachua, FL 32615

| | | |
|---|---|---|
| Keene, Heather<br>18254 NE Hwy 27<br>Williston, FL 32696 | Kimmerling, Marilyn<br>540 Carillon Pkwy Apt 1076<br>Saint Petersburg, FL 33716 | King, Annie<br>P O Box 912<br>Williston, FL 32696 |
| Koren, Joseph<br>10790 NW 66th Ave<br>Chiefland, FL 32626 | Chasity L. Krueger<br>13630 NE 5th St.<br>Williston, FL 32696 | Roxann Krueger<br>13630 NE 5th St.<br>Williston, FL 32696 |
| Ursula Krueger<br>13630 NE 5th St.<br>Williston, FL 32696 | Lamb, Rebecca<br>2209 NE 15th Terrace<br>Gainesville, FL 32609 | Lamontanaro, Pamela<br>3515 SW 39th BLVD #33B<br>Gainesville, FL 32608 |
| Laney, Thomas<br>425 SE 2nd St<br>Williston, FL 32696 | James Long<br>c/o Richard Celler, Esq.<br>600 N. Pine Island Rd., #400<br>Fort Lauderdale, FL 33324 | Lorenzo, Amanda<br>6951 SE 212th ave<br>Morriston, FL 32668 |
| Mahrer, Robert<br>6611 NW 65th Pl<br>Ocala, FL 34482 | Maillard, Kevin<br>15751 NE 7th Pl<br>Williston, FL 32696 | Mallea, Michelle<br>8111 NW 166th St<br>Fanning Springs, FL 32693 |
| Mananquil, Rolando<br>5251 NE 160th Ave<br>Williston, FL 32696 | Mapp, James<br>1850 NE 130TH AVE<br>Williston, FL 32696 | Marchand, Jessica<br>4751 NE 136th Ave<br>Williston, FL 32696 |
| Martin, Aurora<br>18350 NW 35 ST<br>Williston, FL 32696 | Martin, Katie<br>944 SW Edgar Earl Loop<br>Crystal River, FL 34428 | Martinez, Shamell<br>7291 NE 92nd Ct #16<br>Bronson, FL 32621 |
| Matheson, Valerie<br>PO Box 8<br>Lowell, FL 32663 | Matos, Carolyn<br>10451 NE 70th Ln P O Box 702<br>Bronson, FL 32621 | Matos, Jacquelyn<br>10391 NE 70th Ln<br>Bronson, FL 32621 |
| Matos, Maria<br>PO Box 195<br>Bronson, FL 32621 | McCord, Valerie<br>P O Box 804<br>Archer, FL 32618 | McDougal, Demetrius<br>1016 W 12th St<br>Lakeland, FL 33805 |
| McMillan, Joseph<br>19250 NE 75th St<br>Williston, FL 32696 | Frederick J. McNew<br>15897 NW Hwy 4648<br>Morriston, FL 32668 | Miller, Kassondra<br>5290 NE 103rd Ter<br>Bronson, FL 32621 |

