UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

                      Case No. 12-10431-kks

CYPRESS HEALTH SYSTEMS
FLORIDA, INC.,

                      Chapter 11

        Debtor.

_____/

## NOTICE OF TAKING DEPOSITION OF NANCY DAVIS

PLEASE TAKE NOTICE that Richard Martin, M.D., creditor, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Nancy Davis, the person identified by the Debtor with the most knowledge regarding the Debtor's accounts receivable, at the day and time indicated, before Johnson Transcription Service, or such other person duly authorized to administer oaths:

| DEPONENT | DATE/TIME | LOCATION |
|---|---|---|
| Nancy Davis | Tuesday, April 30, 2013 at 9:00 a.m. | Tri-County Hospital 125 SW 7th St. Williston, FL 32696 |

The deposition is being taken for the purpose to inquire about the *Plan of Liquidation Under Chapter 11 of Title 11, United States Code* (Doc. No. 242), the *Disclosure Statement for Debtor's Plan of Liquidation Under Chapter 11 of Title 11, United States Code* (Doc. No. 241), and the *Debtor's Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of its Assets to Regional Health Partners, LLC, (II) Establishing Procedures for the Assumption and/or Assignment by the Debtor of Certain Executory Contracts and Unexpired Leases, (III) Approving Minimum Overbid Amount, (IV) Approving Form and Manner of Notice of Bidding Procedures, and (V) Setting Objection Deadlines* (Doc. No. 215)

and the documents request in *Richard Martin, M.D. First Request for Production of Documents of the Debtor*.

The examination of the deponent may continue from day to day until completed or may be adjourned to be reconvened at such later date as may be established therefore by those in attendance at such deposition. You are invited to attend and cross-examine the witness.

PLEASE BE GOVERNED ACCORDINGLY.

April 24, 2013.

/s/ *Suzy Tate*
Suzy Tate
Florida Bar No. 22071
Suzy Tate, P.A.
14502 N. Dale Mabry Hwy., Ste. 200
Tampa, Florida  33618
Telephone:  (813) 264-1685
Facsimile: (813) 264-1690
suzy@suzytate.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion* has been furnished via CM/ECF electronic service, electronic mail, or U.S. Mail, postage pre-paid, to **Elena Ketchum**, Stichter Riedel, 110 E. Madison Street, Suite 200, Tampa, FL 33602; **Kim Johnson,** Johnson Transcription Service (kgjjts@aol.com), 7702 Lake Cypress Drive, Odessa, FL 33556 and to those parties who receive electronic notices via CM/ECF in the regular course of business on this 24th day of April, 2013.

*/s/ Suzy Tate*
Suzy Tate