### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

IN RE:                                              Case No.: 12-10431-KSJ

CYPRESS HEALTH SYSTEMS                              Chapter 11
FLORIDA, INC.,

     Debtor.

_____/

### <u>NOTICE OF NAME CHANGE</u>

Perkins State Bank gives notice of its name change from Perkins State Bank to

Drummond Community Bank effective May 8, 2013 in the above-referenced matter.

Dated: May 8, 2013                          AKERMAN SENTERFITT

                                            By: */s/ April G. H. Davidson*_____
                                                    John B. Macdonald
                                                    Florida Bar No. 0230340
                                                    Email: john.macdonald@akerman.com
                                                    April G. H. Davidson
                                                    Florida Bar No. 091388
                                                    Email: april.davidson@akerman.com
                                                    50 North Laura Street, Suite 3100
                                                    Jacksonville, FL  32202
                                                    Telephone:  (904) 798-3700
                                                    Facsimile:  (904) 798-3730

                                                    Attorneys for Drummond Community Bank,
                                                    f/k/a Perkins State Bank

{26372667;1}

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 8th day of May, 2013, using CM/ECF, and is being served this day on all counsel of record, specifically including the Debtor's attorney, the Trustee, the Trustee's attorney, and all other counsel and parties eligible to receive electronic service via CM/ECF.

*/s/ April G.H. Davidson*
Attorney