**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:  Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,  Case No. 1:12-bk-10431-KSJ
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

    Debtor.
_____/

**DEBTOR'S OBJECTION TO CLAIM**
**NUMBER 14-1 FILED BY ELYSE BABBIT**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Elena P. Ketchum, Esquire, Stichter, Riedel, Blain & Prosser, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

    CYPRESS HEALTH SYSTEMS FLORIDA, INC. (the "**Debtor**"), by and through its undersigned attorneys, hereby files its Objection to Claim Number 14-1 Filed by Elyse Babbit (the "**Objection**") and states as follows:

    1.    On October 30, 2012, Elyse Babbit (the "**Claimant**") filed Proof of Claim Number 14-1 in this case as a priority claim in the amount of $3,080.00 ("**Claim Number 14-1**").

2. On November 1, 2012, the Claimant filed Proof of Claim Number 14-2 in this case as a priority claim in the amount of $3,121.25 ("**Claim Number 14-2**").

3. Claim Number 14-2 states on its face that it amends Claim Number 14-1.

4. The Debtor hereby objects to Claim Number 14-1 on the basis that it is amended and superseded by Claim Number 14-2. Accordingly, Claim Number 14-1 should be stricken and disallowed in its entirety.

WHEREFORE, the Debtor respectfully requests this Court enter an order sustaining the foregoing Objection to Claim Number 14-1 and providing for such other and further relief as is just and proper.

*/s/ Elena P. Ketchum*
Elena P. Ketchum
Florida Bar No. 129267
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 - Phone
(813) 229-1811 – Fax
eketchum@srbp.com
Attorneys for Debtor

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Debtor's Objection to Claim Number 14-1 Filed by Elyse Babbit** has been furnished on this 20th day of August, 2013, (i) by **CM/ECF Transmission** to the Office of the U.S. Trustee and all other parties receiving electronic noticing in this case, and (ii) by United States first class mail to:

Nancy Davis, Controller
Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, Florida  32696

Elyse Babbit
1930 NW 55th Terrace
Gainesville, Florida  32605

> */s/ Elena P. Ketchum*
> Elena P. Ketchum