# SIEMENS

September 5, 2013

U.S. Bankruptcy Court
Northern District of Florida
Gainesville Division
110 E. Park Avenue
Tallahassee, FL 32301

Chapter 11 for Tri County Hospital
Case No. 1:12-bk-10431-KSJ
Claim amount: $2,564.38

To Whom it May Concern,

In response to the debtor's objection (Tri County Hospital) to the amount of the claim filed by Siemens Industry, Inc. attached are the invoices with the service orders. These show that service was performed at Tri County Hospital. Siemens objects to the relief requested by Tri County Hospital. All the invoices amount to $2,564.38.

Siemens Industry, Inc. is now Siemens Water Technologies LLC. The name was changed on July 1, 2013. (attached is our name change information)

If you need any other information you can contact me.

Thank-you

Doris Drewniak

*Doris Drewniak*

Siemens Water Technologies LLC
10 Technology Drive
Lowell, MA 01851
Phone: 978-614-7527
Fax: 978-614-7060
Email: doris.drewniak@siemens.com

Siemens Water Technologies Corp.

Collections Department
10 Technology Drive
Lowell, MA 01851
USA

Tel.: +1 800 875-7873
Fax: +1 978 614-7060

 CT Corporation

**Service of Process Transmittal**
08/27/2013
CT Log Number 523394933

TO: Daniel Hislip
Siemens Industry, Inc.
1000 Deerfield Parkway
Buffalo Grove, IL 60089-4513

RE:   **Process Served in Massachusetts**

FOR:   Siemens Industry, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RE: Cypress Health Systems Florida, Inc., etc., Debtor // To: Siemens Industry, Inc. |
| **DOCUMENT(S) SERVED:** | Debtor's Objection, Certificate(s) of Service |
| **COURT/AGENCY:** | Nothern District of Florida - U.S. Bankruptcy Court - Gainsville Division, . Bankruptcy Case # 112BK10431KSJ Adversary Case # None Specified |
| **NATURE OF ACTION:** | Bankruptcy Litigation - Chapter 11 - Debtor's Objection to Amount of Claim Number 31 filed by Siemens Industry Inc. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 08/27/2013 postmarked on 08/21/2013 |
| **JURISDICTION SERVED :** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days from date of service |
| **ATTORNEY(S) / SENDER(S):** | Elena P. Ketchum Sticher, Riedel, Blain & Prosser, P.A. 110 E. Madison Street Suite 200 Tampa, FL 33602-4700 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/28/2013, Expected Purge Date: 09/02/2013 Image SOP Email Notification, Helena Almeida helena.almeida@siemens.com Email Notification, Karen Zimbler karen.zimbler@siemens.com Email Notification, Daniel Hislip daniel.hislip@siemens.com Email Notification, Skip Lockard skip.lockard@siemens.com Email Notification, Laura Goodman laura.goodman@siemens.com Email Notification, Tamika Lynch tamika.lynch@siemens.com Email Notification, Gina Weiner gina.weiner@siemens.com |
| **SIGNED:** **PER:** **ADDRESS:** **TELEPHONE:** | C T Corporation System Dahrlena Mitchell 155 Federal Street Suite 700 Boston, MA 02110 617-757-6404 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# SIEMENS

June 21, 2013

Attn:  Accounting Department

**Notice of internal transfer of all purchase orders and business transactions in the U.S. from Siemens Industry, Inc., Water Technologies Business Unit, to Siemens Water Technologies LLC.**

Dear Sir or Madam,

As announced in its press release on November 8, 2012, the Siemens group intends to sell its Water Technologies Business Unit (the "WT Business"). The WT Business provides products, equipment, solutions and services related to the municipal and industrial water and wastewater treatment markets.

In preparation of this sale, Siemens Industry, Inc. will transfer all of the assets and liabilities of the WT Business, including all its remaining contractual rights and obligations, to its subsidiary Siemens Water Technologies LLC (a Delaware LLC), effective July 1, 2013. Siemens Water Technologies LLC's FEIN is 80-0909020 (W9 is attached).

