United States Bankruptcy Court

Northern District of Florida

Chapter 11 Case 1:12-bk-10431-KSJ

September 11, 2013

Dear Clerk of Court,

I am writing to contest the DEBTOR'S OBJECTION TO PRIORITY STATUS AND AMOUNT OF CLAIM NUMBER 55.  Attached is the judgment for which priority status should be granted by my company.

Today, I was notified today that my company's attorney will no longer represent me since we cannot pay them to continue pursuit of my cause.  Therefore, writing this letter is my only option before abandoning the matter and potentially closing my company's doors due to the size of the debtor's debt.

I worked very hard making urgent medical deliveries for this hospital for over four years when their bankruptcy occurred.  Then I could not pay my employees.  I pawned my jewelry and sued the debtor successfully in their venue, 40 miles from me.  Now that the judgment is in hand may I please be granted priority status for this claim?

Sincerely,

*Robert M Alberts,*

Robert M Alberts,

President

CONFIDENTIAL COURIER SERVICES, INC

3035 NE 21 WAY STE 8

GAINESVILLE, FL 32609

Cc: Elena Ketchum
Nancy Davis



IN THE COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY, FLORIDA

**CONFIDENTIAL COURIER SERVICES, INC.**
**3035 NE 21 WAY**
**GAINESVILLE, FL 32609**
    Plaintiff(s),
VS

**CASE NUMBER: 38-2011-SC-000250**

**TRI COUNTY HOSPITAL-WILLISTON,**
**NATURE COAST HOSPITAL,**
**CYPRESS HEALTH SYSTEMS FLORIDA, INC.,**
**JERRY GILLMAN, CEO,**
    Defendant(s).
_____/

## DEFAULT FINAL JUDGMENT

**THIS MATTER** came on to be heard without the intervention of a Jury and the Court having heard testimony and being advised in the premises,

**IT IS THEREFORE ADJUDGED** that Plaintiff(s), CONFIDENTIAL COURIER SERVICES, INC., have and recover from Defendant(s), JERRY GILLMAN, CEO, TRI COUNTY HOSPITAL-WILLISTON, the following:

| | |
|---|---|
| Principal | $2,455.41 |
| Interest at 4.5% for 90 days | 63.68 |
| Court costs | 375.00 |
| Less One payment | {245.00} |

For a total amount due of $2,649.09, that shall earn interest at the rate provided in Florida Statute 55.03, for all of the above let execution issue.

It is further **ORDERED AND ADJUDGED** that the defendant(s) shall complete Florida Small Claims Rules Form 7.343 (Fact Information Sheet), which is enclosed and return it to plaintiff or plaintiff's attorney at the address below within 45 days from the date of this final judgment, unless the final judgment is satisfied or a motion for new trial or notice of appeal is filed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the defendant(s) to complete form 7.343 and return it to the plaintiff at the above address.

**DONE AND ORDERED** in Chambers, Bronson, Levy County, Florida this 1st day of May, 2012.

ORIGINAL SIGNED BY
JAMES T. BROWNING
COUNTY JUDGE
_____
**JAMES T. BROWNING**
COUNTY COURT JUDGE

**PAGE TWO**
**DEFAULT FINAL JUDGMENT**
**CASE NUMBER: 38-2011-SC-000250**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Order has been furnished to CONFIDENTIAL COURIER SERVICES, INC., 3035 NE 21 Way, Gainesville, FL 32609 and JERRY GILLMAN, CEO, TRI COUNTY HOSPITAL-WILLISTON, 125 SW 7TH Street, Williston, FL 32696 by U.S. Mail or hand delivery on this 1st day of May, 2012.

Judicial Assistant

B10 (Official Form 10) (12/12)

# UNITED STATES BANKRUPTCY COURT Northern District of Florida

| | |
|---|---|
| Name of Debtor: Cypress Health Systems Florida, Inc. | Case Number: 12-10431-KKS |

**PROOF OF CLAIM**

**FILED**
U.S. Bankruptcy Court
Northern District of FL
**1/31/2013**
William W. Blevins, Clerk

**COURT USE ONLY**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Confidential Courier Services, Inc.

Name and address where notices should be sent:
3035 NE 21st Way – Suite 8
Gainesville, FL 32609

Telephone number: 352-378-1594

Name and address where payment should be sent (if different from above):
Folds & Walker, LLC 527 East University Avenue Gainesville, FL 32601
Telephone number: 352-372-1282

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 2,704.25

If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Judgment obtained for services. (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___

**3a. Debtor may have scheduled account as:** ___ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** ___ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ___
Value of Property: $ ___
Annual Interest Rate (when case was filed) ___ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ ___

Basis for perfection: ___
Amount of Secured Claim: $ ___
Amount Unsecured: $ ___

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority: $ ___

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See instruction #7, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stuart Scott Walker
Title: Attorney
Company: Folds & Walker, LLC
Address and telephone number (if different from notice address above):
527 East University Avenue, Gainesville, FL 32601
Telephone number: 352-372-1282

