UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**In re:**

| | |
|---|---|
| **CYPRESS HELATH SYSTEMS FLORIDA, FLORIDA, INC., D/B/A TRI COUNTY HOSPITAL-WILLISON, F/D/B/A NATURE COAST REGIONAL HOSPITAL** | Case No. 1:12-BK-10431-KSJ |
| Debtor. | Chapter 11 Case |

_____/

## THE UNITED STATES DEPARTMENT OF LABOR'S RESPONSE TO THE DEBTOR'S OBJECTION TO CLAIM NUMBER 62.

1. On April 1, 2013, the Secretary of Labor filed Proof of Claim 62 ("Claim") for $168,466.59 for back wages owed to the Debtor's current and former employees.

2. The Debtor alleges that it included back wages owed to its former and current employees in the Debtor's Schedule and that the Secretary's Claim is duplicative. However, it appears that Respondent did not include Melissa Barclay, 13590 NE 5th Street, Williston, FL 32696, a former or current employee of the Debtor in its Schedule.

3. Therefore, the Secretary's claim is not duplicative and should not be stricken.

Wherefore, the Secretary respectfully requests that this court enter an order dismissing the Debtor's objection to Claim Number 62.

<div style="display: flex; justify-content: space-between;">

<div>

<u>ADDRESS</u>:

Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA  30303

Telephone:
 (404) 302-5457
 (404) 302-5438 (FAX)

SOL Case No. 12-12633

</div>

<div>

M. PATRICIA SMITH
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT L. WALTER
Counsel

By:/s/*Rolesia Butler Dancy*
    ROLESIA BUTLER DANCY
    Attorney

Office of the Solicitor
U. S. Department of Labor
Attorneys for Plaintiff.

</div>

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I electronically filed "THE UNITED STATES DEPARTMENT OF LABOR'S RESPONSE TO THE DEBTOR'S OBJECTION TO CLAIM NUMBER 62" with the Clerk of Court using the CM/ECF system to:

Elena P. Ketchum
eketchum@srbp.com

By: *s/ Rolesia Butler Dancy*
ROLESIA BUTLER DANCY
Attorney

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Suite 7T10
Atlanta, GA 30303
Telephone: 404-302-5457
Facsimile: 404-302-5438
Email: dancy.rolesia@dol.gov
ATL.FEDCOURT@dol.gov