UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                                                                      Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,                     Case No. 1:12-bk-10431-KSJ
INC., d/b/a TRI COUNTY HOSPITAL-
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

Creditor,

_____,

### RESPONSE TO DEBTOR'S OBJECTION TO PRIORITY STATUS AND AMOUNT OF CLAIM NUMBER 71 FILED BY DANA M. FRANCIS THOMAS.

I Dana M Francis-Thomas, Creditor file this response due to the misstatements filed by debtor on the claim number 71 filed.

1. I Dana M. Francis- Thomas have only received two payments from the debtor totaling less than $90.00 dollars for the amounts owed for the year of 2012. I ask that they provide proof of any amounts over that. For the year of 2011 I do not object to the amount owed.
2. For the year of 2012 the amounts the creditor shows total $2538.40 and are as follows. 1/20/2012 owed 13.1 hrs $156.00, 2/10/2012 owed 21.75 hrs $261.00, 3/9/2012 owed 31.58 hrs $279.00, 4/20/2012 owed 7.5 hrs $90.00, 4/27/2012 owed 7.25 hrs $87.00, 5/4/2012 owed 8.2 hrs $98.40, 5/11/2012 owed 8 hrs $96.00, 5/25/2012 owed 7.5 hrs $90.00, 6/02/2012 owed 20 hrs $240.00 06/08/2012 owed 6.5 hrs $78.00, 6/22/2012 owed 6.5 hrs $78.00, 7/6/2012 owed 7.25 hrs $87.00, 7/20/2012 owed 7.25 hrs $87.00, 7/27/2012 owed 7 hrs $84.00, 8/22/2012 owed 13.5 hrs $162.00 and paid time off earned 49 hrs 588.00.
3. The creditor believes these figures are fair and just. Considering the anguish and hardship caused by the debtors failure to pay on time these totals should include bounce fees and interest. The Creditor requests that the claim and amounts not be adjusted.

WHEREFORE, the Creditor respectfully asks that the Court not sustain this order. The relief the creditor is asking for is the fair and just amount

Dana M Francis-Thomas
Creditor
520 SE 2nd St
Williston, Florida 32696
(352)256-6138