UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**In re:**     Chapter 11

**CYPRESS HEALTH SYSTEMS FLORIDA,**     Case No. 1:12-bk-10431-KSJ
**INC., d/b/a TRI COUNTY HOSPITAL –**
**WILLISTON, f/d/b/a NATURE COAST**
**REGIONAL HOSPITAL,**

    **Debtor.**
_____/

### DEBTOR'S MOTION TO STRIKE THE UNITED STATES DEPARTMENT OF LABOR'S RESPONSE TO THE DEBTOR'S OBJECTION TO CLAIM NUMBER 62

CYPRESS HEALTH SYSTEMS FLORIDA, INC. (the "**Debtor**"), by and through its undersigned attorneys, hereby files its Motion to Strike the United States Department of Labor's Response to the Debtor's Objection to Claim Number 62 (the "**Motion**") and, in support of this Motion, states as follows.

1. On August 27, 2013, the Debtor filed its Objection to Claim Number 62 Filed by United States Department of Labor [Doc. No. 411] (the "**Objection**"). The Objection requested that the Court strike Proof of Claim Number 62 filed by the United States Department of Labor (the "**Claimant**") for an unsecured claim in the amount of $168,466.59 on the basis that all back wages owed by the Debtor to its former and current employees had been included in the Debtor's Schedules (or amendments thereto) filed with the Court.

2. On September 18, 2013, the United States Department of Labor filed its Response to the Debtor's Objection to Claim Number 62 [Doc. No. 455] (the "**Response**"). In the Response, the Claimant alleged that the Debtor failed to include back wages owed to Melissa Barclay, a former employee of the Debtor, in its Schedules.

3.    Attached hereto as <u>Exhibit A</u> are pages from the Debtor's Amended Schedule F filed with the Court on August 20, 2013 [Doc. No. 370]. As indicated on sheet number 9 of 82 in the attached <u>Exhibit A</u>, the Debtor did include Melissa Barclay as a creditor with an unsecured claim in the amount of $1085.88.

4.    Accordingly, the Debtor requests that the Court grant this Motion, strike the Response and sustain the Objection.

DATED:    October 16, 2013

/s/ Elena P. Ketchum
Elena P. Ketchum (Florida Bar No. 129267)
STICHTER, RIEDEL, BLAIN &
   PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
PH   (813) 229-0144
FAX  (813) 229-1811
eketchum@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing **Debtor's Motion to Strike the United States Department of Labor's Response to the Debtor's Objection to Claim Number 62** has been furnished on this 16th day of October, 2013, (i) by **CM/ECF Transmission** to the Office of the U.S. Trustee and all other parties receiving electronic noticing in this case, (ii) via **Electronic Transmission** to United States Department of Labor, Attn: Rolesia Butler Dancy, Esq. @ dancy.rolesia@dol.gov, and (iii) by **United States first class mail** to:

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W., Room 7T10
Atlanta, Georgia 30303

Nancy Davis, Controller
Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, Florida  32696

/s/ Elena P. Ketchum
Elena P. Ketchum

# EXHIBIT A

B6F (Official Form 6F) (12/07)

In re  **Cypress Health Systems Florida, Inc.**  Case No. __1:12-bk-10431-KSJ__
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A Black Knight Locksmith<br>PO Box 621<br>Williston, FL 32696 | | - | | | | | 275.53 |
| Account No.<br><br>A/C Printing and Rubber Stamp<br>23 E. Noble Ave.<br>Williston, FL 32696 | | - | | | | | 85.60 |
| Account No.<br><br>A1 Aluminum, Inc.<br>8490 NE 61st Place<br>Bronson, FL 32621 | | - | | | | | 3,425.00 |
| Account No.<br><br>AAA Refrigeration<br>2908 NE 21st Way<br>Gainesville, FL 32609 | | - | | | | | 726.75 |
| __82__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 4,512.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**　　　　　Case No. __1:12-bk-10431-KSJ__
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barclay, Melissa<br>2550 SE 114th Ave.<br>Morriston, FL 32668 | | - | Amended to add creditor | | | | 1,085.88 |
| Account No.<br><br>Barr, Jason<br>18150 NW 144th Ave<br>Williston, FL 32696 | | - | Amended to correct amount owed | | | | 0.00 |
| Account No.<br><br>Barrios, Raquel<br>8111 NW 166th St<br>Fanning Springs, FL 32693 | | - | Amended to correct amount owed | | | | 0.00 |
| Account No.<br><br>Bell, Stephanie<br>5452 NE 155th Ave<br>Williston, FL 32696 | | - | Amended to correct amount owed | | | | 0.00 |
| Account No.<br><br>Bennett, Paul<br>7501 NW 162nd Ct<br>Morriston, FL 32668 | | - | Amended to correct amount owed | | | | 0.00 |

Sheet no. __9__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　1,085.88