# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:                                          Chapter 11

**CYPRESS HEALTH SYSTEMS FLORIDA,**          Case No. 1:12-bk-10431-KSJ
**INC., d/b/a TRI COUNTY HOSPITAL –**
**WILLISTON, f/d/b/a NATURE COAST**
**REGIONAL HOSPITAL,**

     **Debtor.**
_____/

## DEBTOR'S OBJECTION TO SCHEDULED CLAIM
## OF BIO MEDICAL LAB CENTER, INC.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter
without further notice or hearing unless a party in interest files an objection within twenty-one (21)
days from the date of service of this paper.  If you object to the relief requested in this paper, you
must file your objection with the Clerk of Court at 110 E. Park Avenue, Tallahassee, FL 32301, and
serve a copy on the movant's attorney, Elena P. Ketchum, Esquire, Stichter, Riedel, Blain & Prosser,
P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and
you will be notified.  If you do not file an objection within the time permitted, the Court will consider
that you do not oppose the granting of the relief requested in the paper, and will proceed to consider
the paper without further notice or hearing, and may grant the relief requested.

---

CYPRESS HEALTH SYSTEMS FLORIDA, INC. (the "**Debtor**"), by and

through its undersigned attorneys, hereby files its Objection to Scheduled Claim of Bio

Medical Lab Center, Inc. (the "**Objection**") and states as follows:

     1.     The Debtor hereby objects to the scheduled claim in the amount of

$1,345.26 (the "**Claim**") of Bio Medical Lab Center, Inc. (the "**Claimant**"), on the

grounds that the books and records of the Debtor do not reflect this amount as being

owed by the Debtor to the Claimant.  The books and records of the Debtor reflect that no amount is owed by the Debtor to the Claimant with respect to the Claim. Accordingly, the Claim should be stricken and disallowed in its entirety.

WHEREFORE, the Debtor respectfully requests this Court enter an order sustaining the foregoing Objection to the Claim and providing for such other and further relief as is just and proper.

*/s/ Elena P. Ketchum*
Elena P. Ketchum
Florida Bar No. 129267
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 - Phone
(813) 229-1811 – Fax
eketchum@srbp.com
Attorneys for Debtor

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing **Debtor's**

**Objection to Scheduled Claim of Bio Medical Lab Center, Inc.** has been furnished on

this 29th day of October, 2013, (i) by **CM/ECF Transmission** to the Office of the U.S.

Trustee and all other parties receiving electronic noticing in this case, and (ii) by United

States first class mail to:

> Nancy Davis, Controller
> Cypress Health Systems Florida, Inc.
> 125 SW 7th Street
> Williston, Florida  32696
>
> Bio Medical Lab Center, Inc.
> c/o Horacio A. Molina, President
> 1351 S. Leavitt Ave., #102
> Orange City, Florida  32763-0000
>
> Horacio A. Molina, Registered Agent
> 321 Burchington Drive
> Debary, Florida  32713

*/s/ Elena P. Ketchum*
Elena P. Ketchum
