UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                                                 Chapter 11

**CYPRESS HEALTH SYSTEMS FLORIDA,**        Case No. 1:12-bk-10431-KSJ
**INC., d/b/a TRI COUNTY HOSPITAL –**
**WILLISTON, f/d/b/a NATURE COAST**
**REGIONAL HOSPITAL,**

      **Debtor.**
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO SECURED STATUS
OF CLAIM NUMBER 7 FILED BY WELLS FARGO FINANCIAL LEASING, INC.**
**(Doc. No. 368)**

THIS CASE came on for hearing before the Court on October 16, 2013, at 3:00 p.m. (the "Hearing"), upon the Debtor's Objection to Secured Status of Claim Number 7 Filed by Wells Fargo Financial Leasing, Inc. [Doc. No. 368] (the "**Objection**")[1] and the Response to Debtor's Objection to Claim (Claim Number 7) filed by Wells Fargo Financial Leasing, Inc. [Doc. No. 399] (the "**Response**").  The Court, having considered the Objection and the Response, together with the record and the arguments of counsel at the Hearing, and being fully advised in the premises, and for the reasons announced on the record at the Hearing, which shall constitute the decision of the Court, it is

**ORDERED**:

1. The Objection is sustained.

2. The Debtor properly served Wells Fargo Financial Leasing, Inc. by United States first class mail on August 19, 2013 to (i) Wells Fargo Financial Leasing, Inc., Attn:  Richard

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Objection.

Behling, Bankruptcy Specialist, 800 Walnut Street, MAC F4031-050, Des Moines, Iowa 50309, (ii) Wells Fargo Financial Leasing, Inc., 800 Walnut Street, MAC F4031-040, Des Moines, Iowa 50309, (iii) Wells Fargo Financial Leasing, Inc., c/o Richard Storfer, Esq., 101 NE 3rd Ave., #1800, Fort Lauderdale, Florida 33301-1252, and (iv) Wells Fargo Financial Leasing, Inc., c/o Corporation Service Company, as Registered Agent, 505 5th Avenue, Suite 729, Des Moines, Iowa 50309.

3.  Proof of Claim Number 7 filed by Wells Fargo Financial Leasing, Inc. is allowed as a general unsecured non-priority claim in the filed amount of $28,255.77.

**DONE AND ORDERED** in Chambers at Orlando, Florida, on October 30, 2013.

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Copies to:

Elena P. Ketchum, Esq.

Office of the U.S. Trustee

Nancy Davis, Controller
Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, Florida  32696

Wells Fargo Financial Leasing, Inc.
Attn:  Richard Behling, Bankruptcy Specialist
800 Walnut Street
MAC F4031-050
Des Moines, Iowa  50309

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-040
Des Moines, Iowa  50309

Wells Fargo Financial Leasing, Inc.
c/o George L. Zinkler, Esq.
Rice Pugatch Robinson & Schiller, P.A.
101 NE 3rd Ave., #1800
Fort Lauderdale, Florida  33301-1252

Wells Fargo Financial Leasing, Inc.
c/o Richard Storfer, Esq.
101 NE 3rd Ave., #1800
Fort Lauderdale, Florida  33301-1252

Wells Fargo Financial Leasing, Inc.
c/o Corporation Service Company, as
  Registered Agent
505 5th Avenue, Suite 729
Des Moines, Iowa  50309

Prepared by Charles A. Postler