UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA, INC., d/b/a TRI COUNTY HOSPITAL – WILLISTON, f/d/b/a NATURE COAST REGIONAL HOSPITAL,

Case No. 1:12-bk-10431-KSJ

Debtor.
_____/

### DEBTOR'S REPLY TO SECUNDUS PRACTICE MANAGEMENT, INC.'S RESPONSE TO THE DEBTOR'S OBJECTION TO CLAIM NUMBER 81

CYPRESS HEALTH SYSTEMS FLORIDA, INC. (the "**Debtor**"), by and through its undersigned attorneys, hereby files its Reply to Secundus Practice Management, Inc.'s Response to the Debtor's Objection to Claim Number 81 (the "**Reply**") and, in support of this Reply, states as follows.

1. On October 21, 2013, Secundus Practice Management, Inc. (the "**Claimant**") filed Proof of Claim Number 81 in this case as a priority wage claim in the amount of $24,720.00 (the "**Claim**").

2. On October 29, 2013, the Debtor filed its Objection to Priority Status and Amount of Claim Number 81 Filed by Secundus Practice Management. [Doc. No. 559] (the "**Objection**"). The Objection requested, for the reasons stated therein, that the Claim should be reclassified and allowed as a general unsecured non-priority claim in the reduced amount of $20,760.00.

3. On November 12, 2013, the Claimant filed its response to the Objection [Doc. No. 582] (the "**Response**"). In the Response, the Claimant (i) acknowledged that the Claim was not a

priority claim under Section 507(a)(4) of the Bankruptcy Code, and (ii) attached to the Claim evidence of an outstanding balance due from the Debtor of $20,760.00.

4. The Claimant also attached to its Response a list of the Debtor's twenty largest unsecured creditors [Doc. No. 2] reflecting an unsecured claim in the amount of $24,720.00 being owed to the Claimant. The Debtor subsequently scheduled an unsecured claim for the Claimant in the amount of $20,760.00 [Doc. No. 58, page 52 of 76], a copy of which is attached hereto as <u>Exhibit A</u>. The reduction in the amount from $24,720.00 to $20,760.00 was due to the fact that a payment in the amount of $3,960.00 was made immediately prior to the petition date by the Debtor to the Claimant (as confirmed in the attachment to the Response).

5. Accordingly, the Debtor requests that the Court sustain the Objection.

DATED:   December 13, 2013

/s/ Elena P. Ketchum
Elena P. Ketchum (Florida Bar No. 129267)
STICHTER, RIEDEL, BLAIN &
  PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
PH   (813) 229-0144
FAX  (813) 229-1811
eketchum@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct of the foregoing **Debtor's Reply to Secundus Practice Management, Inc.'s Response to the Debtor's Objection to Claim Number 81**, with attached <u>Exhibit A</u>, has been furnished on this 13th day of December, 2013, (i) by **CM/ECF**

**Transmission** to the Office of the U.S. Trustee and all other parties receiving electronic noticing in this case and (ii) by **United States first class mail** and **Electronic Mail Transmission** to :

Secundus Practice Management
Attn: Paul A. McKee, President
1817 Sir Lancelot Circle
Saint Cloud, Florida 34772
Mcfee1817@hotmail.com

Nancy Davis, Controller
Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, Florida 32696

/s/ Elena P. Ketchum
Elena P. Ketchum

**EXHIBIT A**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cypress Health Systems Florida, Inc.**   Case No. __1:12-bk-10431-KKS__
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Secundus Practice Management <br> 1817 Sir Lancelot Cir. <br> St. Cloud, FL 34772 | - | | | | | | 20,760.00 |
| Account No. <br> Sheridan Air Conditioning <br> PO Box 5302 <br> Gainesville, FL 32627-5302 | - | | | | | | 986.16 |
| Account No. <br> Siemens Water Tech Corp <br> PO Box 360766 <br> Pittsburgh, PA 15225 | - | | | | | | 2,284.38 |
| Account No. <br> Southeastern Business Ent. <br> 14651 SE 26th St. <br> Morriston, FL 21557 | - | | | | | | 1,251.00 |
| Account No. <br> Southern Computer Warehouse <br> PO Box 538035 <br> Atlanta, GA 30353 | - | | | | | | 133.94 |

Sheet no. __38__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  25,415.48

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy