UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

CYPRESS HEALTH SYSTEMS FLORIDA,
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

    Debtor.

_____/

Chapter 11

Case No. 1:12-bk-10431-KSJ

## DEBTOR'S POST-CONFIRMATION QUARTERLY FINANCIAL REPORT FOR THE PERIOD OF OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013

The Debtor hereby files its Post-Confirmation Quarterly Financial Report in

accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Elena Paras Ketchum
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
cpostler@srbp.com
eketchum@srbp.com
(813) 229-0144 - Phone
(813) 229-1811 - Fax
Attorneys for Debtor

ATTACHMENT NO. 1

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:**        Cypress Health Systems Florida, Inc.

**Case Number:**      1:12-bk-10431-KSJ

**Quarter:**          beginning October 1, 2013 and ending December 31, 2013

**Date of Plan Confirmation:**

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| **CASH (Beginning of Period)** | $ 73,472.12 | $ 9,436.80 |
| **INCOME or RECEIPTS during the Period** | $ | $ 1,066,944.76 |

**DISBURSEMENTS**

a.  **Operating Expenses (Fees/Taxes):**

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | | $ | $ 6,500.00 |
| (ii) | Federal Taxes | | | |
| (iii) | State Taxes | | | |
| (iv) | Other Taxes | | | 95,171.60 |
| b. | **All Other Operating Expenses:** | | $ | $ 611,691.76 |
| c. | **Plan Payments:** | | | |
| (i) | Administrative Claims | | $ 46,236.92 | $ 324,058.00 |
| (ii) | Priority Claims | | | 11,725.00 |
| (iii) | Class Two | | | |
| (iv) | Class Three | | | |
| (v) | Class Four | | | |
| | (Attach additional pages as needed) | | | |
| **Total Disbursements (Operating & Plan)** | | | $ 46,236.92 | $ 1,049,146.36 |
| **CASH (End of Period)** | | | $ 27,235.20 | $ 27,235.20 |