UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                          Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,                 Case No. 1:12-bk-10431-KSJ
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

         Debtor.
_____/

## DEBTOR'S POST-CONFIRMATION QUARTERLY FINANCIAL REPORT
## FOR THE PERIOD OF APRIL 1, 2014 THROUGH JUNE 30, 2014

The Debtor hereby files its Post-Confirmation Quarterly Financial Report in

accordance with the Guidelines established by the United States Trustee and FRBP 2015.

*/s/ Elena Paras Ketchum*
Charles A. Postler
Florida Bar No. 455318
Elena Paras Ketchum
Florida Bar No. 0129267
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
cpostler@srbp.com
eketchum@srbp.com
(813) 229-0144 - Phone
(813) 229-1811 - Fax
Attorneys for Debtor

ATTACHMENT NO. 1

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name:             Cypress Health Systems Florida, Inc.

Case Number:           1:12-bk-10431-KSJ

Quarter:               **beginning April 1, 2014 and ending June 30, 2014**

Date of Plan Confirmation: June 14, 2013

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| **CASH (Beginning of Period)** | $ 27,235.20 | $ 9,436.80 |
| **INCOME or RECEIPTS during the Period** | $ 20,000.00 | $ 1,086,944.76 |

**DISBURSEMENTS**

a. **Operating Expenses (Fees/Taxes):**

|  |  | Quarterly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ | $ 6,500.00 |
| (ii) | Federal Taxes |  |  |
| (iii) | State Taxes |  |  |
| (iv) | Other Taxes |  | 95,171.60 |

b. **All Other Operating Expenses:**

|  | Quarterly | Post Confirmation Total |
|---|---|---|
|  | $ | $ 611,691.76 |

c. **Plan Payments:**

|  |  | Quarterly | Post Confirmation Total |
|---|---|---|---|
| (i) | Administrative Claims | $ 47,235.20 | $ 371,293.20 |
| (ii) | Priority Claims |  | 11,725.00 |
| (iii) | Class Two |  |  |
| (iv) | Class Three |  |  |
| (v) | Class Four |  |  |
|  | (Attach additional pages as needed) |  |  |

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| **Total Disbursements (Operating & Plan)** | $ 47,235.20 | $ 1,096,381.56 |
| **CASH (End of Period)** | $ 0.00 | $ 0.00 |