# Exhibit A



## MOORE STEPHENS
## LOVELACE CPAs & ADVISORS

*311 Park Place Blvd.*
*Suite 100*
*Clearwater, FL 33759*

Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, FL 32696

Invoice No.   101884
Date          05/12/2014
Client No.    40004.0

---

| | |
|---|---:|
| Final billing for professional services for audit, tax, and cost reports for the period from October 1, 2012 through August 14, 2013, per the engagement letter dated September 18, 2013 | $  33,000.00 |
| Additional billing for 100 hours at $110 per hour per attached schedule | 11,000.00 |
| | 44,000.00 |
| Less payments received | (20,000.00) |
| Current Amount Due Upon Receipt* | $  24,000.00 |

*Balance due includes Invoice No. 99997 dated 12/31/13

Wire Instructions:

Bank Name:   SunTrust
Bank ABA #:  ▮▮▮▮▮▮
Account Name: Moore Stephens Lovelace, P.A.
Account #:   ▮▮▮▮▮▮4283

A service charge of 1.5% per month will be added to any amount outstanding more than 30 days

```
09745 MOORE STEPHENS LOVELACE P                                              10527
311 PARK PLACE BLVD STE 100, CLEARWATER, FL 33759


99997           12/31/13        6,000.00                         6,000.00




        10527                   6,000.00                         6,000.00
        05/16/14


                                                                 10527


99997           12/31/13        6,000.00                         6,000.00




        10527                   6,000.00                         6,000.00
```

---

**REGIONAL HEALTH PARTNERS LLC**                                10527
**REGIONAL GENERAL HOSPITAL-WILLISTON**                         63-1367/631
**OPERATING ACCOUNT**                   DRUMMOND COMMUNITY BANK
125 SW 7TH STREET, WILLISTON, FL 32696      WILLISTON, FL 32696
PH 352-528-2801
                                          09745      10527

                                          05/16/14   $6,000.00
Six Thousand Dollars and No Cents

MOORE STEPHENS LOVELACE PA
311 PARK PLACE BLVD STE 100
CLEARWATER, FL  33759

REGIONAL GENERAL HOSPITAL - WILLISTON, FL 32696                                                          10119

99212           11/01/13              6,000.00                                    6,000.00


10119                       6,000.00                                    6,000.00

---

**REGIONAL HEALTH PARTNERS LLC**
**REGIONAL GENERAL HOSPITAL - WILLISTON**
OPERATING ACCOUNT
125 SW 7TH ST. WILLSTON FL 32696
PH 352-528-2801

DRUMMOND COMMUNITY BANK    10119

                                                                  DATE            AMOUNT
                                                                  09745    10119
                                                                  11/15/13    $6,000.00

PAY:    Six Thousand Dollars and No Cents

TO THE    MOORE STEPHENS LOVELACE PA
ORDER    311 PARK PLACE BLVD STE 100
OF:      CLEARWATER, FL  33759

⑴9510⑴

PLEASE ENCLOSE/MAIL ATTACHED DOCUMENTS WITH CHECK

_____ YES  _____ NO

REQUESTED BY: _____    APPROVED BY: _____

A PHOTOCOPY OF CHECK AND ALL ATTACHMENTS MUST BE KEPT WITH AP RECORDS

Tri-County Hospital – Williston ◆ 125 SW 7th Street ◆ Williston, FL 32696 ◆ (325) 528–2801



MOORE STEPHENS
LOVELACE CPAs & ADVISORS

**311 Park Place Blvd.**
**Suite 100**
**Clearwater, FL  33759**

Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, FL  32696

Invoice No.    99997
Date           12/31/2013
Client No.     040/40004.0

Progress billing for professional services for audit, tax, and cost reports
for the period from October 1, 2012 through August 14, 2013, per
the engagement letter dated September 18, 2013

Current Amount Due by January 21, 2014                               $    6,000.00

A service charge of 1.5% per month will be added to any amount outstanding more than 30 days.



