UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CYPRESS HEALTH SYSTEMS | ) | Case No. 1:12-bk-10431-KSJ |
| FLORIDA, INC., d/b/a TRI COUNTY | ) | Chapter 11 |
| HOSPITAL-WILLISTON, f/d/b/a | ) | |
| NATURE COAST REGIONAL | ) | |
| HOSPITAL, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING DEBTOR'S MOTION FOR TURNOVER

This case came on for consideration on the Debtor's Motion for Turnover (Doc. No. 674) (the "Motion"). Consistent with the Memorandum Opinion entered contemporaneously, it is

**ORDERED:**

1. The Motion (Doc. No. 674) is granted.

2. The $50,000 escrow deposit held by Tampa Title is property of the Debtor's estate.

3. Tampa Title is directed to expeditiously turnover the monies to the Debtor.

Done and Ordered in Orlando, Florida, on August 19, 2015.

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

**Copies furnished to:**

The Clerk is directed to serve a copy of this Order on all interested parties.