FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re: Cypress Health Systems Florida, Inc.     Bankruptcy Case No.: 12–10431–KSJ
     dba Tri County Hospital – Williston, fdba Nature Coast
     Regional Hospital
     Tax ID: 75–2782071
     Debtor

                                                 Chapter: 11
                                                 Judge: Karen S. Jennemann

---

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

- The deposit required by the plan has been distributed.

***IT IS ORDERED THAT:***

- The bankruptcy case of the above−named debtor is closed; and

- Other provisions: None

**DONE AND ORDERED** at Tallahassee, Florida, February 22, 2017 .

                                                      <u>/s/ Karen S. Jennemann</u>
                                                      Karen S. Jennemann
                                                      U.S. Bankruptcy Judge

Service by the Court to:
   All parties in interest