UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


In re:                                                      Chapter 11

CYPRESS HEALTH SYSTEMS FLORIDA,          Case No. 1:12-bk-10431-KSJ
INC., d/b/a TRI COUNTY HOSPITAL –
WILLISTON, f/d/b/a NATURE COAST
REGIONAL HOSPITAL,

        Debtor.

_____/


### DEBTOR'S POST-CONFIRMATION QUARTERLY FINANCIAL REPORT FOR THE PERIOD OF JANUARY 1, 2017 THROUGH FEBRUARY 22, 2017

        The Debtor hereby files its Post-Confirmation Quarterly Financial Report in

accordance with the Guidelines established by the United States Trustee and FRBP 2015.


                                    */s/ Amy Denton Harris*
                                    Amy Denton Harris (FBN 0634506)
                                    Stichter, Riedel, Blain & Postler, P.A.
                                    110 East Madison Street, Suite 200
                                    Tampa, Florida 33602
                                    Telephone: (813) 229-0144
                                    Facsimile: (813) 229-1811
                                    Email: aharris@srbp.com

ATTACHMENT NO. 1

**CHAPTER 11 POST-CONFIRMATION**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**Case Name:**          Cypress Health Systems Florida, Inc.

**Case Number:**        1:12-bk-10431-KSJ

**Quarter:**            **beginning January 1, 2017 and ending February 22, 2017**

**Date of Plan Confirmation:** June 14, 2013

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| **CASH (Beginning of Period)** | $ 0.00 | $ 9,436.80 |
| **INCOME or RECEIPTS during the Period** | $ | $ 1,086,944.76 |

**DISBURSEMENTS**

a.  **Operating Expenses (Fees/Taxes):**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ | $ 6,500.00 |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | 95,171.60 |

b.  **All Other Operating Expenses:**

| | Quarterly | Post Confirmation Total |
|---|---|---|
| | $ | $ 611,691.76 |

c.  **Plan Payments:**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| (i) | Administrative Claims | $ | $ 371,293.20 |
| (ii) | Priority Claims | | 11,725.00 |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |

| | Quarterly | Post Confirmation Total |
|---|---|---|
| **Total Disbursements (Operating & Plan)** | $ 0.00 | $ 1,096,381.56 |
| **CASH (End of Period)** | $ 0.00 | $ 0.00 |