| | | |
|---|---|---|
| Moritz, Cynthia<br>PO Box 183<br>Macclenny, FL 32063 | Munden, Caleb<br>4861 NE 136th Ave<br>Williston, FL 32696 | Murphy, Cynthia<br>8508 SW 1st Pl<br>Gainesville, FL 32607 |
| Newman, Ira<br>13836 SE 93rd Ave<br>Summerfield, FL 34491 | Orr, Katie<br>260 Sparrow Lane<br>Harrodsburg, KY 40330 | Patel, Bhumi<br>5838 NW 45th Dr<br>Gainesville, FL 32653 |
| Perkins, Crystal<br>17082 SW 141st Pl | Phillips, Shannon<br>700 Stanley Ave<br>Wildwood, FL 34785 | Tiffany Phillips<br>c/o Michael Massey, Esq.<br>855 E. University Ave.<br>Gainesville, FL 32601 |
| Prendes, Ramon<br>PO Box 3213<br>High Springs, FL 32655 | Prince, Sylvia<br>424 NE 9th Ave<br>Ocala, FL 34470 | Carol Pritchard<br>7630 SE 181st Ct.<br>Morriston, FL 32668 |
| Que, Emerson<br>4687 NE 16 Tr<br>Gainesville, Fl 32609 | Quinn, Marjorie<br>5204 SW 85th St<br>Ocala, FL 34476 | Raper, Sebrina<br>39 NE 605 St<br>Old Town, FL 32680 |
| Ratazzi, Linda<br>6743 W Dunnellon Rd<br>Dunnellon, FL 34433 | Reed, Josephine<br>15705 SE 40th Ave<br>Ocala, FL 34473 | Riggs, Stephanie<br>478 NE 242nd Ave<br>Old Town, FL 32680 |
| Roberts, Eunice<br>2630 SE 138th Ter<br>Morriston, FL 32668 | Rogers, Candace<br>500 W Park Ave #705<br>Chiefland, FL 32626 | Sams, Tiffany<br>244 SE 10th St<br>Williston, FL 32696 |
| Sanchez, Nancy<br>2990 SE 199th Tr<br>Morriston, FL 32668 | Sands, Kathy<br>330 NW 8th St<br>Williston, FL 32696 | Santacross, Kimberly<br>11765 SE 196th St<br>Dunnellon, FL 34431 |
| Schneeberger, Kimberly<br>14 SW 8th Pl Apt 103<br>Williston, FL 32696 | Schoen, Martha<br>PO Box 1025<br>Weirsdale, FL 32195 | Sellers-Bird, Casie<br>3726 NW 7th Pl<br>Gainesville, FL 32607 |
| Septer, Andrea<br>3454 NW 49th Ave<br>Gainesville, FL 32605 | Sherman, Rebecca<br>18252 NE Hwy 27 Alt<br>Williston, FL 32696 | Simmons, Robert<br>7226 SW 43rd Pl Apt C<br>Gainesville, FL 32608 |

Sloat, Karen  
11950 NE 85th Ter  
Chiefland, FL 32626

Catherine A. Smith  
2551 NE 170th Ave.  
Williston, FL 32696

Spencer, Donald  
717 South Fire Tower Rd  
Florence, SC 29506

Stenson, Sheri  
3001 E Lake Weir Ave Apt 1402  
Ocala, FL 34471

Sunio, Rose  
5623 SW 80th Pl  
Ocala, FL 34476

Teague, Blaine  
421 SE 6th Ter  
Gainesville, FL 32601

Tenorio, Lisa  
PO BOX 996  
Reddick, FL 32686

Thomas, Rebecca  
225 SE 5th Ave  
Williston, FL 32696

Towne, Heather  
7175 SW 93rd St  
Ocala, FL 34476

Usher, Betty  
2380 NW 47th Cir  
Ocala, FL 34482

Valerio, Veronica  
731 NE 139th Tr  
Williston, FL 32696

VanSciver, Cheryl  
364 SW 62nd Blvd #7  
Gainesville, FL 32607

VanSickle, Doug  
250 NE 130th Ave  
Williston, FL 32696

VanSickle, Renee  
250 NE 130th Ave  
Williston, FL 32696

Veillard, Marie  
3100 SW 35th Pl Apt 1C  
Gainesville, FL 32608

Villanueva, Nancy  
6711 SW 87th Pl  
Ocala, FL 34476

Visintin, Jennifer  
2191 SE 136th Ave  
Morriston, FL 32668

Walker, Joel  
3620 Clipper Way  
Tavares, FL 32778

Wallick, Patricia  
15751 NE 7th Pl  
Williston, FL 32696

Warren, Sherry  
5101 W Pine Ridge Blvd  
Beverly Hills, FL 34465

Wells, Marie  
13751 NE 51st Ln  
Williston, FL 32696

Williams, Juanita  
385 N Court St  
Bronson, FL 32621

Wilson, Ben  
6831 W Dumaine Ln  
Dunnellon, FL 34433

Wilson, Christine  
11531 NE 83RD PLACE  
Bronson, FL 32621

Winterberg, Lydia  
12329 SW 107th St Rd  
Dunnellon, FL 34432

Wojtowicz, Barbara  
12150 80th Ave NE P O Box 966  
P O Box 966  
Bronson, FL 32621

Wryals, Roberta  
17151 NW 80th Ave  
Fanning Springs, FL 32693

Yan, Zuan  
4654 SW 48th Way Apt 118  
Gainesville, FL 32608

Yang, Lihua  
3700 Windmeadows Blvd Apt J 87  
Gainesville, FL 32608

Ylagan, Bryan  
20353 NE 7th Place  
Williston, FL 32696

Young, Lakeisha
13820 155th Lane
Alachua, FL 32616