This internal transfer within the Siemens group will not affect your interaction among the WT Business representatives and employees with whom you currently correspond.  Please note that the bank account of Siemens Water Technologies LLC will be as follows:

| For Lockbox: | For EFT/Wire/ACH: |
|---|---|
| Siemens Water Technologies LLC<br>PO Box 360766<br>Pittsburgh, PA 15250-6766 | BNF: Siemens Water Technologies LLC<br>Bank: BNY Mellon<br>ABA:043000261<br>Account #: 130-2713 |

If you are claiming exempt status on any of your purchase orders, contracts, or agreements with the WT Business, please note the following:

- This consolidation will require you to issue to **"SIEMENS WATER TECHNOLOGIES LLC"** a new valid tax exemption certificate by July 31, 2013.  Failure to provide a new certificate may result in your exempt transactions being taxed.

- Please submit completed certificates to Siemens Water Technologies LLC by email to the following address swtcerts@dmainc.com, or by fax (Attention: Tax Services) at the following number **(317) 596-4861**.

- Please note the enclosed multi-jurisdictional exemption form is not accepted in Florida, Indiana, Louisiana, Massachusetts, Mississippi, New York, Virginia, Washington, West Virginia and Wyoming. Other examples of valid forms are Direct Pay Permits, Resale Certificates, Manufacturing Exemption Certificates, Governmental Entity Exemption or Exempt Status by Law.

**Siemens Industry, Inc.**
**Water Technologies Business Unit**

**4800 North Point Parkway, Suite 250**
**Alpharetta, GA 30022**

# SIEMENS

Please address any questions you may have regarding this notice to SWTLLC.Transfer.Water@Siemens.com. For all other WT Business related topics please continue to address them with your current contacts.

Thank you for your attention to this matter.

Yours sincerely,

**Lukas Loeffler**
President & CEO
Siemens Industry, Inc.
Water Technologies Business Unit

**Mirko Schueppel**
CFO
Siemens Industry, Inc.
Water Technologies Business Unit

Siemens Industry, Inc.
Water Technologies Business Unit

4800 North Point Parkway, Suite 250
Alpharetta, GA 30022

# SIEMENS

**Branch: 068**

# Invoice

Reprint

| | |
|---|---|
| **Billing No.:** | 900945357 |
| **Billing Date:** | 10/09/2012 |
| **Sales Order/Contract:** | 70430165 |
| **Service Order No.:** | 50485253 |
| **Service/Work Date:.** | 10/04/2012 |
| **Customer No.:** | 1022230 |
| **Customer PO No.:** | 1300378 |
| **Incoterms(part 1):** | FOB Free on board |
| **Incoterms(part 2):** | Free on board |
| **Payment Terms:** | Net 30 days |
| **Sales Rep:** | Joshua McCarty |
| **Functional Location:** | 0682017429 |

**Bill-to:**    1022230
THE TRI COUNTY HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696

**Remit-to address:**
Siemens Water Technologies LLC
P.O. BOX 360766
PITTSBURGH PA 15250-6766
United States
Telephone# 1-800-466-7873

**Ship-to address:**    2017429
TRI COUNTY HOSPITAL WILLISTON
125 SW 7TH ST
WILLISTON FL  32696

| Line Item | Material Description | Old Part Number | Origin | Qty./UOM | Unit Price | Total Price Currency USD | Tax Currency USD | Total Currency USD |
|---|---|---|---|---|---|---|---|---|
| 000010 | W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT ECCN: EAR99 | DIMB10120FS P | US | 1 EA | 280.00 | 280.00 | 0.00 | 280.00 |

For domestic shipments the following applies:
These commodities are sold for domestic consumption. Any export of these commodities must be made in accordance with applicable US laws.
For export shipments from the US the following applies:
These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations Diversion contrary to US law is prohibited. These items are not to be used directly or indirectly in prohibited nuclear chemical/biological or missile weapons activities.