_Stuart Scott Walker_
(Signature)

1/31/2013
(Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

In re:

CYPRESS HEALTH SYSTEMS FLORIDA, INC., d/b/a TRI COUNTY HOSPITAL – WILLISTON, f/d/b/a NATURE COAST REGIONAL HOSPITAL,

~~Debtor.~~

_____/

Chapter 11

Case No. 1:12-bk-10431-KSJ

## DEBTOR'S OBJECTION TO CLAIM NUMBER 55
## FILED BY CONFIDENTIAL COURIER SERVICES, INC.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Elena P. Ketchum, Esquire, Stichter, Riedel, Blain & Prosser, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

CYPRESS HEALTH SYSTEMS FLORIDA, INC. (the "**Debtor**"), by and through its undersigned attorneys, hereby files its Objection to Claim Number 55 Filed by Confidential Courier Services, Inc. (the "**Objection**") and states as follows:

1. On January 31, 2013, Confidential Courier Services, Inc. (the "**Claimant**") filed Proof of Claim Number 55 in this case in the amount of $2,704.25 ("**Claim Number 55**").

2. On August 21, 2013, the Debtor filed its Objection to Priority Status and Amount of Claim Number 34 Filed by Confidential Courier Services, Inc. [Doc. No. 387](the "**Filed Objection**").

3. As stated in the Filed Objection, the books and records of the Debtor reflect the amount of $5,221.82 as being the total amount owed by the Debtor to the Claimant with respect to Proof of Claim Number 34 filed by the Claimant and Claim Number 55. The books and records of the Debtor thus reflect that no amount is owed by the Debtor to the Claimant with respect to Claim Number 55. Accordingly, the Debtor requests that Claim Number 55 be stricken and disallowed in its entirety.

WHEREFORE, the Debtor respectfully requests this Court enter an order sustaining the foregoing Objection to Claim Number 55 and providing for such other and further relief as is just and proper.

/s/ Elena P. Ketchum
Elena P. Ketchum
Florida Bar No. 129267
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
eketchum@srbp.com
Attorneys for Debtor

# HP LaserJet *3055*

# Fax Call Report

CONFIDENTIAL COURIER
3523781594
Sep-11-2013     20:22

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 9830 | 9/11/2013 | 20:20:21 | Send | 5283824 | 2:05 | 6 | OK |

United States Bankruptcy Court

Northern District of Florida

Chapter 11 Case 1:12-bk-10431-KSJ

September 11, 2013

Dear Clerk of Court,

I am writing to contest the DEBTOR'S OBJECTION TO PRIORITY STATUS AND AMOUNT OF CLAIM NUMBER 55. Attached is the judgment for which priority status should be granted by my company.

Today, I was notified today that my company's attorney will no longer represent me since we cannot pay them to continue pursuit of my cause. Therefore, writing this letter is my only option before abandoning the matter and potentially closing my company's doors due to the size of the debtor's debt.

I worked very hard making urgent medical deliveries for this hospital for over four years when their bankruptcy occurred. Then I could not pay my employees. I pawned my jewelry and sued the debtor successfully in their venue, 40 miles from me. Now that the judgment is in hand may I please be granted priority status for this claim?

Sincerely,

Robert M Alberts,

President

CONFIDENTIAL COURIER SERVICES, INC

3035 NE 21 WAY STE 8

GAINESVILLE, FL 32609

Cc: Elena Ketchum
Nancy Davis



# HP LaserJet *3055*

# Fax Call Report

CONFIDENTIAL COURIER
3523781594
Sep-11-2013    20:24

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 9831 | 9/11/2013 | 20:22:54 | Send | 18132291811 | 1:42 | 6 | OK |

United States Bankruptcy Court

Northern District of Florida

Chapter 11 Case 1:12-bk-10431-KSJ

September 11, 2013

Dear Clerk of Court,

I am writing to contest the DEBTOR'S OBJECTION TO PRIORITY STATUS AND AMOUNT OF CLAIM NUMBER 55. Attached is the judgment for which priority status should be granted by my company.

Today, I was notified today that my company's attorney will no longer represent me since we cannot pay them to continue pursuit of my cause. Therefore, writing this letter is my only option before abandoning the matter and potentially closing my company's doors due to the size of the debtor's debt.

I worked very hard making urgent medical deliveries for this hospital for over four years when their bankruptcy occurred. Then I could not pay my employees. I pawned my jewelry and sued the debtor successfully in their venue, 40 miles from me. Now that the judgment is in hand may I please be granted priority status for this claim?

Sincerely,

*Robert M. Alberts,*

Robert M Alberts,

President

CONFIDENTIAL COURIER SERVICES, INC

3035 NE 21 WAY STE B

GAINESVILLE, FL 32609

CC= Elena Ketchum
Nancy Davis