# *Moore Stephens Lovelace, P.A.*

*311 Park Place Blvd.
Suite 100
Clearwater, FL 33759
727-531-4477*

Dr. Jalil Khan
Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, FL 32696

*Invoice No.*   99212
*Date*          11/01/2013
*Client No.*    040/40004.0

Progress billing for professional services for audit, tax, and cost reports
for the period from October 1, 2012 through August 14, 2013, per
the engagement letter dated September 18, 2013

Current Amount Due by November 10, 2013                    $   6,000.00

A service charge of 1.5% per month will be added to any amount outstanding more than 30 days.

REGIONAL GENERAL HOSPITAL • WILLISTON, FL 32696                                                                10202

| 121113 | 12/11/13 | 6,000.00 | 6,000.00 |

| 10202 | 6,000.00 | 6,000.00 |

**REGIONAL HEALTH PARTNERS LLC**
REGIONAL GENERAL HOSPITAL - WILLSTON
OPERATING ACCOUNT
125 SW 7TH ST  WILLSTON, FL 32696
PH 352-528-2801

DRUMMOND COMMUNITY BANK
WILLISTON, FL 32696
63-1361
631

10202

09745    10202 AMOUNT

12/13/13    $6,000.00

PAY: Six Thousand Dollars and No Cents

TO THE ORDER OF

MOORE STEPHENS LOVELACE PA
311 PARK PLACE BLVD STE 100
CLEARWATER, FL  33759

VOID OVER 90 DAYS

1951

PLEASE ENCLOSE/MAIL ATTACHED DOCUMENTS WITH CHECK

____ YES    ____ NO

REQUESTED BY: _____    APPROVED BY: _____

A PHOTOCOPY OF CHECK AND ALL ATTACHMENTS MUST BE KEPT WITH AP RECORDS

Tri-County Hospital – Williston ◆ 125 SW 7th Street ◆ Williston, FL 32696 ◆ (325) 528 – 2801



# Moore Stephens Lovelace, P.A.
311 Park Place Blvd.
Suite 100
Clearwater, FL 33759

Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, FL 32696

Invoice No.   99599
Date          11/30/2013
Client No.    40004.0

Progress billing for professional services for audit, tax, and cost reports
for the period from October 1, 2012 through August 14, 2013, per
the engagemenet letter dated September 18, 2013

Current Amount Due by December 11, 2013                           $    6,000.00

A service charge of 1.5% per month will be added to any amount outstanding more than 30 days.