| | |
|---|---|
| Net Total | 280.00 USD |
| *Shipping and Handling* | *0.00 USD* |
| *State Tax 0.000 %* | *0.00 USD* |
| *County Tax 0.000 %* | *0.00 USD* |
| *City Tax 0.000 %* | *0.00 USD* |
| *Dist/Other Tax 0.000 %* | *0.00 USD* |
| **Total Amount Including Tax** | **280.00 USD** |

To pay by credit card, please call 1-800-875-7873 ext. 7034
If paid after 11/09/2012, please pay 284.20  USD

# SIEMENS

**Branch: 068**

Bill-to:    1022230
THE TRI COUNTY HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696

# Invoice
Reprint

| | |
|---|---|
| Billing No.: | 900901538 |
| Billing Date: | 09/11/2012 |
| Sales Order/Contract: | 70405699 |
| Service Order No.: | 50420661 |
| Service/Work Date:. | 07/25/2012 |
| Customer No.: | 1022230 |
| Customer PO No.: | 1300335 |
| Incoterms(part 1): | FOB Free on board |
| Incoterms(part 2): | Free on board |
| Payment Terms: | Net 30 days |
| Sales Rep: | SHAWN B VESTAL |
| Functional Location: | 0682017429 |

**Remit-to address:**
Siemens Water Technologies LLC
P.O. BOX 360766
PITTSBURGH PA 15250-6766
United States
Telephone# 1-800-466-7873

**Ship-to address:**    2017429
TRI COUNTY HOSPITAL WILLISTON
125 SW 7TH ST
WILLISTON FL  32696

| Line Item | Material Description | Old Part Number | Origin | Qty./UOM | Unit Price | Total Price Currency USD | Tax Currency USD | Total Currency USD |
|---|---|---|---|---|---|---|---|---|
| 000010 | W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT ECCN: EAR99 | DIMB10120FS P | US | 1 EA | 280.00 | 280.00 | 0.00 | 280.00 |

For domestic shipments the following applies:
These commodities are sold for domestic consumption. Any export of these commodities must be made in accordance with applicable US laws.
For export shipments from the US the following applies:
These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations Diversion contrary to US law is prohibited. These items are not to be used directly or indirectly in prohibited nuclear chemical/biological or missile weapons activities.

| | |
|---|---|
| Net Total | 280.00 USD |
| Shipping and Handling | 0.00 USD |
| State Tax 0.000 % | 0.00 USD |
| County Tax 0.000 % | 0.00 USD |
| City Tax 0.000 % | 0.00 USD |
| Dist/Other Tax 0.000 % | 0.00 USD |
| **Total Amount Including Tax** | **280.00 USD** |

To pay by credit card, please call 1-800-875-7873 ext. 7034
If paid after 10/12/2012, please pay 284.20  USD

Page 1 of 1

To: TRI COUNTY HOSPITAL WILLISTON        From: Water Technologies Unit

EMail:                                                          Fax:

---

# SIEMENS

| | | |
|---|---|---|
| Gainesville FL 32609 USA | **Problem Summary** | **Service Order** |
| 4579 NW 6th Street, Suite A | EXCH GILES BURFORD (WT) | No: 50420661-0010 |
| 1-800-466-7873 | | Page 1of 1 |

| | |
|---|---|
| **CUSTOMER CONTACT NAME/PHONE NUMBER** | ORDER TYPE |
| ARVELI ENCIENZO / +13525282801 | BUSINESS SEGMENT |

| ORDER TYPE | Exchange |
|---|---|
| BUSINESS SEGMENT | SDI |
| SERVICE BRANCH | 068 - Gainesville |

**SITE PHONE NUMBER**
1 (352) 528-2801

CONTRACT NUMBER
CONTRACT START

**SITE NUMBER / NAME AND ADDRESS**
**0682017429**

CONTRACT END

TRI COUNTY HOSPITAL WILLISTON

METER READING

125 SW 7TH ST

CONDUCTIVITY/UOM                  /

WILLISTON FL  32696

LIGHTS                  Lights reset

USA

LEAKS                  No Leaks

QUALITY                  To spec

| **BILL-TO-NUMBER** | **BILL-TO-NAME** | JOB COMPLETE | Yes |
|---|---|---|---|
| **1022230** | TRI COUNTY HOSPITAL WILLISTON | | |