Cypress Health Engagement
Analysis of Additional Time

| | | | | | | | Rates at 70% | Hours | Costs |
|---|---|---|---|---|---|---|---|---|---|
| A & A | AUDIT | | AU020 Travel | Davenport, N. | 11/03/2013 | travel to Williston 3rd time for fieldwork | 46.20 | 2.00 | 92.40 |
| A & A | AUDIT | | AU020 Travel | Davenport, N. | 11/04/2013 | Meetings with CEO Bob Wright and Nancy Davis, Controller. A conclusion was reached that Cypress was not ready and that we would need to come back in a week. Travel back to Orlando | 46.20 | 6.00 | 277.20 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 12/07/2013 | review of files with Bob and Brian | 108.50 | 2.00 | 217.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Goolsby, R. | 12/10/2013 | Call with Bob as to why we need the items per the PBC list | 168.00 | 1.00 | 168.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 12/11/2013 | Go over open items once again and provide templates and explain why we need the requested items. Went line by line with Nancy and explained why we needed the documentation. Provided Nancy and Brian with a list of items that needed to be pulled, when I came back they were not pulled. As of 2/13/14 they have not been pulled | 108.50 | 8.50 | 922.25 |
| A & A | AUDIT | | AU020 Travel | Davenport, N. | 12/11/2013 | Travel to Williston 4th time for fieldwork | 46.20 | 2.50 | 115.50 |
| A & A | AUDIT | | AU009 Other Audit Assistance | Schmidt, C. | 12/16/2013 | Complete deposit analysis as requested by Nancy because she did not have time | 42.00 | 1.50 | 63.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 12/18/2013 | Call with Brian and Nancy open items and GL detail | 108.50 | 9.00 | 976.50 |
| A & A | AUDIT | | AU009 Other Audit Assistance | McPeak, M. | 12/18/2013 | Assisted with bank stmt summaries requested by Nancy because she did not have time | 140.00 | 1.00 | 140.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | McPeak, M | 12/19/2013 | Assisted with Payroll review and template completion as requested by Nancy because she did not have time | 140.00 | 7.00 | 980.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N | 12/26/2013 | Review the files received and then prepare listing for Bob of open items (estimated to be 80% of original list open) | 108.50 | 4.00 | 434.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 01/04/2014 | emails/phone calls with Bob and Nancy-subject open items listing and the need for the files asap | 112.00 | 4.50 | 504.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 01/09/2014 | emails/phone calls with Bob, Nancy, and JJ | 112.00 | 6.00 | 672.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 01/21/2014 | Meet with Jay and Dr. Mohammad regarding current status and open items | 112.00 | 3.00 | 336.00 |
| A & A | AUDIT | | AU020 Travel | Davenport, N. | 01/21/2014 | Travel To Williston for open items meeting | 46.90 | 1.00 | 46.90 |
| A & A | AUDIT | | AU020 Travel | Goolsby, R | 01/21/2014 | Travel To Williston for open items meeting | 77.70 | 0.50 | 38.85 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Goolsby, R. | 01/21/2014 | Meet with Jay and Dr Mohammad regarding current status and open items | 189.00 | 2.00 | 378.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/11/2014 | Prepared request listing status #6 | 112.00 | 2.00 | 224.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/13/2014 | Prepared request listing status #7 | 112.00 | 3.00 | 336.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/14/2014 | Prepared request listing status #8 | 112.00 | 3.00 | 336.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N | 03/18/2014 | open items discussions, emails, looking at pbc wp's and explaining to them why they are incorrect, tb discussions | 112.00 | 6.00 | 672.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/22/2014 | go through pbc wp s and address what we need what we have thats incorrect | 112.00 | 3.20 | 358.40 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N | 03/24/2014 | review of new tb, email to Jay why new TB is incorrect, review of new pbc wp's, email to jay why new pbc wp's are incorrect, review of old wp's to see if they tie to new tb and email to jay why they do not tie anymore | 112.00 | 5.50 | 616.00 |
| A & A | AUDIT | | AU001 FS/Review/Field Work/Files | Davenport, N | 03/25/2014 | Review of Jay's 3rd Trial Balance presented to MSL in the past 24hrs, review of Jay's wp's, legal letters, update the Open Items List to show Jay that we still have a significant amount of open wps | 112.00 | 3.25 | 364.00 |