**CALL TAKEN** 07/26/2012        **AT** 07:10:03        **BY** Z002AVEJ        **PLANNED DATE** 07/26/2012

| PO# NO CONTRACT-BTD | **TECHNICIAN** John Charles Thrower | **WORK DATE:** 07/25/2012 | |
|---|---|---|---|
| QC Code | | **TIME IN** 13:26 | **TIME OUT** 14:08 |
| - | | | |

| QTY ORD | PART NUMBER / DESCRIPTION | QTY DEL | QTY RET |
|---|---|---|---|
| | DIMB10120FSP / W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT | 1 | 1 |

## Service Notes

(1) 1.2 Mixed Bed Tank

Customer provided P.O. 1300335

EXCH GILES BURFORD (WT) 352-258-2639 LT

PER GILES TECH HAS PO# PROVIDED BY CUSTOMER TO BE ADDED TO SVO

| | | TIME ON SITE | TRAVEL TIME | PREP TIME | TOTAL TIME | MILEAGE |
|---|---|---|---|---|---|---|
| **CUSTOMER NAME** | **CUSTOMER SIGNATURE** | 0.70 | | | 0.70 | |

PURCHASER ACKNOWLEDGES THE SERVICES PERFORMED BY SIEMENS INDUSTRY, INC. ('SIEMENS') SHALL BE GOVERNED SOLELY AND EXCLUSIVELY BY SIEMENS STANDARD CONDITIONS OF SALE FOR SERVICES, UNLESS OTHERWISE AGREED UPON IN WRITING. COPIES MAY BE OBTAINED FROM YOUR LOCAL SERVICE BRANCH. ANY TERMS AND CONDITIONS CONTAINED OR REFERENCED IN ANY PURCHASER PURCHASE ORDER SHALL NOT APPLY.

# SIEMENS

**Branch: 068**

# Invoice

Reprint

| | |
|---|---|
| **Billing No.:** | 900779624 |
| **Billing Date:** | 06/18/2012 |
| **Sales Order/Contract:** | 70340949 |
| **Service Order No.:** | 50382661 |
| **Service/Work Date:.** | 06/05/2012 |
| **Customer No.:** | 1022230 |
| **Customer PO No.:** | 1300315 |
| **Incoterms(part 1):** | FOB Free on board |
| **Incoterms(part 2):** | Free on board |
| **Payment Terms:** | Net 30 days |
| **Sales Rep:** | SHAWN B VESTAL |
| **Functional Location:** | 0682017429 |

**Bill-to:**   1022230
THE TRI COUNTY HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696

**Remit-to address:**
Siemens Water Technologies LLC
P.O. BOX 360766
PITTSBURGH PA 15250-6766
United States
Telephone# 1-800-466-7873

**Ship-to address:**    2017429
TRI COUNTY HOSPITAL WILLISTON
125 SW 7TH ST
WILLISTON FL  32696

| Line Item | Material Description | Old Part Number | Origin | Qty./UOM | Unit Price | Total Price Currency USD | Tax Currency USD | Total Currency USD |
|---|---|---|---|---|---|---|---|---|
| 000010 | W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT ECCN: EAR99 | DIMB10120FS P | US | 1 EA | 280.00 | 280.00 | 0.00 | 280.00 |

For domestic shipments the following applies:
These commodities are sold for domestic consumption. Any export of these commodities must be made in accordance with applicable US laws.
For export shipments from the US the following applies:
These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations Diversion contrary to US law is prohibited. These items are not to be used directly or indirectly in prohibited nuclear chemical/biological or missile weapons activities.

| | |
|---|---|
| Net Total | 280.00 USD |
| *Shipping and Handling* | *0.00 USD* |
| *State Tax 0.000 %* | *0.00 USD* |
| *County Tax 0.000 %* | *0.00 USD* |
| *City Tax 0.000 %* | *0.00 USD* |
| *Dist/Other Tax 0.000 %* | *0.00 USD* |
| **Total Amount Including Tax** | **280.00 USD** |