Cypress Health Engagement
Analysis of Additional Time

| | | | | | | Rates at 70% | Hours | Costs |
|---|---|---|---|---|---|---|---|---|
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/25/2014 | Emails back and forth with Jay at 10pm to go over AP and the many variances in his PBC work papers. Trial Balance has incorrect amounts for AP, Dept. and Accrued-I spent aprox 2.5 hours going through his updated wp's and documenting why they were incorrect | 112.00 | 3.10 | 347.20 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/27/2014 | accrued taxes and collections fees, call with Jai and revisions/updates to open items list. Discussion pertaining to Proof of Cash and why it wouldn't work. Discussions about Jay Parrish and not providing work. | 112.00 | 2.00 | 224.00 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 03/28/2014 | calls and emails with Jai K-minority partner assisting with the gathering of audit documentation and discussions with Justin Head-Drummond Bank Rep | 112.00 | 1.50 | 168.00 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 04/01/2014 | discussions with Jai and Jay on open items list and status | 112.00 | 2.00 | 224.00 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 04/08/2014 | discussions with Jay and Jai and review of 3-4 trial balances, discussions about various accounts etc | 112.00 | 5.00 | 560.00 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 04/09/2014 | calls with Jai and Jay about TB and the reversals of several entries | 112.00 | 2.10 | 235.20 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 04/14/2014 | call with Jay and Jai on items them provided on Friday 4/11 @ 5:11pm and the entries that need to | 112.00 | 1.00 | 112.00 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Davenport, N. | 04/15/2014 | call with Jai, Jeff, Jay to discuss open items for the 26th time and discussions on how to get the cost report and audit documents provided to MSL in a reasonable time | 112.00 | 1.00 | 112.00 |
| A & A | AUDIT | AU001 FS/Review/Field Work/Files | Goolsby, R | 04/15/2014 | Conference Call with Jay and Jai | 189.00 | 1.00 | 189.00 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Campbell, Z | 11/20/2013 | Open items email and discussion | 98.00 | 4.50 | 441.00 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Campbell, Z | 12/04/2013 | Open items email and discussion | 98.00 | 1.50 | 147.00 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Campbell, Z | 12/05/2013 | Open items email and discussion | 98.00 | 1.00 | 98.00 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Campbell, Z | 03/14/2014 | engagement status and coordination | 105.00 | 0.50 | 52.50 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Powell, T | 4/25/2014 | Discuss with Jay data needed for cost report | 192.50 | 2.00 | 385.00 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Powell, T | 5/8/2014 | Additional time to address missing information and medicare day assistance | 192.50 | 3.00 | 577.50 |
| HCARE | MCD | MD001 Cost Report Prep/Review | Powell, T | 5/11/2014 | Discussion with Jay K, review of days to determine error, and send email | 192.50 | 2.00 | 385.00 |
| HCARE TAX | OTS | OTS03 Tax Planning | McPeak, M | 04/03/2014 | Discussion with client and his tax advisor regarding personal tax situation from purchase and sale of hospitals | 140.00 | 0.50 | 70.00 |

| | Rates at 70% | Hours | Costs |
|---|---|---|---|
| | $ 112 | 121 | $ 13,595 |

| | | |
|---|---|---|
| Rate Per Hour | | |
| Hours | | 100 |
| Rate | $ | 110 |
| Amount | $ | 11,000 |

*REGIONAL HEALTH PARTNERS LLC*                                                                                        0000001515

| Invoice Date | Invoice Number | G/L Account | Description | Invoice Amount |
|---|---|---|---|---|
| 10774 MOORE STEPHEN LOVELACE P 311 PARK PLACE BLVD STE 100, CLEARWATER, FL 33759 | | | | |
| 101884 | 04/30/14 | 18,000.00 | | 18,000.00 |
| | | | Check Total | |

     1515                        18,000.00                                    18,000.00
  05/15/14

*REGIONAL HEALTH PARTNERS LLC*                                                                                        0000001515

| Invoice Date | Invoice Number | G/L Account | Description | Invoice Amount |
|---|---|---|---|---|
| 101884 | 04/30/14 | 18,000.00 | | 18,000.00 |
| 1515 | | 18,000.00 | Check Total | 18,000.00 |



**MOORE STEPHENS
LOVELACE** CPAs & ADVISORS

*311 Park Place Blvd.
Suite 100
Clearwater, FL  33759*

Cypress Health Systems Florida, Inc.
125 SW 7th Street
Williston, FL  32696

*Invoice No.*   *102036*
*Date*          *05/31/2014*
*Client No.*    *40004.0*

---

Preparation of Form 1120S, U.S. Small Business Corporation Income
Tax Return, for the year ended August 31, 2014                                    $    6,000.00

Less payment received                                                                  (6,000.00)

Current Amount Due                                                                 $        0.00