To pay by credit card, please call 1-800-875-7873 ext. 7034
If paid after 07/19/2012, please pay 284.20  USD

Page 1 of 1

To: NATURE COAST REGIONAL HOSPITAL   From: Water Technologies Unit
EMail:                                        Fax:

# SIEMENS

Gainesville FL  32609 USA
4579 NW 6th Street, Suite A
1-800-466-7873

**Problem Summary**

EXCH ARCELI ENCIENZO 352 528 1441

**Service Order**

No: | 50382661-0010

Page 1of 1

## CUSTOMER CONTACT NAME/PHONE NUMBER
ARVELI ENCIENZO / +13525282801

## SITE PHONE NUMBER
1 (352) 528-2801

## SITE NUMBER / NAME AND ADDRESS
0682017429

NATURE COAST REGIONAL HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696
USA

| | |
|---|---|
| ORDER TYPE | Exchange |
| BUSINESS SEGMENT | SDI |
| SERVICE BRANCH | 068 - Gainesville |
| CONTRACT NUMBER | |
| CONTRACT START | |
| CONTRACT END | |
| METER READING | |
| CONDUCTIVITY/UOM | 498/US |
| LIGHTS | Lights reset |
| LEAKS | No Leaks |
| QUALITY | To spec |
| JOB COMPLETE | Yes |

**BILL-TO-NUMBER**
1022230

**BILL-TO-NAME**
NATURE COAST REGIONAL HOSPITAL

**CALL TAKEN** 06/04/2012    **AT** 10:09:05    **BY** Z002CCFZ    **PLANNED DATE** 06/04/2012

PO# NO CONTRACT-BTD
QC Code
-

**TECHNICIAN** Giles T Burford

**WORK DATE:** 06/05/2012

| TIME IN 14:40 | TIME OUT 15:02 |
|---|---|

| QTY ORD | PART NUMBER / DESCRIPTION | QTY DEL | QTY RET |
|---|---|---|---|
| | DIMB10120FSP / W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT | 1 | 1 |

## Service Notes
Replaced 1 used DI tank . customer gave PO 1300315 to use .

EXCH ARCELI ENCIENZO 352 528 1441 LT

CUSTOMER IS REQ (1) MB TANK 1.2 CF. CUSTOMER STATES WILL GIVE TECH PO# WHEN HE ARRIVES.

| CUSTOMER NAME | CUSTOMER SIGNATURE | TIME ON SITE | TRAVEL TIME | PREP TIME | TOTAL TIME | MILEAGE |
|---|---|---|---|---|---|---|
| | | 0.37 | 1.30 | | 1.67 | 80 MI |

PURCHASER ACKNOWLEDGES THE SERVICES PERFORMED BY SIEMENS INDUSTRY, INC. ('SIEMENS') SHALL BE GOVERNED SOLELY AND EXCLUSIVELY BY SIEMENS STANDARD CONDITIONS OF SALE FOR SERVICES, UNLESS OTHERWISE AGREED UPON IN WRITING. COPIES MAY BE OBTAINED FROM YOUR LOCAL SERVICE BRANCH. ANY TERMS AND CONDITIONS CONTAINED OR REFERENCED IN ANY PURCHASER PURCHASE ORDER SHALL NOT APPLY.

# SIEMENS

**Branch: 068**

# Invoice

Reprint

| | |
|---|---|
| **Billing No.:** | 900718624 |
| **Billing Date:** | 05/02/2012 |
| **Sales Order/Contract:** | 70306100 |
| **Service Order No.:** | 50339814 |
| **Service/Work Date:.** | 04/19/2012 |
| **Customer No.:** | 1022230 |
| **Customer PO No.:** | 1300292 |
| **Incoterms(part 1):** | FOB Free on board |
| **Incoterms(part 2):** | Free on board |
| **Payment Terms:** | Net 30 days |
| **Sales Rep:** | SHAWN B VESTAL |
| **Functional Location:** | 0682017429 |

**Bill-to:**   1022230
THE TRI COUNTY HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696

**Remit-to address:**
Siemens Water Technologies LLC
P.O. BOX 360766
PITTSBURGH PA 15250-6766
United States
Telephone# 1-800-466-7873

**Ship-to address:**   2017429
TRI COUNTY HOSPITAL WILLISTON
125 SW 7TH ST
WILLISTON FL  32696

| Line Item | Material Description | Old Part Number | Origin | Qty./UOM | Unit Price | Total Price Currency USD | Tax Currency USD | Total Currency USD |
|---|---|---|---|---|---|---|---|---|
| 000010 | W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT ECCN: EAR99 | DIMB10120FS P | US | 1 EA | 300.00 | 300.00 | 0.00 | 300.00 |

For domestic shipments the following applies:
These commodities are sold for domestic consumption. Any export of these commodities must be made in accordance with applicable US laws.
For export shipments from the US the following applies:
These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations Diversion contrary to US law is prohibited. These items are not to be used directly or indirectly in prohibited nuclear chemical/biological or missile weapons activities.

| | |
|---|---|
| Net Total | 300.00 USD |
| *Shipping and Handling* | *0.00 USD* |
| *State Tax 0.000 %* | *0.00 USD* |
| *County Tax 0.000 %* | *0.00 USD* |
| *City Tax 0.000 %* | *0.00 USD* |
| *Dist/Other Tax 0.000 %* | *0.00 USD* |
| **Total Amount Including Tax** | **300.00 USD** |

To pay by credit card, please call 1-800-875-7873 ext. 7034
If paid after 06/02/2012, please pay 304.50  USD

Page 1 of 1

To: NATURE COAST REGIONAL HOSPITAL    From: Water Technologies Unit
EMail:                                                    Fax:

---

# SIEMENS

Gainesville FL  32609 USA
4579 NW 6th Street, Suite A
1-800-466-7873

**Problem Summary**
EXCH ARCELI ENCIENZO 352-528-1441

**Service Order**

No: | 50339814-0010 |

Page 1of 1

| | | |
|---|---|---|
| **CUSTOMER CONTACT NAME/PHONE NUMBER** | ORDER TYPE | Exchange |
| ARVELI ENCIENZO / +13525282801 | BUSINESS SEGMENT | SDI |
| **SITE PHONE NUMBER** | SERVICE BRANCH | 068 - Gainesville |
| 1 (352) 528-2801 | CONTRACT NUMBER | |
| **SITE NUMBER / NAME AND ADDRESS** | CONTRACT START | |
| **0682017429** | CONTRACT END | |
| NATURE COAST REGIONAL HOSPITAL | METER READING | |
| 125 SW 7TH ST | CONDUCTIVITY/UOM | 500/US |
| WILLISTON FL  32696 | LIGHTS | Lights reset |
| USA | LEAKS | No Leaks |
| | QUALITY | To spec |
| | JOB COMPLETE | Yes |

| | | |
|---|---|---|
| **BILL-TO-NUMBER** | **BILL-TO-NAME** | |
| **1022230** | NATURE COAST REGIONAL HOSPITAL | |

**CALL TAKEN** 04/17/2012    **AT** 15:31:42    **BY** Z002HW9N    **PLANNED DATE** 04/17/2012

| PO# NO CONTRACT - BTD | **TECHNICIAN** Giles T Burford | **WORK DATE:** 04/19/2012 | |
|---|---|---|---|
| QC Code | | **TIME IN** 11:57 | **TIME OUT** 13:30 |
| - | | | |

| QTY ORD | PART NUMBER / DESCRIPTION | QTY DEL | QTY RET |
|---|---|---|---|
| 2 | DIMB10120FSP / W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT | 1 | 1 |

## Service Notes

Replaced 1 used DI tank .Also installed a noninventory water meter to track usage with a starting

reading of 528538 . Customer PO# 1300292 for DI tank .

EXCH ARCELI ENCIENZO 352-528-1441 LT

CUSTOMER REQ 2) 1.2 MB TANKS. NOT CURRENTLY ON CONTRACT. THEY NO LONGER HAVE THE MEDICA. NO SITE NUMBER FOR TANKS.
CUSTOMER WILL CALL BACK WITH PO.

| | | TIME ON SITE | TRAVEL TIME | PREP TIME | TOTAL TIME | MILEAGE |
|---|---|---|---|---|---|---|
| **CUSTOMER NAME** | **CUSTOMER SIGNATURE** | 1.55 | 1.14 | | 2.69 | 34 MI |

PURCHASER ACKNOWLEDGES THE SERVICES PERFORMED BY SIEMENS INDUSTRY, INC. ('SIEMENS') SHALL BE GOVERNED SOLELY AND
EXCLUSIVELY BY SIEMENS STANDARD CONDITIONS OF SALE FOR SERVICES, UNLESS OTHERWISE AGREED UPON IN WRITING. COPIES
MAY BE OBTAINED FROM YOUR LOCAL SERVICE BRANCH. ANY TERMS AND CONDITIONS CONTAINED OR REFERENCED IN ANY
PURCHASER PURCHASE ORDER SHALL NOT APPLY.

# SIEMENS

# Invoice

Reprint

**Branch: 068**

| | |
|---|---|
| Billing No.: | 900644716 |
| Billing Date: | 03/15/2012 |
| Sales Order/Contract: | 70266791 |
| Service Order No.: | 50310808 |
| Service/Work Date:. | 03/15/2012 |
| Customer No.: | 1022230 |
| Customer PO No.: | 1300273 |
| Incoterms(part 1): | FOB Free on board |
| Incoterms(part 2): | Free on board |
| Payment Terms: | Net 30 days |
| Sales Rep: | SHAWN B VESTAL |
| Functional Location: | 0682017429 |

**Bill-to:** 1022230
THE TRI COUNTY HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696

**Remit-to address:**
Siemens Water Technologies LLC
P.O. BOX 360766
PITTSBURGH PA 15250-6766
United States
Telephone# 1-800-466-7873

**Ship-to address:**   2017429
TRI COUNTY HOSPITAL WILLISTON
125 SW 7TH ST
WILLISTON FL  32696

| Line Item | Material Description | Old Part Number | Origin | Qty./UOM | Unit Price | Total Price Currency USD | Tax Currency USD | Total Currency USD |
|---|---|---|---|---|---|---|---|---|
| 000010 | W5TDIRAC0120FSP SDI REACT CARBON 1.2CF FBGLS STD PO ECCN: EAR99 | DIRAC0120FS P | US | 1 EA | 310.00 | 310.00 | 0.00 | 310.00 |
| 000030 | W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT ECCN: EAR99 | DIMB10120FS P | US | 2 EA | 325.00 | 650.00 | 0.00 | 650.00 |
| 000040 | W3TSP4148 LABOR - SYSTEM INSTALLATION ECCN: EAR99 | | | 2 EA | 130.00 | 260.00 | 18.20 | 278.20 |
| 000050 | W2T148013 CART CAPS .2UM 1/4NPTMX1/4NPT HALF ECCN: EAR99 | FCCFE12S2 | | 1 EA | 150.00 | 150.00 | 10.50 | 160.50 |
| 000060 | W2T170723 CART 9.75" 5UM NO SURFACTANT PP WOU ECCN: EAR99 | FCPXF0905 | | 1 EA | 24.00 | 24.00 | 1.68 | 25.68 |

For domestic shipments the following applies:
These commodities are sold for domestic consumption. Any export of these commodities must be made in accordance with applicable US laws.
For export shipments from the US the following applies:
These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations Diversion contrary to US law is prohibited. These items are not to be used directly or indirectly in prohibited nuclear chemical/biological or missile weapons activities.

Page 1 of 2

# SIEMENS

**Branch: 068**

# Invoice

| | |
|---|---|
| **Billing No.:** | 900644716 |
| **Billing Date:** | 03/15/2012 |
| **Service/Work Date:.** | 03/15/2012 |

| | |
|---|---|
| Net Total | 1,394.00 USD |
| *Shipping and Handling* | *0.00 USD* |
| *State Tax 6.000 %* | *26.04 USD* |
| *County Tax 1.000 %* | *4.34 USD* |
| *City Tax 0.000 %* | *0.00 USD* |
| *Dist/Other Tax 0.000 %* | *0.00 USD* |
| **Total Amount Including Tax** | **1,424.38 USD** |

To pay by credit card, please call 1-800-875-7873 ext. 7034
If paid after 04/15/2012, please pay 1,445.75 USD

Page 2 of 2

To: NATURE COAST REGIONAL HOSPITAL   From: Water Technologies Unit
EMail:                                                              Fax:

# SIEMENS

Gainesville FL  32609 USA
4579 NW 6th Street, Suite A
1-800-466-7873

**Problem Summary**
DOWNGRADE TO SDI SYS/QUOTE

**Service Order**
No: | 50310808-0010 |
Page 1of 1

**CUSTOMER CONTACT NAME/PHONE NUMBER**
ARVELI ENCIENZO / +13525282801

| | |
|---|---|
| ORDER TYPE | Downgrade |
| BUSINESS SEGMENT | SDI |
| SERVICE BRANCH | 068 - Gainesville |
| CONTRACT NUMBER | |
| CONTRACT START | |
| CONTRACT END | |
| METER READING | |
| CONDUCTIVITY/UOM | 390/US |
| LIGHTS | Lights reset |
| LEAKS | No Leaks |
| QUALITY | To spec |
| JOB COMPLETE | Yes |

**SITE PHONE NUMBER**
1 (352) 528-2801
**SITE NUMBER / NAME AND ADDRESS**
0682017429
NATURE COAST REGIONAL HOSPITAL
125 SW 7TH ST
WILLISTON FL  32696
USA

**BILL-TO-NUMBER**
1022230

**BILL-TO-NAME**
NATURE COAST REGIONAL HOSPITAL

**CALL TAKEN** 03/12/2012        **AT** 11:51:56      **BY** Z001RD7T       **PLANNED DATE** 03/12/2012

PO# 1300273
QC Code
-

| TECHNICIAN Giles T Burford | WORK DATE: 03/12/2012 | |
|---|---|---|
| | TIME IN 13:55 | TIME OUT 14:38 |

| QTY ORD | PART NUMBER / DESCRIPTION | QTY DEL | QTY RET |
|---|---|---|---|
| 1 | FCPXF0905 / W2T170723 CART 9.75" 5UM NO SURFACTANT PP WOU | 1 | |
| 1 | W5TDIRAC0360FSP SDI REACT CARBON 3.6CF FBGLS STD PO | 1 | |
| | DIMB10120FSP / W5TDIMB10120FSP SDI MIXBED1 1.2CF FBGLS STD POT | 2 | 2 |
| | FCCFE12S2 / W2T148013 CART CAPS .2UM 1/4NPTMX1/4NPT HALF | 1 | |

## Service Notes

Installed DI tanks at site . 1.2 mixedbeds and 1.2 carbon tank , 5 micron filter and used a
FCCFE12S2 = W2T148013 in the place of the FCWN110S2 same price . 2 hours labor for travel and site
time .

| | *Kfom* | TIME ON SITE | TRAVEL TIME | PREP TIME | TOTAL TIME | MILEAGE |
|---|---|---|---|---|---|---|
| **CUSTOMER NAME** | **CUSTOMER SIGNATURE** | 0.72 | 1.86 | | 2.58 | 85 MI |

PURCHASER ACKNOWLEDGES THE SERVICES PERFORMED BY SIEMENS INDUSTRY, INC. ('SIEMENS') SHALL BE GOVERNED SOLELY AND EXCLUSIVELY BY SIEMENS STANDARD CONDITIONS OF SALE FOR SERVICES, UNLESS OTHERWISE AGREED UPON IN WRITING. COPIES MAY BE OBTAINED FROM YOUR LOCAL SERVICE BRANCH. ANY TERMS AND CONDITIONS CONTAINED OR REFERENCED IN ANY PURCHASER PURCHASE ORDER SHALL NOT APPLY.